1  SCHIFFRIN BARROWAY
   TOPAZ & KESSLER, LLP
2  Alan R. Plutzik, Of Counsel (Bar No. 077785)
   L. Timothy Fisher, Of Counsel (Bar No. 191626)
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94589
4  Telephone: (925) 945-0770
   Facsimile: (925) 945-8792
5
   -and-
6
   Richard A. Maniskas
7  D. Seamus Kaskela
   280 King of Prussia Road
8  Radnor, PA  19087
   Telephone: (610) 667-7706
9  Facsimile: (610) 667-7056
   rmaniskas@sbtklaw.com
10 skaskela@sbtklaw.com

11 *Attorneys for Plaintiff*
   *Abrena Winston*
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16 BIKASH MOHAN MOHANTY, Individually and        )
   On Behalf of All Others Similarly Situated,   ) Case No. 07-cv-05101-SBA
17                                               )
                   Plaintiff,                    )
18                                               ) **ADMINISTRATIVE MOTION**
                                                 ) **TO CONSIDER WHETHER**
19           v.                                  ) **CASES SHOULD BE RELATED**
                                                 ) **PURSUANT TO L.R.3-12(B)**
20 AMIR BASSAN-ESKENAZI, RAN OZ,                 )
   FREDERICK BALL, GAL ISRAELY, DEAN             )
21 GILBERT, KEN GOLDMAN, LLOYD CARNEY,           )
   BRUCE SACHS, ROBERT SACHS, GEOFFREY           )
22 YANG, MORGAN STANLEY & CO. INC,               )
   MERRILL LYNCH, PIERCE, FENNER & SMITH         )
23 INC., COWEN & CO., INC., JEFFERIES & CO.,     )
24 INC., THINKEQUITY PARTNERS, LLC,              )
   BIGBAND NETWORKS, INC.,                       )
25                                               )
                                                 )
26                 Defendants.                   )
                                                 )
27                                               )

28

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED            1
PURSUANT TO L.R.3-12(B)
Case No. C 07-cv-05101-SBA

Plaintiff Abrena Winston hereby moves for consideration of whether *Winston v. BigBand Networks, Inc. et al.*, Case No. 07-cv-03178, filed on October 18, 2007, and *Brodsky v. BigBand Networks, Inc. et al.*, Case No. 07-cv-05141, filed October 5, 2007, are related to the earlier filed case of *Mohanty v. Bassan-Eskenazy et al.*, Case No. 07-05101-SBA, filed on October 3, 2007.

Pursuant to Civil L.R. 3-12(a), these actions are related. They involve substantially the same parties and events. These three actions are class actions brought against the same defendants under the federal securities laws. Their allegations are substantively identical. It appears likely that there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if this case is conducted before a different judge. Therefore, assignment of a single judge is likely to conserve judicial resources and promote an efficient determination of these actions.

Dated: October 19, 2007

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP


_____/s/_____
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
rmaniskas@sbtklaw.com
skaskela@sbtklaw.com

*Attorneys for Plaintiff
Abrena Winston*