SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
rmaniskas@sbtklaw.com
skaskela@sbtklaw.com

*Attorneys for Plaintiff*
*Abrena Winston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BIKASH MOHAN MOHANTY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO. INC, MERRILL LYNCH, PIERCE, FENNER & SMITH INC., COWEN & CO., INC., JEFFERIES & CO., INC., THINKEQUITY PARTNERS, LLC, BIGBAND NETWORKS, INC.,<br><br>Defendants. | Case No. 07-cv-05101-SBA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12(B)** |

1  The Court having considered the Administrative Motion To Consider Whether Cases
2  Should Be Related Pursuant to L.R.3-12(B) filed by Abrena Winston in the above captioned
3  case, to which no opposition has been filed, and good cause showing,
4  IT IS HEREBY ORDERED AS FOLLOWS:
5  *Winston v. BigBand Networks, Inc. et al.*, Case No. 07-cv-03178, filed October 18, 2007,
6  and *Brodsky v. BigBand Networks, Inc. et al.*, Case No. 07-cv-05141, filed October 5, 2007, are
7  related to the earlier filed case of *Mohanty v. Bassan-Eskenazy et al.*, Case No. 07-05101-SBA,
8  filed on October 3, 2007.

Dated:_____, 2007       _____
                                   Hon. Saundra Brown Armstrong
                                   United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED PURSUANT TO L.R.3-12(B)
Case No. C 07-cv-05101-SBA

2