|   |   |
|---|---|
| 1 | SCHIFFRIN BARROWAY |
|   | TOPAZ & KESSLER, LLP |
| 2 | Alan R. Plutzik, Of Counsel (Bar No. 077785) |
|   | L. Timothy Fisher, Of Counsel (Bar No. 191626) |
| 3 | 2125 Oak Grove Road, Suite 120 |
|   | Walnut Creek, California 94589 |
| 4 | Telephone: (925) 945-0770 |
|   | Facsimile: (925) 945-8792 |
| 5 |   |
|   | -and- |
| 6 |   |
|   | Richard A. Maniskas |
| 7 | D. Seamus Kaskela |
|   | 280 King of Prussia Road |
| 8 | Radnor, PA 19087 |
|   | Telephone: (610) 667-7706 |
| 9 | Facsimile: (610) 667-7056 |
|   | rmaniskas@sbtklaw.com |
| 10 | skaskela@sbtklaw.com |
| 11 | *Attorneys for Plaintiff* |
|   | *Abrena Winston* |
| 12 |   |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| BIKASH MOHAN MOHANTY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO. INC, MERRILL LYNCH, PIERCE, FENNER & SMITH INC., COWEN & CO., INC., JEFFERIES & CO., INC., THINKEQUITY PARTNERS, LLC, BIGBAND NETWORKS, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 07-cv-05101-SBA<br><br>**AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12(B)** |
|---|---|---|

Plaintiff Abrena Winston hereby moves for consideration of whether *Winston v. BigBand Networks, Inc. et al.*, Case No. 07-cv-05327, filed on October 18, 2007, and *Brodsky v. BigBand Networks, Inc. et al.*, Case No. 07-cv-05141, filed October 5, 2007, are related to the earlier filed case of *Mohanty v. Bassan-Eskenazy et al.*, Case No. 07-05101-SBA, filed on October 3, 2007.

Pursuant to Civil L.R. 3-12(a), these actions are related. They involve substantially the same parties and events. These three actions are class actions brought against the same defendants under the federal securities laws. Their allegations are substantively identical. It appears likely that there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if this case is conducted before a different judge. Therefore, assignment of a single judge is likely to conserve judicial resources and promote an efficient determination of these actions.

Dated: October 19, 2007

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP

/s/
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
rmaniskas@sbtklaw.com
skaskela@sbtklaw.com

*Attorneys for Plaintiff
Abrena Winston*

AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12(B)
Case No. C 07-cv-05101-SBA

2