1  SCHIFFRIN BARROWAY
   TOPAZ & KESSLER, LLP
2  Alan R. Plutzik, Of Counsel (Bar No. 077785)
   L. Timothy Fisher, Of Counsel (Bar No. 191626)
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94589
4  Telephone: (925) 945-0770
   Facsimile: (925) 945-8792
5
   -and-
6
   Richard A. Maniskas
7  D. Seamus Kaskela
   280 King of Prussia Road
8  Radnor, PA 19087
   Telephone: (610) 667-7706
9  Facsimile: (610) 667-7056
   rmaniskas@sbtklaw.com
10 skaskela@sbtklaw.com

11 *Attorneys for Plaintiff*
   *Abrena Winston*
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

| | |
|---|---|
| BIKASH MOHAN MOHANTY, Individually and On Behalf of All Others Similarly Situated, | Case No. 07-cv-05101-SBA |
| Plaintiff, | [PROPOSED] ORDER GRANTING AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12(B) |
| v. | |
| AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO. INC, MERRILL LYNCH, PIERCE, FENNER & SMITH INC., COWEN & CO., INC., JEFFERIES & CO., INC., THINKEQUITY PARTNERS, LLC, BIGBAND NETWORKS, INC., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING AMENDED ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12(B)                    1
Case No. C 07-cv-05101-SBA

1    The Court having considered the Amended Administrative Motion To Consider Whether
2  Cases Should Be Related Pursuant to L.R.3-12(B) filed by Abrena Winston in the above
3  captioned case, to which no opposition has been filed, and good cause showing,
4    IT IS HEREBY ORDERED AS FOLLOWS:
5    *Winston v. BigBand Networks, Inc. et al.*, Case No. 07-cv-05327, filed October 18, 2007,
6  and *Brodsky v. BigBand Networks, Inc. et al.*, Case No. 07-cv-05141, filed October 5, 2007, are
7  related to the earlier filed case of *Mohanty v. Bassan-Eskenazy et al.*, Case No. 07-05101-SBA,
8  filed on October 3, 2007.
9    Dated:_____, 2007    _____
10                                   Hon. Saundra Brown Armstrong
                                     United States District Judge