SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
rmaniskas@sbtklaw.com
skaskela@sbtklaw.com

*Attorneys for Plaintiff*
*Abrena Winston*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BIKASH MOHAN MOHANTY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO. INC, MERRILL LYNCH, PIERCE, FENNER & SMITH INC., COWEN & CO., INC., JEFFERIES & CO., INC., THINKEQUITY PARTNERS, LLC, BIGBAND NETWORKS, INC.,<br><br>Defendants. | Case No. 07-cv-05101-SBA<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
Case No.  C 07-cv-05101-SBA

1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598. On October 23, 2007, I served the within documents:

**Amended Administrative Motion to Consider Whether Cases Should be Related Pursuant to L.R.3-12(B)**

**[Proposed] Order Granting Amended Administrative Motion to Consider Whether Cases Should Be Related Pursuant to L.R.3-12(B)**

☐  by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

☐  by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Overnight/Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

☐  By causing a process server to personally deliver a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

☐  by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

☒  by e-mail transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

| | |
|---|---|
| Darren J. Robbins, Esq.<br>David C. Walton, Esq.<br>Catherine J. Kowalewski<br>Coughlin Stoia Geller Rudman &<br>Robbins, LLP<br>655 West Broadway, #1900<br>San Diego, CA 92101<br>Telephone: 619-231-1058<br>Facsimile: 619-231-7423<br>darrenr@csgrr.com<br>davew@csgrr.com<br>katek@csgrr.com | Shawn A. Williams<br>Coughlin Stoia Geller Rudman &<br>Robbins, LLP<br>100 Pine Street, #2600<br>San Francisco, CA 94111<br>Telephone: 415-288-4545<br>Facsimile: 415-288-4534<br>shawnw@csgrr.com |

1       I am readily familiar with the firm's practice of collecting and processing correspondence for
mailing.  Under that practice it would be deposited with the U.S. Postal Service on the same day
2   with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion
of the party served, service is presumed invalid if postal cancellation date or postage meter date
3   is more than one day after date of deposit for mailing in affidavit.

4       I declare under penalty of perjury under the laws of the State of California that the above is
true and correct, executed on October 23, 2007, at Walnut Creek, California.

5

6

7                                                 Peggy Toovey

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
Case No.  C 07-cv-05101-SBA                                                                                                3