# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Bikash Mohan Mohanty, Individually and on Behalf of All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07-5101 SBA

V.

See Attachment A

TO: (Name and address of defendant)

See Attachment B

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE OCT 16 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]        DATE |
| Name of SERVER        TITLE |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☐     Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     _____             _____
                    *Date*                                      *Signature of Server*

                                                                             _____
                                                                             *Address of Server*

(1)     As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## ATTACHMENT A TO SUMMONS

**DEFENDANTS:**

1. Amir Bassan-Eskenazi
2. Ran Oz
3. Frederick Ball
4. Gal Israely
5. Dean Gilbert
6. Ken Goldman
7. Lloyd Carney
8. Bruce Sachs
9. Robert Sachs
10. Goeffrey Yang
11. Morgan Stanley & Co., Inc.
12. Merrill Lynch, Pierce, Fenner & Smith Inc.
13. Jefferies & Co., Inc.
14. Cowen & Co., Inc.
15. Thinkequity Partners, LLC
16. BigBand Networks, Inc.

ATTACHMENT B TO SUMMONS

**DEFENDANT NAMES AND ADDRESSES**

1. Amir Bassan-Eskenazi
   c/o Rod Strickland
   Wilson Sonsini Goodrich & Rosati
   650 Page Mill Road
   Palo Alto, CA 94304

2. Ran Oz
   c/o Rod Strickland
   Wilson Sonsini Goodrich & Rosati
   650 Page Mill Road
   Palo Alto, CA 94304

3. Frederick Ball
   c/o Rod Strickland
   Wilson Sonsini Goodrich & Rosati
   650 Page Mill Road
   Palo Alto, CA 94304

4. Gal Israely
   c/o Rod Strickland
   Wilson Sonsini Goodrich & Rosati
   650 Page Mill Road
   Palo Alto, CA 94304

5. Dean Gilbert
   c/o Rod Strickland
   Wilson Sonsini Goodrich & Rosati
   650 Page Mill Road
   Palo Alto, CA 94304

6. Ken Goldman
   c/o Rod Strickland
   Wilson Sonsini Goodrich & Rosati
   650 Page Mill Road
   Palo Alto, CA 94304

7. Lloyd Carney
   c/o Rod Strickland
   Wilson Sonsini Goodrich & Rosati
   650 Page Mill Road
   Palo Alto, CA 94304

8. Bruce Sachs

ATTACHMENT B TO SUMMONS

    c/o Rod Strickland
    Wilson Sonsini Goodrich & Rosati
    650 Page Mill Road
    Palo Alto, CA 94304

9. Robert Sachs
    c/o Rod Strickland
    Wilson Sonsini Goodrich & Rosati
    650 Page Mill Road
    Palo Alto, CA 94304

10. Goeffrey Yang
    c/o Rod Strickland
    Wilson Sonsini Goodrich & Rosati
    650 Page Mill Road
    Palo Alto, CA 94304

11. Morgan Stanley & Co., Inc.
    CT Corporation System
    818 West Seventh Street
    Los Angeles, CA 90017

12. Merrill Lynch, Pierce, Fenner & Smith Inc.
    CT Corporation System
    818 West Seventh Street
    Los Angeles, CA 90017

13. Jefferies & Co., Inc.
    CT Corporation System
    818 West Seventh Street
    Los Angeles, CA 90017

14. Cowen & Co., Inc.
    CT Corporation System
    818 West Seventh Street
    Los Angeles, CA 90017

15. Thinkequity Partners, LLC
    National Registered Agents, Inc.
    160 Greentree Drive, Suite 101
    Dover, DE 19904

16. BigBand Networks, Inc.
    c/o Matthew Fricke
    913 Willow Street, Suite 205
    San Jose, CA 95125

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, CA 94710 | (510) 725-3034 | |
| Attorneys for: PLAINITFFS | Ref. No. Or File No.<br>W2485715 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BIKASH MOHAN MOHANTY

Defendant:
AMIR BASSAN-ESKENZAI

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 07-5101 SBA |
|---|---|---|---|---|

I, Ontry Patten, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; CLASS ACTION COMPLAINT FOR VIOLATION OF SECURITIES LAW; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT AND ADR DEADLINSE; JUDGE ARMSTRONG'S STANDING ORDERS; STANDING ORDERS FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF CMS; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; LOCAL GUIDE TO COURT OFFICES - OAKLAND FEDERAL BUILDING

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : THINKEQUITY PARTNERS, LLC |
| By Serving | : DEBBIE SEALUND, Authorized Agent of NATIONAL REGISTERED AGENTS, INC., Agent for Service of Process |
| Address | : 160 Greentree Drive, Suite 101, Dover, DE 19904 |
| Date & Time | : Friday, October 19, 2007 @ 3:45 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Ontry Patten
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 22, 2007        Signature: _Ontry Patten_


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, CA 94710 | (510) 725-3034 | |
| Attorneys for: PLAINITFFS | Ref. No. Or File No.<br>W2485713 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>BIKASH MOHAN MOHANTY | | |
| Defendant:<br>AMIR BASSAN-ESKENZAI | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 07-5101 SBA |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; CLASS ACTION COMPLAINT FOR VIOLATION OF SECURITIES LAW; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT AND ADR DEADLINSE; JUDGE ARMSTRONG'S STANDING ORDERS; STANDING ORDERS FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF CMS; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; LOCAL GUIDE TO COURT OFFICES - OAKLAND FEDERAL BUILDING

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Plaintiff | : MORGAN STANLEY & CO, INC. |
| By Serving | : MARGARET WILSON, Authorized Agent of CT Corporation System, Agent for Service of Process |
| Address | : 818 West 7th Street, Los Angeles, California 90017 |
| Date & Time | : Thursday, October 18, 2007 @ 3:10 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 3991
  (3) County: Los Angeles
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 19, 2007          Signature:_____
                                          B. Anderson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, CA 94710 | (510) 725-3034 | |
| | Ref. No. Or File No.<br>W2485713 | |
| Attorneys for: PLAINITFFS | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>BIKASH MOHAN MOHANTY | | |
| Defendant:<br>AMIR BASSAN-ESKENZAI | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 07-5101 SBA |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; CLASS ACTION COMPLAINT FOR VIOLATION OF SECURITIES LAW; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT AND ADR DEADLINSE; JUDGE ARMSTRONG'S STANDING ORDERS; STANDING ORDERS FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF CMS; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; LOCAL GUIDE TO COURT OFFICES - OAKLAND FEDERAL BUILDING

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| Plaintiff | : MERRILL LYNCH PIERCE FENNER & SMITH, INC. |
|---|---|
| By Serving | : MARGARET WILSON, Authorized Agent of CT Corporation System, Agent for Service of Process |
| Address | : 818 West 7th Street , Los Angeles, California  90017 |
| Date & Time | : Thursday, October 18, 2007 @  3:10 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:  3991
   (3) County:  Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 19, 2007            Signature: B. Anderson


Printed on recycled paper