# Exhibit B

## Loss Chart
## Gwyn Jones: BigBand Networks, Inc.

| DATE | # SHARES BOUGHT | PRICE | COST |
|---|---|---|---|
| 3/26/2007 | 1250 | $17.89 | $22,362.50 |
| 3/26/2007 | 1750 | $17.90 | $31,325.00 |
| 3/27/2007 | 1800 | $18.50 | $33,300.00 |
| 3/27/2007 | 200 | $18.49 | $3,698.00 |
| 3/27/2007 | 2000 | $18.51 | $37,020.00 |
| 3/27/2007 | 400 | $18.50 | $7,400.00 |
| 3/27/2007 | 800 | $18.53 | $14,824.00 |
| 3/27/2007 | 800 | $18.54 | $14,832.00 |
| 3/27/2007 | 3000 | $18.59 | $55,770.00 |
| 3/27/2007 | 2950 | $18.55 | $54,722.50 |
| 3/27/2007 | 2950 | $18.57 | $54,781.50 |
| 3/27/2007 | 100 | $18.56 | $1,856.00 |
| 3/28/2007 | 1100 | $18.00 | $19,800.00 |
| 3/28/2007 | 900 | $17.98 | $16,183.80 |
| 3/28/2007 | 2000 | $17.85 | $35,700.00 |
| 3/28/2007 | 200 | $17.48 | $3,496.00 |
| 3/28/2007 | 100 | $17.47 | $1,747.00 |
| 3/28/2007 | 587 | $17.49 | $10,266.63 |
| 3/28/2007 | 113 | $17.50 | $1,977.50 |
| 3/28/2007 | 300 | $17.96 | $5,388.00 |
| 3/28/2007 | 1200 | $18.00 | $21,600.00 |
| 3/28/2007 | 100 | $17.98 | $1,798.00 |
| 3/28/2007 | 100 | $17.92 | $1,792.00 |
| 3/28/2007 | 100 | $17.98 | $1,798.00 |
| 3/28/2007 | 200 | $18.00 | $3,600.00 |
| 3/28/2007 | 1670 | $17.90 | $29,893.00 |
| 3/28/2007 | 108 | $17.83 | $1,925.64 |
| 3/28/2007 | 222 | $17.90 | $3,973.80 |
| 3/28/2007 | 2000 | $17.40 | $34,800.00 |
| 3/29/2007 | 2000 | $17.50 | $35,000.00 |
| 4/16/2007 | 2000 | $17.27 | $34,543.00 |
| 6/4/2007 | 2000 | $16.49 | $32,974.00 |
| 6/12/2007 | 1378 | $14.95 | $20,601.10 |
| 6/12/2007 | 500 | $14.95 | $7,475.00 |
| 6/12/2007 | 89 | $14.95 | $1,330.55 |
| 6/12/2007 | 2033 | $14.95 | $30,393.35 |
| 6/25/2007 | 100 | $15.27 | $1,527.00 |
| 6/25/2007 | 2900 | $15.27 | $44,271.40 |
| 6/26/2007 | 93 | $14.79 | $1,375.47 |
| 6/26/2007 | 3387 | $14.80 | $50,127.60 |
| 6/26/2007 | 100 | $14.79 | $1,479.00 |
| 6/26/2007 | 20 | $14.78 | $295.60 |
| 6/26/2007 | 400 | $14.80 | $5,920.00 |
| 6/29/2007 | 4000 | $13.84 | $55,360.00 |
| **TOTAL:** | 50000 | | $850,303.94 |

# Loss Chart
## Gwyn Jones: BigBand Networks, Inc.

| DATE | # SHARES SOLD | PRICE | COST |
|---|---|---|---|
| 8/16/2007 | 600 | $8.84 | $5,304.00 |
| 8/16/2007 | 500 | $8.80 | $4,400.00 |
| 8/16/2007 | 300 | $8.81 | $2,643.00 |
| 8/16/2007 | 100 | $8.83 | $883.00 |
| 8/16/2007 | 22100 | $8.70 | $192,270.00 |
| 8/16/2007 | 800 | $8.71 | $6,968.00 |
| 8/16/2007 | 1300 | $8.70 | $11,310.00 |
| 8/16/2007 | 100 | $8.73 | $873.00 |
| 8/16/2007 | 1700 | $8.72 | $14,824.00 |
| 8/16/2007 | 100 | $8.71 | $871.00 |
| 8/16/2007 | 300 | $8.73 | $2,619.00 |
| 8/16/2007 | 100 | $8.71 | $871.00 |
| 8/16/2007 | 100 | $8.73 | $873.00 |
| 8/16/2007 | 100 | $8.71 | $871.00 |
| 8/16/2007 | 200 | $8.73 | $1,746.00 |
| 8/16/2007 | 100 | $8.74 | $874.00 |
| 8/16/2007 | 100 | $8.73 | $873.00 |
| 8/16/2007 | 100 | $8.72 | $872.00 |
| 8/16/2007 | 100 | $8.73 | $873.00 |
| 8/16/2007 | 100 | $8.74 | $874.00 |
| 8/16/2007 | 100 | $8.72 | $872.00 |
| 8/16/2007 | 300 | $8.71 | $2,613.00 |
| 8/16/2007 | 100 | $8.73 | $873.00 |
| 8/16/2007 | 300 | $8.75 | $2,625.00 |
| 8/16/2007 | 100 | $8.72 | $872.00 |
| 8/16/2007 | 300 | $8.77 | $2,631.00 |
| 8/16/2007 | 500 | $8.75 | $4,375.00 |
| 8/16/2007 | 100 | $8.76 | $876.00 |
| 8/16/2007 | 1000 | $8.75 | $8,750.00 |
| 8/16/2007 | 6100 | $8.77 | $53,497.00 |
| 8/16/2007 | 100 | $8.76 | $876.00 |
| 8/16/2007 | 1100 | $8.77 | $9,647.00 |
| **TOTAL** | 39000 | | $340,199.00 |
| **HELD** | 11000 | | $71,500.00 |
| **TOTAL LOSS** | | | **$438,617.74** |

Closing Price:
$6.50 on
October 3, 2007