# Exhibit C

Yahoo!  My Yahoo!  Mail    Make Y! your home page                Search: [                    ] Web Search

Welcome, **nfquon**                                            Finance Home -  Help
[Sign Out, My Account]

Enter Symbol(s)   [GET QUOTES]    Symbol Lookup    Finance Search

**Related Quote**

BBND    6.36    -0.07    News
**View Detailed Quote**
Delayed 20 mins
Providers - Disclaimer

**Press Release**                                Source: Kahn Gauthier Swick, LLC

# INVESTOR ALERT: KGS Announces Initial Filing of Securities Class Action Lawsuit Against BigBand Networks, Inc. - BBND

Thursday October 4, 12:11 am ET

NEW ORLEANS, LA--(MARKET WIRE)--Oct 4, 2007 -- Kahn Gauthier Swick, LLC ("KGS") has filed the first class action lawsuit against BigBand Networks, Inc. ("BigBand" or the "Company") (NasdaqGM:BBND - News) in the United States District Court for the Northern District of California, on behalf of shareholders who purchased the common stock of BigBand in connection with the Company's Initial Public Offering ("IPO") on or about March 15, 2007, or who purchased shares thereafter in the open market. No class has yet been certified in this action.


ADVERTISEMENT

UNLESS A CLASS IS CERTIFIED, YOU ARE NOT PERSONALLY REPRESENTED BY COUNSEL UNLESS YOU RETAIN AN ATTORNEY.

BigBand, certain of its officers and directors, and the Company's underwriters -- collectively, "defendants" -- are charged with including, or allowing the inclusion of, materially false and misleading statements in the Registration Statement and Prospectus issued in connection with the IPO, in violation of the Securities Act of 1933.

The Complaint charges that BigBand raised over $159 million through the sale of 10.7 million shares, despite the Registration Statement's false and misleading statements issued in connection with the IPO. Specifically, the Complaint charges defendants with failing to adequately conduct a due diligence investigation into the Company prior to the IPO, and that they failed to reveal BigBand was not performing according to plan, lacked significant controls and procedures, and lacked any reasonable basis to forecast near-term foreseeable financial and operational results.

**Related News Stories**

- Law Offices of Howard G. Smith Announces Class Action Lawsuit Against BigBand Networks, Inc. - PR Newswire (1:00 pm)
- Hagens Berman Sobol & Shapiro Files Proposed Class Action Suit against BigBand Networks Inc. - PR Newswire (12:29 pm)
- Isilon Systems Sours The Taste - at Seeking Alpha (Thu Oct 4)
- What Went Wrong At BigBand Networks - at Minyanville.com (Tue Oct 2)

More...

- By industry: Communication Equipment

ADVERTISEMENT

The Complaint further alleges that defendants failed to reveal the Company's results were already underperforming expectations at the time of the IPO, and that they had boosted the financial results of the quarter immediately prior to the offering by loading customers with unnecessary inventory -- such that sales in future quarters would foreseeably be adversely impacted as customers "worked off" excess inventory prior to purchasing more of BigBand's products. Additionally, the Complaint asserts that defendants failed to disclose that the roll out of its new products was not proceeding according to its growth plan, and that this transition too was adversely impacting revenues in the near-term.

On September 28, 2007, BigBand shares fell over 30% in a single trading day -- falling from over $9.00 per share to below $6.00 per share, before closing at $6.49 on exceptionally heavy trading volume of almost 7 million shares. This precipitous decline occurred after the truth was revealed to investors the previous evening that the problems existing at the time of the IPO, and detailed in the Complaint, would result in extremely disappointing results for the third quarter of 2007, including substantially reduced revenues.

If you wish to serve as lead plaintiff in this class action lawsuit, you must move the Court no later than December 3, 2007. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. If you would like to discuss your legal rights, you may e-mail or call KGS Managing Partner Lewis Kahn, without obligation or cost to you, toll free 1-866-467-1400, ext. 100, via cell phone 504-301-7900, or by email at lewis.kahn@kgscounsel.com. To learn more about KGS, you may visit http://www.kgscounsel.com. KGS focuses its practice on securities class action litigation, and has been appointed lead counsel in numerous federal securities class actions.

SPECIAL NOTICE: KGS reminds you to fully interview any other lawyer who may issue a press release in this matter to assure that he or she thoroughly understands the facts surrounding the substantive claims KGS has filed in Court. It is critically important that interested parties carefully evaluate any other firm that may be competing with KGS to prosecute the BigBand class action. Critical components of a law firm's ability to

**Top Stories**

- Stocks Surge, Bonds Fall on Jobs Report - AP (1:48 pm)
- RBS Bid Stands Alone for ABN Amro - AP (12:54 pm)
- Merrill Lynch to Post 3Q Loss - AP (1:18 pm)
- Beef Recall Forces Topps to Shut Down - AP (1:52 pm)

More...

- Most-viewed articles

successfully prosecute this action and obtain a strong recovery for you include its knowledge of applicable federal securities laws, the resources it will dedicate to prosecution of the case (including the number of lawyers the firm has available for the BigBand class action) AND especially the quality of the firm's work.

**RSS Feeds**

Add headlines to your personalized My Yahoo! Page
( About My Yahoo! and RSS )

BBND Headlines

Communication Equipment Headlines

More Finance RSS Feeds

*Contact:*

```
Contact:

Lewis Kahn
KGS
1-866-467-1400, ext. 100
email: lewis.kahn@kgscounsel.com
```

Source: Kahn Gauthier Swick, LLC

Email Story     Set News Alert     Print Story

Search News

Sponsor Results

Fed Lowers Interest Rates
$180,000 Mortgage only $999/mo. See Rates: No SSN Required - Refi Now.
www.LowerMyBills.com

Buy Stocks for $4
No account or investment minimums. No inactivity fees. Start Today.
www.sharebuilder.com

Refinance and Save $1,000S
$150,000 Mortgage for $483/month. Compare up to 4 free quotes.
www.pickamortgage.com

(What's This?)

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Marketwire. All rights reserved. All the news releases provided by Marketwire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.