1  LIONEL Z. GLANCY (#134180)
   GLANCY BINKOW & GOLDBERG LLP
2  1801 Avenue of the Stars, Suite 311
3  Los Angeles, California  90067
   Telephone:   (310) 201-9150
4  Facsimile:   (310) 201-9160

5  Attorneys for Lead Plaintiff Movant
   Sphera Fund and Proposed Co-Lead Counsel

6  [Additional Counsel Appear on Signature Page]

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BIKASH MOHAN MOHANTY, Individually And On Behalf of All Others Similarly Situated, | No. 4:07-cv-05101-SBA |
| Plaintiff, | **DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF MOTION OF SPHERA FUND FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL** |
| v. | |
| AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO. INC., MERRILL LYNCH PIERCE FENNER & SMITH INC., JEFFRIES & CO. INC., THINKEQUITY PARTNERS LLC, BIGBAND NETWORKS INC. and COWEN & CO. INC., | Date: January 8, 2008
Time: 1:00 p.m.
Courtroom 3

Hon. Saundra B. Armstrong |
| Defendants. | |

*[Captions Continue on Following Pages]*

| | |
|---|---|
| DENNIS KOESTERER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BIGBAND NETWORKS INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE SACHS, ROBERT SACHS and GEOFFREY YANG,<br><br>    Defendants. | No. 3:07-cv-05168-MMC |
| ABRENA WINSTON, Individually And On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BIGBAND NETWORKS INC., RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO. INCORPORATED, COWEN & COMPANY INC., JEFFRIES & COMPANY INC., LLC, and THINKEQUITY PARTNERS LLC,<br><br>    Defendants. | No. 3:07-cv-05327-JSW |
| DONALD SMITH, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL,<br><br>    Defendants. | No. 3:07-cv-05361-SI |

*[Captions Continue on Following Pages]*

| | |
|---|---|
| WAYNE LUZON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, JEFFRIES & COMPANY INC., COWEN & COMPANY LLC and THINKEQUITY PARTNERS LLC,<br><br>Defendants. | No. 3:07-cv-05637-WHA |
| DEBRA L. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, JEFFRIES & COMPANY INC., MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, COWEN & COMPANY LLC and THINKEQUITY PARTNERS LLC,<br><br>Defendants. | No. 3:07-cv-05819-CRB |

*[Captions Continue on Following Page]*

| | |
|---|---|
| EUGENE L. HAMMER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE I. SACHS, ROBERT J. SACHS and GEOFFREY Y. YANG,<br><br>Defendants. | No. 3:07-cv-05825-MHP |

I, Lionel Z. Glancy, hereby declare as follows:

1. I am a partner of Glancy Binkow & Goldberg LLP, counsel for Proposed Lead Plaintiff, Sphera Fund ("Movant").

2. Movant seeks appointment as Lead Plaintiff pursuant to Section 27 of the Securities Act of 1933 in the above-captioned action (the "Action").

3. I submit this Declaration, together with the attached exhibits, in support of the motion of Sphera Fund, *inter alia*, to appoint it to serve as Lead Plaintiff on behalf of the class in the Action and to approve Movant's choice of Glancy Binkow & Goldberg LLP and The Law Office of Jacob Sabo as Co-Lead Counsel. I am fully familiar with the facts set forth herein.

4. Attached hereto as the exhibits indicated are true and correct copies of the following:

   Exhibit A:  Press release published October 4, 2007, on *Marketwire* announcing pendency of the lawsuit commenced by Bikash Mohan Mohanty, et al., against defendants herein.

   Exhibit B:  Sworn shareholder certification of Ron Senator, Managing Partner, Sphera Funds Management Ltd, on behalf of Sphera Fund.

   Exhibit C:  Tables reflecting the calculated losses incurred by Movant as a result of

DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF MOTION OF SPHERA FUND FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL

Page 1

transactions in BigBand Networks, Inc. securities.

Exhibit D:    Firm resumé of Glancy Binkow & Goldberg LLP.

Exhibit E:    Firm resumé of The Law Office of Jacob Sabo.

I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct. Executed this 3rd day of December, 2007, at Los Angeles, California.

                                      *s/ Lionel Z. Glancy*
                                      Lionel Z. Glancy

DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF MOTION OF SPHERA FUND FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL

Page 2