| | |
|---|---|
| 1 | LIONEL Z. GLANCY (#134180) |
| 2 | GLANCY BINKOW & GOLDBERG LLP<br>1801 Avenue of the Stars, Suite 311 |
| 3 | Los Angeles, California  90067<br>Telephone:   (310) 201-9150 |
| 4 | Facsimile:    (310) 201-9160 |
| 5 | Attorneys for Lead Plaintiff Movant<br>Sphera Fund and Proposed Co-Lead Counsel |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BIKASH MOHAN MOHANTY, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO. INC., MERRILL LYNCH PIERCE FENNER & SMITH INC., JEFFRIES & CO. INC., THINKEQUITY PARTNERS LLC, BIGBAND NETWORKS INC. and COWEN & CO. INC.,<br><br>Defendants. | No. 4:07-cv-05101-SBA<br><br><br><br><br>**PROOF OF SERVICE**<br><br><br><br><br>NEW HEARING DATE<br><br>Date: February 5, 2008<br>Time: 1:00 p.m.<br>Courtroom 3 |

*[Captions Continue on Following Pages]*

| | | |
|---|---|---|
| 1 | DENNIS KOESTERER, on behalf of himself and all others similarly situated, | No. 3:07-cv-05168-MMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | BIGBAND NETWORKS INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE SACHS, ROBERT SACHS and GEOFFREY YANG, | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |
| 9 | ABRENA WINSTON, Individually And On Behalf of All Others Similarly Situated, | No. 3:07-cv-05327-JSW |
| 10 | | |
| 11 | Plaintiff, | |
| 12 | v. | |
| 13 | BIGBAND NETWORKS INC., RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO. INCORPORATED, COWEN & COMPANY INC., JEFFRIES & COMPANY INC., LLC, and THINKEQUITY PARTNERS LLC, | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |
| 20 | DONALD SMITH, on behalf of himself and all others similarly situated, | No. 3:07-cv-05361-SI |
| 21 | | |
| 22 | Plaintiff, | |
| 23 | v. | |
| 24 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, | |
| 25 | | |
| 26 | Defendants. | |
| 27 | *[Captions Continue on Following Pages]* | |
| 28 | | |

| | | |
|---|---|---|
| 1 | WAYNE LUZON, on behalf of himself and all others similarly situated, | No. 3:07-cv-05637-WHA |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | BIGBAND NETWORKS INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, JEFFRIES & COMPANY INC., COWEN & COMPANY LLC and THINKEQUITY PARTNERS LLC, | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Defendants. | |
| 13 | DEBRA L. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated, | No. 3:07-cv-05819-CRB |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, JEFFRIES & COMPANY INC., MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, COWEN & COMPANY LLC and THINKEQUITY PARTNERS LLC, | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Defendants. | |

24  *[Captions Continue on Following Page]*

| | |
|---|---|
| EUGENE L. HAMMER, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>BIGBAND NETWORKS INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE I. SACHS, ROBERT J. SACHS and GEOFFREY Y. YANG,<br><br>                Defendants. | No. 3:07-cv-05825-MHP |

**PROOF OF SERVICE BY ELECTRONIC POSTING**
**PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45**
**<u>AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES</u>**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On December 5, 2007, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

**RENOTICE OF MOTION OF SPHERA FUND FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**THERE ARE NO UNREGISTERED PARTIES**

Executed on December 5, 2007, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

                                          *S/Daniel C. Rann*
                                          Daniel C. Rann