KEITH E. EGGLETON, State Bar No. 159842
RODNEY G. STRICKLAND, State Bar No. 161934
JONI OSTLER, State Bar No. 230009
FREEDA Y. LUGO, State Bar No. 244913
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: keggleton@wsgr.com
E-mail: rstrickland@wsgr.com
E-mail: jostler@wsgr.com
E-mail: flugo@wsgr.com

Attorneys for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely, Dean Gilbert, Kenneth E. Goldman, Lloyd Carney, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., AND THINKEQUITY PARTNERS LLC<br><br>Defendants. | CASE NO.: 3:07-CV-05101-SBA<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1  TO:   THE COURT AND ALL PARTIES OF RECORD

Pursuant to Local Rule 3-12, Defendants BigBand Networks, Inc. ("BigBand"), Amir Bassan-Eskenazi, Frederick A. Ball, Ran Oz, Lloyd Carney, Dean Gilbert, Kenneth A. Goldman, Gal Israely, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang ("BigBand Defendants") hereby request that the Court make a determination that the following cases are related:

- *Mohanty v. Bassan-Eskenazi, et al.*, No. C-07-5101-SBA, filed on October 3, 2007; and

- *Wiltjer v. BigBand Networks, Inc., et al.*, No. C-08-22-MHP, removed to this Court pursuant to a Notice of Removal filed on January 2, 2008.[1]

Both of these cases are securities class action lawsuits against BigBand Networks, Inc. and certain of its current and former officers and directors, and underwriters. Plaintiff James Wiltjer's Complaint alleges that Defendants violated Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 (15 U.S.C. §§ 77k, 77l(a)(2), and 77o) by selling or assisting in the sale of securities pursuant to a false and misleading registration statement and prospectus in connection with BigBand Networks, Inc.'s initial public offering in March 2007. Similarly, the *Mohanty* matter asserts that Defendants violated Sections 11 and 15 of the Securities Act of 1933 (15 U.S.C. §§ 77k and 77o) by selling or assisting in the sale of securities pursuant to a false and misleading registration statement and prospectus in the same public offering. Plaintiff James Wiltjer names as defendants the same defendants that are named in the *Mohanty* matter. In short, the *Wiltjer* Complaint contains allegations that are substantially similar to those in *Mohanty*.

---

[1] In addition to the *Mohanty* class action, six other similar actions are also pending in this district and should also be deemed related: *Koesterer v. BigBand Networks, Inc., et al.*, No. C 07-5168-MMC, filed 10/09/07; *Winston v. BigBand Networks, Inc., et al.*, No. C 07-5327-JSW, filed 10/18/07; *Smith v. BigBand Networks, Inc., et al.*, No. C 07-5361-SI, filed 10/19/07; *Luzon v. BigBand Networks, Inc., et al.*, No. C 07-5637-WHA, filed 11/6/07; *Bernstein v. BigBand Networks, Inc., et al.*, No. C 07-05819-CRB, filed 11/15/07; and *Hammer v. BigBand Networks, Inc., et al.*, No. C 07-5825-SI, filed 11/16/07. These are all purported class actions alleging violations of either the Securities Act of 1933 or the Securities and Exchange Act of 1934 or both, against BigBand Networks, Inc. and certain of its current and former officers and/or directors. Certain of the actions include underwriters as defendants. All the actions assert similar allegations of false or misleading statements in connection with BigBand's initial public offering and thereafter. All parties to these putative class actions have agreed that they should be deemed related to *Mohanty* and consolidated. *See* Stipulation and [Proposed] Order Regarding Consolidation and Scheduling filed November 21, 2007, *Mohanty* Docket No. 11.

   Civil Local Rule 3-12(a) provides that "[a]n action is related to another when: (1) The actions concern the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." This test is satisfied here. Both the *Wiltjer* complaint and the *Mohanty* complaint allege that the same defendants violated the Securities Act of 1933 in connection with BigBand's initial public offering in March 2007. Both actions also purport to be class actions brought on behalf of all those who purchased BigBand's stock in its initial public offering. There would be "an unduly burdensome duplication of labor and expense" if the *Wiltjer* case were to proceed separately before a different court.

   Accordingly, the BigBand Defendants request that the *Wiltjer* action be deemed related to the *Mohanty* action and assigned to the Honorable Saundra B. Armstrong.

