1  ROBERT P. VARIAN (State Bar No. 107459)
   REBECCA F. LUBENS (State Bar No. 240683)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:   (415) 773-5700
   Facsimile:   (415) 773-5759
5  Emails:      rvarian@orrick.com
                rlubens@orrick.com
6
   MICHAEL C. TU (State Bar No. 186793)
7  TEODORA E. MANOLOVA (State Bar No. 233333)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017-5855
9  Telephone:   (213) 629-2020
   Facsimile:   (213) 612-2499
10 Emails:      mtu@orrick.com
                tmanolova@orrick.com
11
   Attorneys for Defendants
12 Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce,
   Fenner & Smith Incorporated, Jefferies & Company, Inc.,
13 Cowen & Company, LLC and ThinkEquity Partners LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO. INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., THINKEQUITY PARTNERS LLC and BIGBAND NETWORKS, INC.<br><br>Defendants. | Case No. 07-cv-5101-SBA<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF JOINDER AND JOINDER TO MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

OHS West:260363136.1

1  TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that defendants Morgan Stanley & Co. Incorporated, Merrill

3 Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen & Company,

4 LLC and ThinkEquity Partners LLC hereby join in the *Motion for Administrative Relief to*

5 *Consider Whether Cases Should Be Related* filed on January 3, 2008 by defendants BigBand

6 Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely, Dean Gilbert,

7 Kenneth E. Goldman, Lloyd Carney, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang.

8  Dated: January 4, 2008            Respectfully submitted,

9                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

10

11                                   By:    */s/ Michael C. Tu*
                                            Michael C. Tu

12                                   Attorneys for Defendants
                                     Morgan Stanley & Co. Incorporated, Merrill
13                                   Lynch, Pierce, Fenner & Smith Incorporated,
                                     Jefferies & Company, Inc., Cowen & Company,
14                                   LLC and ThinkEquity Partners LLC