| | |
|---|---|
| 1 | ROBERT P. VARIAN (State Bar No. 107459) |
|   | REBECCA F. LUBENS (State Bar No. 240683) |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 3 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 4 | Telephone:     (415) 773-5700 |
|   | Facsimile:     (415) 773-5759 |
| 5 | Emails:        rvarian@orrick.com |
|   |                rlubens@orrick.com |
| 6 | |
|   | MICHAEL C. TU (State Bar No. 186793) |
| 7 | TEODORA E. MANOLOVA (State Bar No. 233333) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
|   | Los Angeles, CA 90017-5855 |
| 9 | Telephone:    (213) 629-2020 |
|   | Facsimile:    (213) 612-2499 |
| 10| Emails:       mtu@orrick.com |
|   |               tmanolova@orrick.com |
| 11| |
|   | Attorneys for Defendants |
| 12| Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, |
|   | Fenner & Smith Incorporated, Jefferies & Company, Inc., |
| 13| Cowen & Company, LLC and ThinkEquity Partners LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated, | Case No. 07-cv-5101-SBA |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES** |
| AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO. INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., THINKEQUITY PARTNERS LLC and BIGBAND NETWORKS, INC. | **(Fed. R. Civ. P. 7.1)** <br> **(N.D.L.R. 3-16)** |
| Defendants. | |

OHS West:260363109.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District Local Rule 3-16, the undersigned certifies, based on currently available information and belief, that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1.  Morgan Stanley & Co. Incorporated has a parent corporation. Morgan Stanley & Co. Incorporated is a wholly-owned subsidiary of Morgan Stanley.

2.  Merrill Lynch, Pierce, Fenner & Smith Incorporated has a parent corporation. Merrill Lynch, Pierce, Fenner & Smith Incorporated is a wholly-owned subsidiary of Merrill Lynch & Co., Inc.

3.  Jefferies & Company, Inc. has a parent corporation. Jefferies & Company, Inc. is a wholly-owned subsidiary of Jefferies Group, Inc.

4.  Cowen and Company, LLC (erroneously sued as Cowen & Co., Inc.) is a wholly-owned subsidiary of Cowen Group, Inc., which is publicly traded on NASDAQ at "COWN" and no corporation holds 10% or more of the stock of Cowen Group, Inc., except Bank of America Corporation and certain of its entities.

5.  ThinkEquity Partners LLC has a parent corporation. ThinkEquity Partners LLC is a wholly-owned subsidiary of Panmure Gordon & Co.

As of this date, other than the named parties and disclosed entities, there is no entity or party with an interest that could be substantially affected by the outcome of the proceeding.

Dated: January 4, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Michael C. Tu_____
        Michael C. Tu

Attorneys for Defendants
Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen & Company, LLC and ThinkEquity Partners LLC