UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOHANTY<br>    Plaintiff,<br><br>vs.<br><br><br>BASSAN-ESKENAZI,<br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 07-05101 SBA<br><br>CLERK'S NOTICE |

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for January 16, 2008, at 2:45 p.m., has been continued to Tuesday, February 5, 2008, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED:  1/8/08

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Lisa R. Clark*
    LISA R. CLARK
    Courtroom Deputy

To: