```
 1  ROBERT P. VARIAN (State Bar No. 107459)
    REBECCA F. LUBENS (State Bar No. 240683)
 2  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 3  405 Howard Street
    San Francisco, California 94105-2669
 4  Telephone:   (415) 773-5700
    Facsimile:   (415) 773-5759
 5  Emails:      rvarian@orrick.com
                 rlubens@orrick.com
 6
    MICHAEL C. TU (State Bar No. 186793)
 7  TEODORA E. MANOLOVA (State Bar No. 233333)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 8  777 South Figueroa Street, Suite 3200
    Los Angeles, California 90017-5855
 9  Telephone:   (213) 629-2020
    Facsimile:   (213) 612-2499
10  Emails:      mtu@orrick.com
                 tmanolova@orrick.com
11
    Attorneys for Defendants
12  Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce,
    Fenner & Smith Incorporated, Jefferies & Company, Inc.,
13  Cowen and Company, LLC and ThinkEquity Partners LLC
```

FILED
2008 JAN -7 AM 10: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Fee Pd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FILED BY FAX

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO. INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., THINKEQUITY PARTNERS LLC and BIGBAND NETWORKS, INC.<br><br>  Defendants. | Case No. 07-cv-5101-SBA<br><br>CLASS ACTION<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

OHS West:260338372.1

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1    Pursuant to Civil L. R. 11-3, James P. Cusick, an active member in good standing of the
2  bars of Illinois and New York, hereby applies for admission to practice in the Northern District of
3  California on a *pro hac vice* basis representing Defendants Morgan Stanley & Co. Incorporated,
4  Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and
5  Company, LLC and ThinkEquity Partners LLC in the above-entitled action.
6    In support of this application, I certify on oath that:
7    1.    I am an active member in good standing of a United States Court or of the highest
8  court of another State or the District of Columbia, as indicated above;
9    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
10 Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar
11 with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
12   3.    An attorney who is a member of the bar of this Court in good standing and who
13 maintains an office within the State of California has been designated as co-counsel in the above-
14 entitled action. The name, address, and telephone number of that attorney is:

15       Michael C. Tu
16       Orrick, Herrington & Sutcliffe LLP
         777 South Figueroa Street Suite 3200
17       Los Angeles, California 90017-5855
         Telephone: (213) 629-2020
18       Facsimile: (213) 612-2499
         Email: mtu@orrick.com
19

20   I declare under penalty of perjury that the foregoing is true and correct.

21 Dated: January 4, 2008                         Respectfully submitted,
22
23                                               *James P. Cusick*/by M.Tu
                                                  James P. Cusick
24
25
26
27
28

OHS West:260338372.1                     - 1 -

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001690
Cashier ID: mosleyj
Transaction Date: 01/07/2008
Payer Name: Specialized Legal Services Inc
--------------------------------------
PRO HAC VICE
 For: James P. Cusick
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00
--------------------------------------
CHECK
 Check/Money Order Num: 29470
 Amt Tendered: $210.00
--------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-07-5101-SBA, Pro Hac Vice for
James P. Cusick

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```