ORIGINAL
FILED
2008 JAN -7 AM 10: 06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT P. VARIAN (State Bar No. 107459)
REBECCA F. LUBENS (State Bar No. 240683)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759
Emails:      rvarian@orrick.com
             rlubens@orrick.com

MICHAEL C. TU (State Bar No. 186793)
TEODORA E. MANOLOVA (State Bar No. 233333)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone:   (213) 629-2020
Facsimile:   (213) 612-2499
Emails:      mtu@orrick.com
             tmanolova@orrick.com

Attorneys for Defendants
Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce,
Fenner & Smith Incorporated, Jefferies & Company, Inc.,
Cowen and Company, LLC and ThinkEquity Partners LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO. INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., THINKEQUITY PARTNERS LLC and BIGBAND NETWORKS, INC.<br><br>Defendants. | Case No. 07-cv-5101-SBA<br><br><u>CLASS ACTION</u><br><br>**PROOF OF SERVICE** |

OHS West:260363298.1

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669

On January 4, 2008, I served the foregoing documents described as:

**(1) APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

**(2) [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

**(3) PROOF OF SERVICE**

on the parties to this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Keith E. Eggleton<br>Rodney G. Strickland<br>Jonie Ostler<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br><br>*Counsel Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely, Dean Gilbert, Kenneth E. Goldman, Lloyd Carney, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang* | Reed R. Kathrein<br>HAGENS BERMAN SOBOL SHAPIR LLP<br>715 Hearst Avenue, Suite 2092<br>Berkeley, CA 94710<br><br>*Counsel for Plaintiff Bikash Mohan Mohanty* |
| Steve Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br><br>*Counsel for Plaintiff Bikash Mohan Mohanty* | Lewis Kahn<br>KAHN GAUTHER SWICK LLC<br>650 Poydras Street – Suite 2150<br>New Orleans, LA 70130<br><br>*Additional counsel for Plaintiff Bikash Mohan Mohanty* |
| Stephen L. Porter<br>WHITEHEAD & PORTER LLP<br>220 Montgomery, Suite 1850<br>San Francisco, CA 94104<br>Tel.: (415) 781-6070<br><br>*Local Counsel for Plaintiff Dennis Koesterer* | Robert C. Finkel<br>Natalie Mackiel<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 759-4600<br>Fax: (212) 486-2093<br><br>*Counsel for Plaintiff Dennis Koesterer* |

OHS West:260363298.1

- 1 -

PROOF OF SERVICE

| | |
|---|---|
| Alan R. Plutzik<br>L. Timothy Fisher<br>SCHIFFRIN BARROWAY TOPAZ<br>   & KESSLER, LLP<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br><br>*Counsel for Plaintiff Abrena Winston* | Nicholas J. Licato<br>Arthur L. Shingler<br>SCOTT + SCOTT LLP<br>600 B. Street, Suite 1500<br>San Diego, CA 92101<br><br>*Counsel for Plaintiff Donald Smith* |
| David R. Scott<br>SCOTT + SCOTT LLP<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br><br>*Counsel for Plaintiff Donald Smith* | Mark Punzalan<br>C. P. Bartholomew<br>FINKELSTEIN THOMPSON LLP<br>100 Bush Street, Suite 1450<br>San Francisco, CA 94104<br><br>*Counsel for Plaintiff Wayne Luzon* |
| Lester R. Hooker<br>SAXENA WHITE P.A.<br>2424 N. Federal Highway<br>Suite 257<br>Boca Raton, FL 33431<br><br>*Counsel for Plaintiff Debra L. Bernstein* | Laurence D. King<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br><br>*Counsel for Plaintiff Eugene L. Hammer* |
| Karen H. Riebel<br>Elizabeth R. Odette<br>LOCKRIDGE GRINDAL NAUEN, P.L.L.P<br>100 Washington Avenue, Suite 2200<br>Minneapolis, MN 55402<br><br>*Counsel for Plaintiff Eugene L. Hammer* | Darren J. Robbins<br>COUGHLIN STOIA GELLER RUDMAN &<br>ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br><br>*Counsel for James Wiltjer* |
| Jeffrey W. Lawrence<br>COUGHLIN STOIA GELLER RUDMAN &<br>ROBBINS LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br><br>*Counsel for James Wiltjer* | |

- 2 -

OHS West:260363298.1

☑ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Orrick, Herrington & Sutcliffe LLP, San Francisco, California. I am readily familiar with Orrick, Herrington & Sutcliffe LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Orrick, Herrington & Sutcliffe LLP, San Francisco, California. I am readily familiar with Orrick, Herrington & Sutcliffe LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

☐ (BY FACSIMILE) I caused to be transmitted by facsimile machine (number of sending facsimile machine is (415) 773-5759) by sending the document(s) to the parties on the attached Service List. The facsimile transmission(s) was reported as complete and without error.

Executed on January 4, 2008, at San Francisco, California.

☑ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

*Bobbi Rubi*
Bobbi Rubi