| | |
|---|---|
| 1  ROBERT P. VARIAN (State Bar No. 107459)<br>REBECCA F. LUBENS (State Bar No. 240683)<br>2  ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>3  405 Howard Street<br>San Francisco, California 94105-2669<br>4  Telephone:  (415) 773-5700<br>Facsimile:   (415) 773-5759<br>5  Emails:      rvarian@orrick.com<br>             rlubens@orrick.com | FILED<br>2008 JAN -7  AM 10: 05<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

6

7  MICHAEL C. TU (State Bar No. 186793)
    TEODORA E. MANOLOVA (State Bar No. 233333)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
    Los Angeles, California 90017-5855
9  Telephone:  (213) 629-2020
    Facsimile:   (213) 612-2499
10  Emails:      mtu@orrick.com
                 tmanolova@orrick.com
11

12  Attorneys for Defendants
    Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce,
    Fenner & Smith Incorporated, Jefferies & Company, Inc.,
13  Cowen and Company, LLC and ThinkEquity Partners LLC

14

15                  UNITED STATES DISTRICT COURT           **FILED BY FAX**

16                  NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated,<br>19<br>        Plaintiff,<br>20<br>    v.<br>21<br>22  AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD<br>23  CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY &<br>24  CO. INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO.,<br>25  INC., COWEN AND CO., INC., THINKEQUITY PARTNERS LLC and BIGBAND<br>26  NETWORKS, INC.<br>27        Defendants. | Case No. 07-cv-5101-SBA<br><br>CLASS ACTION<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

28

OHS West:260338372.1

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L. R. 11-3, James P. Cusick, an active member in good standing of the bars of Illinois and New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC and ThinkEquity Partners LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

> Michael C. Tu
> Orrick, Herrington & Sutcliffe LLP
> 777 South Figueroa Street Suite 3200
> Los Angeles, California 90017-5855
> Telephone: (213) 629-2020
> Facsimile: (213) 612-2499
> Email: mtu@orrick.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2008

Respectfully submitted,

*/s/ James P. Cusick /by M. Tu*
James P. Cusick

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001690
Cashier ID: mosleyj
Transaction Date: 01/07/2008
Payer Name: Specialized Legal Services I
nc
--------------------------------------
PRO HAC VICE
 For: James P. Cusick
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:        $210.00
--------------------------------------
CHECK
 Check/Money Order Num: 29470
 Amt Tendered: $210.00
--------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-07-5101-SBA, Pro Hac Vice for
James P. Cusick

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```