# Exhibit A

https://www.spherafund.com/english/default.html 1/14/2008 6:19:29 PM

Sphera Fund

# SPHERA

- About Us
- Management
- Investment Philosophy
- Performance Summary
- Summary of Terms
- Links
- Contact Us

## About Us

Sphera Fund is an off-shore private hedge fund investing primarily in a range of long/short equities of Israeli companies traded in U.S., Israel and European markets. The Fund is targeted at international and Israeli investors subject to certain restrictions and limitations.

Sphera is organized in a limited partnership structure, owned by Sphera's principals and Shrem Fudim Group Ltd.

Sphera's investment style is predicated on combining fundamental, bottom-up research and analysis of portfolio companies with a variety of hedging strategies to reduce the Fund's market risk and volatility

Sphera currently has over $260 million capital* under management with average annual net return of over 20% since 2001. The principals of the Fund have previously managed the proprietary capital of Shrem Fudim Group Ltd, and have consistently outperformed comparable benchmarks while showing lower risk parameters.

* Includes Sphera, Puma Sphera and Sphera Global Healthcare funds

Should you wish to continue further, please read our Terms and Conditions Agreement.

Terms & Conditions

all rights reserved