1   REED R. KATHREIN (139304)
    HAGENS BERMAN SOBOL SHAPIRO LLP
2   715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
3   Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
4   reed@hbsslaw.com

5   LEWIS S. KAHN
    KAHN GAUTHIER SWICK, LLC
6   650 Poydras Street, Suite 2150
    New Orleans, LA 70130
7   Telephone: (504) 455-1400
    Facsimile: (504) 455-1498
8   lewis.kahn@kgscounsel.com

9   Attorneys for Plaintiffs

10  [Additional counsel listed on signature page]

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14

15  BIKASH MOHAN MOHANTY,  On Behalf of  )   Case No. 3:07-CV-05101-SBA
    Himself and All Others Similarly Situated,  )
16                                          )   DECLARATION OF REED R.
                    Plaintiff,              )   KATHREIN IN SUPPORT OF GWYN
17                                          )   JONES' REPLY TO THE SPHERA
                    vs.                     )   FUND'S OPPOSITION TO HIS MOTION
18                                          )   TO APPOINT LEAD PLAINTIFF
    BIGBAND NETWORKS, INC., AMIR            )
19  BASSAN-ESKENAZI, RAN OZ, FREDERICK  )
    BALL, GAL ISRAELY, DEAN GILBERT,       )   DATE:   February 5, 2008
20  KEN GOLDMAN, LLOYD CARNEY, BRUCE  )      TIME:   1:00 P.M.
    SACHS, ROBERT SACHS, GEOFFREY           )   DEPT:   Courtroom 3, 3rd Floor
21  YANG, MORGAN STANLEY & CO., INC.,       )
    MERRILL LYNCH, PIERCE, FENNER &         )
22  SMITH, INC., JEFFERIES & CO., INC.,     )
    COWEN AND CO., INC., AND                )
23  THINKEQUITY PARTNERS, LLC               )
                                            )
24                  Defendants.             )
    _____)

25

26

27

28

| | |
|---|---|
| DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated, | ) Case No. 3:07-CV-05168-MMC |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCH SACHS, ROBERT SACHS, and GEOFFREY YANG | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| ABRENA WINSTON, Individually and On Behalf of All Others Similarly Situated, | ) Case No. 3:07-CV-05327-JSW |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MORGAN STANLEY & CO., INC., COWEN AND CO., JEFFERIES & CO., and THINKEQUITY PARTNERS, LLC | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| DONALD SMITH, On Behalf of Himself and All Others Similarly Situated, | ) Case No. 3:07-CV-05361-SI |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, and FREDERICK A. BALL | ) |
| | ) |
| Defendants. | ) |

001922-11 219347 V2

| | |
|---|---|
| WAYNE LUZON, On Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., and THINKEQUITY PARTNERS, LLC<br><br>            Defendants. | Case No. 3:07-CV-05637-WHA |
| DEBRA L. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO., INCORPORATED, JEFFERIES & COMPANY, INC., MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, COWEN AND COMPANY, LLC and THINKEQUITY PARTNERS LLC,<br><br>            Defendants. | Case No. 3:07-CV-05825-MHP |
| EUGENE HAMMER, On Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCE SACHS, ROBERT SACHS, and GEOFFREY YANG<br><br>            Defendants. | Case No. 3:07-CV-05825-MHP |

1      I, REED R. KATHREIN declare as follows:

2      1.      I am a member in good standing of the state bar of California. I am an attorney at

3   Hagens Berman Sobol Shapiro LLP, proposed lead counsel for Gwyn Jones.  I submit this

4   declaration in support of Gwyn Jones' Reply to the Sphera Fund's Opposition to His Motion to

5   Appoint Lead Plaintiff.

6      2.      Attached as exhibits are true and correct copies of the following:

7      Exhibit A:      A true and correct copy of Gwyn Jones' curriculum vitae.

8      I declare, under penalty of perjury of the laws of the United States, that the foregoing is true

9   and correct to the best of my knowledge.

10   Executed this 22nd day of January, 2008.

11                                                      /s/ Reed R. Kathrein
                                              _____
12                                                     REED R. KATHREIN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

       I hereby certify that on January 22, 2008 I electronically filed the foregoing with the Clerk

3

of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify

5

that I have mailed the foregoing document or paper via the United States Postal Service to the non-

6

CM/ECF participants indicated on the attached Manual Notice List.

7

8

                                    /s/ Reed R. Kathrein
                                  REED R. KATHREIN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael M. Goldberg**
  info@glancylaw.com

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James P. Cusick
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103-001
```