# Exhibit A

Gwyn Jones
British Citizen born January 8, 1960
Glafkos House Apt 533 Kanika Enerios, John Kennedy Street, 3106 Limassol, Cyprus
+357 9992 9322 (m)    jones.gwyn@gmail.com

**Executive Summary:**
*30 years entrepreneurial experience, mainly in early-stage technology/web-based companies. Over 20 years as senior executive (CxO/VP) and/or member of Board of Directors (private/NASDAQ). Over 10 million people use my technologies, generating $0.5 bn in product revenues, and creating 1,000 jobs. A proven, international, entrepreneurial manager of Products/Technology, E-commerce and Web/Direct Marketing.*

**Education & Qualifications:**
2002    MSc, Management Research, University of Oxford, UK (first year of PhD in Management)
2000    MS, Computer Information Systems, NSU, USA (GPA 3.97/4.00)
1999    MBA, INSEAD Business School, France (only student admitted without undergraduate degree)

**Teaching/Speaking:**
Entrepreneurship (INSEAD, Cass Business School, Brunel University, University of Portsmouth)
Software Direct Marketing (Software Publishers Association)
Internet Marketing (UC Berkeley)

**Languages:**    Basic French, German, Portuguese, Spanish
Lived in USA, Australia, France, Spain, Andorra, Brazil, UAE, Cyprus, Argentina, Panama

**Membership:**    Chartered Institute of Marketing (CIM), British Computer Society (BCS),

**Career History:**
2006-    **E-commerce Advisor/Investor**
*Sustainable packaging; mobile marketing; reverse logistics; property; dry cleaning; removals*
Invested in early stage companies in Canada, China, Cyprus, USA, UK. Continued advisory to eClean and LondonVanMan.

2002-2005    **RTL Games/LondonVanMan/ECleanUK**, Portsmouth & London
*Board game; Man+Van Service (light removals); Online dry-cleaning*
**Advisor/Non-Executive Director**
Advisor/Mentor to three start-up companies. Help develop service/product and realistic launch strategies. Help write coherent business plan & raise money. Develop and implement marketing plan. Served as Director.

2002-2005    **University of Portsmouth/Cass Business School/Brunel University**, Portsmouth & London
**Entrepreneur in Residence**
Provide advice/feedback to students/academics on commercialization, product/service marketing, new venture creation, and fund-raising.

2000-2001    **HumanConcepts/Bestlinx/Sporteum**, San Francisco
*Corporate OrgChart software; Web-based Bookmarks; Sporting goods supply chain system*
**Interim Manager** (Chief Marketing Officer/Chief Technology Officer)
Managed product/service development team (including offshore groups in Russia and India). Managed product launch/upgrade and marketing activities through direct mail and web marketing.

1999-2000    **VistaPrint**, Paris & Boston
*Leader in online printing with 10 million customers in 120 countries, $billion IPO in 2005*
**Co-founder & Sr. VP, Product Development**
Conceived a business model to achieve market leadership, integrating Internet-based design and ordering with off-line printing and production. Developed unique end-to-end clicks-and-mortar approach with standardization, aggregation and automation to achieve dramatic cost/time savings. Introduced "Free Business Cards" offer, one of the biggest web offers of the last few years, together with associated web marketing (email, ads, paid search, affiliate). Responsible for Product Engineering and Internal MIS teams with the CTO as a direct report. Managed the development of a leading-edge "Web App" (using JavaScript, DHTML, XML and IE5

to produce a thin-client interactive Web page) with the look and feel of a Desktop Publishing software package, and industry leading design capabilities. Introduced $1.1m of funding, and played key role in 2 early rounds of funding of $1.5m and $10m.

| | |
|---|---|
| 1997-1999 | **XtraDrive, INSEAD, IMSI**, Paris & San Francisco |
| | *Virtual disk drive; Europe's #1 B-school; $60m revenue consumer software company* |
| | **Interim Manager** (Marketing Manager/Project Manager) |

Responsible for the development and implementation of several key projects including a web-based disk storage demo site, with associated business plan and presentation (runner up at University of Oxford Business Plan Competition); brand new, high gloss MBA Brochure (first full colour brochure for INSEAD); high profile corporate ad campaign and multiple direct mail offers for new versions of TurboCAD and MasterClips.

| | |
|---|---|
| 1996-1997 | **Secret Diary of Bill Gates** |
| | *Most popular Bill Gates site: over 1 million hits/month, "parodic masterpiece" wrote Wired* |
| | **Author** |

Designed/wrote all content for Bill Gates spoof diary web site. Developed revenue streams through advertising, syndication, online sales. Negotiated book publishing deal with Andrews & McMeel, a top US publisher.

| | |
|---|---|
| 1996-1997 | **Software Publishing Corporation**, Nottingham & Boston |
| | *NASDAQ-listed consumer software company with $50m in revenues, 300 employees* |
| | **VP, Product Development** |

Key member of executive team: reorganized the Serif/SPC software development groups into one cohesive team, focusing on brand leaders PagePlus and Harvard Graphics. Developed long-term product roadmap for Serif development of low-cost Adobe-inspired product line. Served as Director 1996-1997.

| | |
|---|---|
| 1987-1996 | **Serif**, Nottingham & Boston |
| | *Leader in consumer software, 2 million users worldwide, UK's best selling DTP since 1993* |
| | **Co-founder & CEO** |

Responsible for all design & product development for one of the first low cost Windows applications: released several major versions of PagePlus. Introduced innovative "Free Software" campaign, which was key to achieving customer base of over 2 million users, and significant market share against Microsoft and Adobe – and revenues of $25m. Directed one of the largest software direct marketing campaigns: designed and produced over 10 million direct mail pieces, generated over 250 million page views with full-page magazine ads. Managed UK and US offices, pan-European (multi-lingual) and US call centers (inbound/outbound). Generated worldwide sales through international agents and extensive direct marketing. Wrote business plan and negotiated $1.5m in funding. Subsequently negotiated trade sale. Served as Director 1987-1996.

| | |
|---|---|
| 1983-1987 | **LaserMaker**, Nottingham & Los Angeles |
| | *Enterprise software company, $10m in revenues* |
| | **Co-founder & Technical Director** |

Responsible for the specification, design, development and all associated project management for the first PC-based electronic publishing product for traditional printing markets. Served as Director 1983-1987.

| | |
|---|---|
| 1978-1983 | **Xenotron**, Cambridge, Melbourne & Boston |
| | *Enterprise systems/software company, $50m revenues* |
| | **Senior Software Engineer** |

Joined Cambridge start-up as 6th person, helped grow company to 300 people. Responsible for a number of high profile installations of world's first interactive electronic publishing systems, at Miami Herald, Chicago Tribune and newspapers all over the world. Helped establish new offices in Australia and USA.