UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKASH MOHAN MOHANTY, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO. INC., MERRILL LYNCH PIERCE FENNER & SMITH INC., JEFFRIES & CO. INC., THINKEQUITY PARTNERS LLC, BIGBAND NETWORKS INC. and COWEN & CO. INC.,<br><br>Defendants.<br><br>*[Captions Continue on Following Pages]* | No. 4:07-cv-05101-SBA<br><br>**DECLARATION OF RON SENATOR IN FURTHER SUPPORT OF MOTION OF SPHERA FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**<br><br>Date: February 5, 2008<br>Time: 1:00 p.m.<br>Courtroom 3<br><br>Hon. Saundra B. Armstrong |

| | |
|---|---|
| DENNIS KOESTERER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE SACHS, ROBERT SACHS and GEOFFREY YANG,<br><br>Defendants. | No. 3:07-cv-05168-MMC |
| ABRENA WINSTON, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS INC., RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO. INCORPORATED, COWEN & COMPANY INC., JEFFRIES & COMPANY INC., LLC, and THINKEQUITY PARTNERS LLC,<br><br>Defendants. | No. 3:07-cv-05327-JSW |

DECLARATION OF RON SENATOR IN SUPPORT OF MOTION OF SPHERA FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL     - 2

| | |
|---|---|
| DONALD SMITH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL,<br><br>Defendants. | No. 3:07-cv-05361-SI |
| WAYNE LUZON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, JEFFRIES & COMPANY INC., COWEN & COMPANY LLC and THINKEQUITY PARTNERS LLC,<br><br>Defendants. | No. 3:07-cv-05637-WHA |

DECLARATION OF RON SENATOR IN SUPPORT OF MOTION OF SPHERA FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL - 3

| | |
|---|---|
| DEBRA L. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, JEFFRIES & COMPANY INC., MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, COWEN & COMPANY LLC and THINKEQUITY PARTNERS LLC,<br><br>Defendants. | No. 3:07-cv-05819-CRB |

DECLARATION OF RON SENATOR IN SUPPORT OF MOTION OF SPHERA FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL — - 4

| | |
|---|---|
| EUGENE L. HAMMER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE I. SACHS, ROBERT J. SACHS and GEOFFREY Y. YANG,<br><br>Defendants. | No. 3:07-cv-05825-MHP |

## DECLARATION OF RON SENATOR

I, Ron Senator, hereby declare as follows:

1. I submit this Declaration in support of the motion of Sphera Fund Ltd. ("Sphera Fund") for appointment as Lead Plaintiff in the above-captioned action. I am fully familiar with the facts set forth herein.

2. I am a managing partner and board member of Sphera Funds Management Ltd., the investment manager of Sphera Fund. Sphera Funds Management Ltd. is not an investment advisor.

3. Sphera Fund invests primarily in the equities of Israeli companies traded in the Untied States, Israel and Europe. Sphera Fund – and not investors in the fund – is the owner of the shares of Big Band at issue herein.

4. Sphera Fund engages Sphera Funds Management Ltd. to serve as its fund manager. In this capacity, Sphera Funds Management Ltd. is authorized to purchase and sell securities on behalf of Sphera Fund's account, and to take all necessary actions to exercise and enforce Sphera Fund's legal rights as the shareholder of the securities purchased.

5. As Managing Partner of Sphera Funds Management Ltd., the agent of Sphera Fund, I have the power to act on behalf of Sphera Fund and in this capacity I executed the Sworn Certification of Plaintiff, dated December 2, 2007, which was filed with this Court.

6. Contrary to the erroneous assertions in the opposition brief filed by "Gwyn Jones", Sphera Fund is not an "investment advisor" who gives advice to individual clients who hold title to Big Band shares.

7. If appointed as Lead Plaintiff, Sphera Fund will vigorously prosecute this action on behalf of the class.

8. In furtherance of its service as Lead Plaintiff, Sphera Fund, through its investment manager, Sphera Funds Management Ltd., will be present in the Untied States as required by the Court and as otherwise necessary.

DECLARATION OF RON SENATOR IN SUPPORT OF MOTION OF SPHERA FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL - 6

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 20 day of January, 2008, at Tel Aviv, Israel.

_____
Ron Senator