# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKASH MOHAN MOHANTY, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO. INC., MERRILL LYNCH PIERCE FENNER & SMITH INC., JEFFRIES & CO. INC., THINKEQUITY PARTNERS LLC, BIGBAND NETWORKS INC. and COWEN & CO. INC.,<br><br>Defendants. | No. 4:07-cv-05101-SBA<br><br>**DECLARATION OF ADAM GAUTHIER IN FURTHER SUPPORT OF MOTION OF SPHERA FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**<br><br><br>Date: February 5, 2008<br>Time: 1:00 p.m.<br>Courtroom 3<br><br>Hon. Saundra B. Armstrong |

## DECLARATION OF ADAM GAUTHIER

I, Adam Gauthier, hereby declare as follows:

1. I submit this Declaration in support of the motion of Sphera Fund Ltd. ("Sphera Fund") for appointment as Lead Plaintiff in the above-captioned action. I am fully familiar with the facts set forth herein.

2. I am an associate for the law firm of Glancy Binkow & Goldberg LLP who represents Sphera Fund in this litigation in its motion for appointment as Lead

---

DECLARATION OF ADAM GAUTHIER IN SUPPORT OF MOTION OF SPHERA FUND FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL     - 1

Plaintiff and approval of Lead Plaintiff's selection of Glancy Binkow & Goldberg LLP as co-lead counsel.

3. In connection with our initial opposition we had no ability to ascertain any relevant information about Mr. Gwyn Jones ("Jones") since little was provided by Jones's counsel regarding his adequacy as Lead Plaintiff. After receiving Jones's opposition brief, we then had the ability to perform research regarding his background and ability to perform as Lead Plaintiff in the above-captioned action.

4. I personally ran a search for Jones on *Google* and I located a webpage on the LinkedIn website[1] with a profile appearing to match the description of Jones provided by Jones's counsel. See attached Exhibit A.

5. According to the LinkedIn profile, Jones was a resident of Cyprus and under the section entitled "Gwyn Jones's Summary" he "had around 30 years in early-stage technology companies . . . 20+ years as a senior (C-level/VP) entrepreneurial executive. 20+ years as a director (both executive and non-executive) serving on the boards of both public and privately-held companies."

6. Under "Gwyn Jones's Experience" the profile lists, in resume format, companies where Jones either worked or invested in over the years, going back as early as 1978. These representations also match closely with those of Jones's counsel.

---

[1] http://www.linkedin.com/in/gwynj

7. Based on the representations made, which closely match those of Jones's counsel's briefs, it appears the LinkedIn profile I located was made by the actual movant Gwyn Jones or was done on his behalf.

8. In addition to a detailed job and investment history, the profile included a section entitled "Gwyn Jones's Education" which included educational institutions where Jones received degrees.

9. Among the institutions listed in which Jones obtained a degree was Massachusetts Institute of Technology ("MIT"), where it indicated that Jones obtained a Masters of Engineering, Logistics.

10. On January 22, 2008, at approximately 12:00 PM Pacific Standard Time, I telephoned the Registrars Office at MIT to verify whether Jones had in fact been conferred a degree by MIT.

11. During that phone conversation, I spoke with a representative at the Registrars Office. I told the representative that I would like to verify whether an individual by the name of Gwyn Jones, approximately 48 years of age, received a Masters Degree in Engineering, Logistics at MIT.

12. The representative confirmed that an individual by the name of Gywn Jones, matching my description, did enroll in the Masters program for Engineering at MIT in November of 2004, but that **no award of degree** was ever made.

13. I further inquired as to whether any units were awarded or whether any classes had been completed but the representative could only confirm over the phone that no degree was awarded to Jones.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 22nd day of January, 2008, at Los Angeles, California.

