1  REED R. KATHREIN (139304)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  reed@hbsslaw.com

5  LEWIS S. KAHN
   KAHN GAUTHIER SWICK, LLC
6  650 Poydras Street, Suite 2150
   New Orleans, LA 70130
7  Telephone: (504) 455-1400
   Facsimile: (504) 455-1498
8  lewis.kahn@kgscounsel.com

9  Attorneys for Plaintiffs

10 [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., AND THINKEQUITY PARTNERS, LLC<br><br>Defendants. | Case No. 3:07-CV-05101-SBA<br><br>ADMINISTRATIVE MOTION OF GWYN JONES TO FILE A SUR-REPLY IN RESPONSE TO NEWLY RAISED ARGUMENTS OF SPHERA FUND PURSUANT TO LOCAL RULE 7-11 |

001922-11 220007 V1

| | | |
|---|---|---|
| 1 | DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05168-MMC |
| 2 | ) Plaintiff, ) | |
| 3 | ) v. ) | |
| 4 | ) BIGBAND NETWORKS, INC., AMIR BASSAN- ) | |
| 5 | ESKENAZI, FREDERICK A. BALL, RAN OZ, ) LLOYD CARNEY, DEAN GILBERT, KEN ) | |
| 6 | GOLDMAN, GAL ISRAELY, BRUCH SACHS, ) ROBERT SACHS, and GEOFFREY YANG ) | |
| 7 | ) Defendants. ) | |
| 8 | ) | |
| | ABRENA WINSTON, Individually and On ) | Case No. 3:07-CV-05327-MMC |
| 9 | Behalf of All Others Similarly Situated, ) ) | |
| 10 | Plaintiff, ) ) | |
| 11 | v. ) ) | |
| 12 | BIGBAND NETWORKS, INC., AMIR ) BASSAN-ESKENAZI, RAN OZ, FREDERICK ) | |
| 13 | BALL, GAL ISRAELY, DEAN GILBERT, KEN ) GOLDMAN, LLOYD CARNEY, BRUCE ) | |
| 14 | SACHS, ROBERT SACHS, GEOFFREY ) YANG, MERRILL LYNCH, PIERCE, FENNER ) | |
| 15 | & SMITH, INC., MORGAN STANLEY & CO., ) INC., COWEN AND CO., JEFFERIES & CO., ) | |
| 16 | and THINKEQUITY PARTNERS, LLC ) ) | |
| 17 | Defendants. ) ) | |
| 18 | DONALD SMITH, On Behalf of Himself and All ) Others Similarly Situated, ) | Case No. 3:07-CV-05361-SI |
| 19 | ) Plaintiff, ) | |
| 20 | ) v. ) | |
| 21 | ) BIGBAND NETWORKS, INC., AMIR ) | |
| 22 | BASSAN-ESKENAZI, and FREDERICK A. ) BALL ) | |
| 23 | ) Defendants. ) | |
| 24 | ) | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

001922-11 220007 V1

| | | |
|---|---|---|
| 1 | WAYNE LUZON, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05637-WHA |
| 2 | ) | |
| | Plaintiff, ) | |
| 3 | ) | |
| | v. ) | |
| 4 | ) | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, ) | |
| 6 | LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN ) | |
| 7 | STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & ) | |
| 8 | CO., INC., COWEN AND CO., INC., and THINKEQUITY PARTNERS, LLC ) | |
| 9 | ) | |
| | Defendants. ) | |
| 10 | ) | |
| | DEBRA L. BERNSTEIN, Individually and On ) | Case No. 3:07-CV-05819-CRB |
| 11 | Behalf of All Others Similarly Situated, ) | |
| 12 | Plaintiff, ) | |
| 13 | v. ) | |
| 14 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, ) | |
| 15 | GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. ) | |
| 16 | SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO., ) | |
| 17 | INCORPORATED, JEFFERIES & COMPANY, INC., MERRILL LYNCH, PIERCE FENNER & ) | |
| 18 | SMITH INCORPORATED, COWEN AND COMPANY, LLC and THINKEQUITY ) | |
| 19 | PARTNERS LLC, ) | |
| 20 | Defendants. ) | |
| 21 | EUGENE HAMMER, On Behalf of Himself and ) | Case No. 3:07-CV-05825-SI |
| | All Others Similarly Situated, ) | |
| 22 | ) | |
| | Plaintiff, ) | |
| 23 | ) | |
| | v. ) | |
| 24 | ) | |
| 25 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, ) | |
| | LLOYD CARNEY, DEAN GILBERT, KEN ) | |
| 26 | GOLDMAN, GAL ISRAELY, BRUCE SACHS, ROBERT SACHS, and GEOFFREY YANG ) | |
| 27 | ) | |
| | Defendants. ) | |
| 28 | | |

001922-11 220007 V1

| | |
|---|---|
| JAMES WILTJER, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>          Plaintiff, )<br>)<br>     v. )<br>)<br>BIGBAND NETWORKS, INC., et al. )<br>)<br>          Defendants. )<br>) | Case No. 3:08-CV-00022-CRB |

Pursuant to Local Rules 7-11(a) and 7-3(d) of the United States District Court for the Northern District of Caliornia, Movant Gwyn Jones ("Mr. Jones") seeks leave of the Court to file a sur-reply in response to arguments raised for the first time in Movant Sphera Fund's Reply Memorandum of Law In Further Support of Motion of Sphera Fund For Appointment As Lead Plaintiff and Approval of Selection of Lead Counsel [Dkt. No.39]. In its reply brief, Sphera Fund challenges Movant Mr. Jones' ability to serve as Lead Plaintiff because he is a resident of Cyprus. *Id.* at 3.

In *Whiteway v. FedEx Kinkos Office & Print Services, Inc.*, Case No. 05-cv-2320-SBA, 2007 U.S. Dist. Lexis 95398, ay *8-*9 (N.D. Cal. Dec. 18, 2007), this Court declined to consider an argument raised for the first time in the reply brief. *Id.* (citing *Stewart v. Wachowski*, No. cv 03-2873 MMM (VBKx), 2004 U.S. Dist. Lexis 26608, at *11 (C.D. Cal. Sept. 28, 2004); *Dietrich v. Trek Bicycle Corp.*, 297 F. Supp. 2d 1122, 1128 (W.D. Wis. 2003); *Grupo Gigante S.A. de C.V. v. Dallo & Co.*, 119 F. Supp. 2d 1083, 1103 n.15 (C.D. Cal. 2000)). Accordingly, Movant Mr. Jones respectfully requests leave of the Court to file a sur-reply in response to this newly raised argument. Mr. Jones submits the proposed sur-reply, attached as Exhibit A for the Court's consideration along with this motion.

Dated: January 25, 2008            HAGENS BERMAN SOBOL SHAPIRO, LLP

By:      /s/ Reed R. Kathrein
       REED R. KATHREIN

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900

Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Kim E. Miller
KAHN GAUTHIER SWICK, LLC
12 East 41st Street, 12th Floor
New York, NY  10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@kgscounsel.com

Attorneys for Lead Plaintiff Movant Gwyn Jones, and Proposed Co-Lead Counsel for the Class

MOT. OF GWYN JONES TO FILE A SUR-REPLY IN REPONSE
TO NEWLY RAISED ARGUMENTS OF SPHERA FUND – NO. C
07-05101 SBA

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                        /s/ Reed R. Kathrein
                                        REED R. KATHREIN

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael M. Goldberg**
  info@glancylaw.com

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James P. Cusick
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103-001
```