Dated: January 3, 2008

               WILSON SONSINI GOODRICH & ROSATI
               Professional Corporation

               By:   /s/ Joni Ostler
                  Joni Ostler
               Keith Eggleton
               Rodney Strickland
               650 Page Mill Road
               Palo Alto, CA 94304
               Tel.: (650) 493-9300
               Fax: (650) 493-6811
               Email: keggleton@wsgr.com
               Email: rstrickland@wsgr.com
               Email: jostler@wsgr.com

               *Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs and Geoffrey Yang*

ADMIN. MOTION TO RELATE CASES  -3-
CASE NOS. 3:07-CV-05101-SBA & 08-22-MHP

**CERTIFICATE OF SERVICE VIA REGULAR MAIL**

I, Peggy L. Baird, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served via regular mail the following document:

**MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED**    and

**CERTIFICATE OF SERVICE**

☒    This document was served by regular mail to the following individuals at the addresses as set forth below:

| | |
|---|---|
| Michael C. Tu<br>Orrick Herrington & Sutcliffe LLP<br>777 South Figueroa Street,<br>Suite 3200<br>Los Angeles, CA 90017-5855<br><br>*Counsel for Defendants Morgan Stanley & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC and ThinkEquity Partners LLC* | Reed R. Kathrein<br>HAGENS BERMAN SOBOL SHAPIR LLP<br>715 Hearst Avenue, Suite 2092<br>Berkeley, CA 94710<br><br>*Counsel for Plaintiff Bikash Mohan Mohanty* |
| Steve Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br><br>*Counsel for Plaintiff Bikash Mohan Mohanty* | Lewis Kahn<br>KAHN GAUTHER SWICK LLC<br>650 Poydras Street – Suite 2150<br>New Orleans, LA 70130<br><br>*Additional counsel for Plaintiff Bikash Mohan Mohanty* |

| | | |
|---|---|---|
| 1 | Stephen L. Porter<br>WHITEHEAD & PORTER LLP | Robert C. Finkel<br>Natalie Mackiel |
| 2 | 220 Montgomery, Suite 1850<br>San Francisco, CA 94104 | WOLF POPPER LLP<br>845 Third Avenue |
| 3 | Tel.: (415) 781-6070 | New York, NY 10022<br>Tel.: (212) 759-4600 |
| 4 | *Local Counsel for Plaintiff Dennis Koesterer* | Fax: (212) 486-2093 |
| 5 | | *Counsel for Plaintiff Dennis Koesterer* |
| 6 | | |
| 7 | Alan R. Plutzik<br>L. Timothy Fisher | Nicholas J. Licato<br>Arthur L. Shingler |
| 8 | SCHIFFRIN BARROWAY<br>TOPAZ<br>  & KESSLER, LLP | SCOTT + SCOTT LLP<br>600 B. Street, Suite 1500<br>San Diego, CA 92101 |
| 9 | 2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598 | *Counsel for Plaintiff Donald Smith* |
| 10 | | |
| 11 | *Counsel for Plaintiff Abrena Winston* | |
| 12 | | |
| 13 | David R. Scott<br>SCOTT + SCOTT LLP | Mark Punzalan<br>C. P. Bartholomew |
| 14 | 108 Norwich Avenue<br>P.O. Box 192 | FINKELSTEIN THOMPSON LLP<br>100 Bush Street, Suite 1450 |
| 15 | Colchester, CT 06415 | San Francisco, CA 94104 |
| 16 | *Counsel for Plaintiff Donald Smith* | *Counsel for Plaintiff Wayne Luzon* |
| 17 | | |
| 18 | Lester R. Hooker<br>SAXENA WHITE P.A. | Laurence D. King<br>KAPLAN FOX & KILSHEIMER LLP |
| 19 | 2424 N. Federal Highway<br>Suite 257 | 350 Sansome Street, Suite 400<br>San Francisco, CA 94104 |
| 20 | Boca Raton, FL 33431 | *Counsel for Plaintiff Eugene L. Hammer* |
| 21 | *Counsel for Plaintiff Debra L. Bernstein* | |
| 22 | | |
| 23 | Karen H. Riebel<br>Elizabeth R. Odette | Robert P. Varian<br>ORRICK HERRINGTON & SUTCLIFFE LLP |
| 24 | LOCKRIDGE GRINDAL<br>NAUEN, P.L.L.P<br>100 Washington Avenue, Suite 2200 | 405 Howard Street<br>San Francisco, CA 94105-2669 |
| 25 | Minneapolis, MN 55402 | *Counsel for Defendants Morgan Stanley & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC and ThinkEquity Partners LLC* |
| 26 | *Counsel for Plaintiff Eugene L. Hammer* | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Jeffrey W. Lawrence<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111 | Darren J. Robbins<br>COUGHLIN STOIA GELLER RUDMAN &<br>ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301 |
| *Counsel for James Wiltjer* | *Counsel for James Wiltjer* |

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on January 3, 2008.

_____
Peggy L. Baird