_____
Adam Gauthier

# EXHIBIT A

# Gwyn Jones



Startup Advisor/Non-exec

Cyprus

|  |  |
|---|---|
| **Past** | - Investor at Pakit (Canada/Sweden)<br>- Investor/advisor at Channel Velocity (USA)<br>- Investor/advisor at FoneVillage (China)<br>                                       10 more... |
| **Education** | - INSEAD<br>- University of Oxford - Said Business School<br>- Massachusetts Institute of Technology<br>                                       1 more... |
| **Connections** | 36 connections |
| **Industry** | Venture Capital & Private Equity |
| **Websites** | - Facebook |

## Gwyn Jones's Summary

I joined my first startup at 18 instead of going to university, so I've had around 30 years in early-stage technology companies, ranging in size from $100k in revenues to $2bn in market cap. 20+ years as a senior (C-level/VP) entrepreneurial executive. 20+ years as a director (both executive and non-executive) serving on the boards of both public and privately-held companies. I've co-founded several successful software and web-based companies with technologies used by millions of users.

**Gwyn Jones's Specialties:**

Internet, e-commerce, entrepreneur, startup, angel investor, direct marketing, general management, product management, product marketing, PR, international, public speaker, business plans, fundraising, non-executive director, technology roadmap, technology management, MBA

## Gwyn Jones's Experience

**Investor**
**Pakit (Canada/Sweden)**
(Privately Held; 51-200 employees; Packaging and Containers industry)
2006 — 2007 (1 year)
    www.pakitinc.com

**Investor/advisor**
**Channel Velocity (USA)**
(Privately Held; 11-50 employees; Logistics and Supply Chain industry)
2006 — 2007 (1 year)

www.channelvelocity.com

## Investor/advisor
**FoneVillage (China)**
(Privately Held; 11-50 employees; Internet industry)
2007 — 2007 (less than a year)

www.fonevillage.com

## Director
**Eclean (UK)**
(Privately Held; 1-10 employees; Facilities Services industry)
2003 — 2006 (3 years)

www.ecleanuk.com

## Entrepreneur in Residence
**University of Portsmouth (UK)**
(Educational Institution; 1001-5000 employees; Higher Education industry)
2005 — 2006 (1 year)

## Entrepreneur in Residence
**City University (London, UK)**
(Educational Institution; 5001-10,000 employees; Higher Education industry)
2003 — 2004 (1 year)

## CMO
**HumanConcepts (USA)**
(Privately Held; 51-200 employees; Computer Software industry)
2001 — 2002 (1 year)

www.humanconcepts.com

## CTO
**Sporteum (USA)**
(Privately Held; 11-50 employees; Apparel & Fashion industry)
2001 — 2002 (1 year)

## Senior VP Product Development
**VistaPrint (France/USA/global)**
(Public Company; 501-1000 employees; VPRT; Internet industry)
1999 — 2001 (2 years)

www.vistaprint.com

## Executive VP Product Development & Director
**Software Publishing Corporation (USA/global)**
(Public Company; 201-500 employees; SPCO; Computer Software industry)
1996 — 1997 (1 year)

### CEO & Director
**Serif (UK/USA)**
(Privately Held; 201-500 employees; Computer Software industry)
1987 — 1996 (9 years)

   www.serif.com

### CTO & Director
**LaserMaker (UK/USA)**
(Privately Held; 11-50 employees; Printing industry)
1983 — 1987 (4 years)

### Senior Software Engineer
**Xenotron (UK/USA/Australia)**
(Privately Held; 51-200 employees; Newspapers industry)
1978 — 1983 (5 years)

## Gwyn Jones's Education

**INSEAD**
MBA, Management

**University of Oxford - Said Business School**
MSc, Management Research

**Massachusetts Institute of Technology**
MEng, Logistics

**Nova Southeastern University**
MS, Computer Information Systems

## Additional Information

**Gwyn Jones's Websites:**

   Facebook

**Gwyn Jones's Interests:**

   Travel/International Living -- Educated in France, UK, USA. Lived/worked in Andorra, Argentina, Australia, Brazil, Canada, Cyprus, Dubai, France, Panama, Spain, UK, USA. Sports -- open-water swimmer, mountain biker, qualified ski instructor, masters triathlete.

**Gwyn Jones's Groups:**

   INSEAD   INSEAD Alumni member

   oxford   Oxford Business Alumni member