# Exhibit A

1
REED R. KATHREIN (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
2
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
3
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
4
reed@hbsslaw.com

5
LEWIS S. KAHN
KAHN GAUTHIER SWICK, LLC
6
650 Poydras Street, Suite 2150
New Orleans, LA  70130
7
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
8
lewis.kahn@kgscounsel.com

9
Attorneys for Plaintiffs

10
[Additional counsel listed on signature page]

11

12
UNITED STATES DISTRICT COURT

13
NORTHERN DISTRICT OF CALIFORNIA

14
OAKLAND DIVISION

15
BIKASH MOHAN MOHANTY,  On Behalf of
Himself and All Others Similarly Situated,

16
                    Plaintiff,

17
          vs.

18
BIGBAND NETWORKS, INC., AMIR
BASSAN-ESKENAZI, RAN OZ, FREDERICK
19
BALL, GAL ISRAELY, DEAN GILBERT,
KEN GOLDMAN, LLOYD CARNEY, BRUCE
20
SACHS, ROBERT SACHS, GEOFFREY
YANG, MORGAN STANLEY & CO., INC.,
21
MERRILL LYNCH, PIERCE, FENNER &
SMITH, INC., JEFFERIES & CO., INC.,
22
COWEN AND CO., INC., AND
THINKEQUITY PARTNERS, LLC
23
                    Defendants.

24

25

26

27

28

Case No. 3:07-CV-05101-SBA

CLASS ACTION

GWYN JONES' SUR-REPLY TO THE
SPHERA FUND'S REPLY TO HIS
MOTION TO APPOINT LEAD
PLAINTIFF

| | | |
|---|---|---|
| 1 | DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated, | ) Case No. 3:07-CV-05168-MMC |
| 2 | | ) |
| 3 | Plaintiff, | ) |
| | | ) |
| | v. | ) |
| 4 | | ) |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN | ) |
| 6 | GOLDMAN, GAL ISRAELY, BRUCH SACHS, ROBERT SACHS, and GEOFFREY YANG | ) |
| 7 | | ) |
| | Defendants. | ) |
| 8 | | ) |
| 9 | ABRENA WINSTON, Individually and On Behalf of All Others Similarly Situated, | ) Case No. 3:07-CV-05327-MMC |
| 10 | | ) |
| | Plaintiff, | ) |
| 11 | | ) |
| | v. | ) |
| 12 | | ) |
| | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK | ) |
| 13 | BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE | ) |
| 14 | SACHS, ROBERT SACHS, GEOFFREY YANG, MERRILL LYNCH, PIERCE, FENNER | ) |
| 15 | & SMITH, INC., MORGAN STANLEY & CO., INC., COWEN AND CO., JEFFERIES & CO., | ) |
| 16 | and THINKEQUITY PARTNERS, LLC | ) |
| 17 | | ) |
| | Defendants. | ) |
| 18 | DONALD SMITH, On Behalf of Himself and All Others Similarly Situated, | ) Case No. 3:07-CV-05361-SI |
| 19 | | ) |
| 20 | Plaintiff, | ) |
| | | ) |
| 21 | v. | ) |
| | | ) |
| 22 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, and FREDERICK A. | ) |
| 23 | BALL | ) |
| | | ) |
| | Defendants. | ) |
| 24 | | ) |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1
2
3
4
5
6
7
8
9
10

WAYNE LUZON, On Behalf of Himself and All
Others Similarly Situated,

        Plaintiff,

        v.

BIGBAND NETWORKS, INC., AMIR BASSAN-
ESKENAZI, RAN OZ, FREDERICK BALL, GAL
ISRAELY, DEAN GILBERT, KEN GOLDMAN,
LLOYD CARNEY, BRUCE SACHS, ROBERT
SACHS, GEOFFREY YANG, MORGAN
STANLEY & CO., INC., MERRILL LYNCH,
PIERCE, FENNER & SMITH, INC., JEFFERIES &
CO., INC., COWEN AND CO., INC., and
THINKEQUITY PARTNERS, LLC

        Defendants.

Case No. 3:07-CV-05637-WHA

11
12
13
14
15
16
17
18
19
20

DEBRA L. BERNSTEIN, Individually and On
Behalf of All Others Similarly Situated,

        Plaintiff,

        v.

BIGBAND NETWORKS, INC., AMIR BASSAN-
ESKENAZI, RAN OZ, FREDERICK A. BALL,
GAL ISRAELY, DEAN GILBERT, KENNETH A.
GOLDMAN, LLOYD CARNEY, BRUCE I.
SACHS, ROBERT J. SACHS, GEOFFREY Y.
YANG, MORGAN STANLEY & CO.,
INCORPORATED, JEFFERIES & COMPANY,
INC., MERRILL LYNCH, PIERCE FENNER &
SMITH INCORPORATED, COWEN AND
COMPANY, LLC and THINKEQUITY
PARTNERS LLC,

        Defendants.

Case No. 3:07-CV-05819-CRB

21
22
23
24
25
26
27
28

EUGENE HAMMER, On Behalf of Himself and
All Others Similarly Situated,

        Plaintiff,

        v.

BIGBAND NETWORKS, INC., AMIR BASSAN-
ESKENAZI, FREDERICK A. BALL, RAN OZ,
LLOYD CARNEY, DEAN GILBERT, KEN
GOLDMAN, GAL ISRAELY, BRUCE SACHS,
ROBERT SACHS, and GEOFFREY YANG

        Defendants.

Case No. 3:07-CV-05825-SI

JAMES WILTJER, On Behalf of Himself and All Others Similarly Situated,

             Plaintiff,

     v.

BIGBAND NETWORKS, INC., et al.

            Defendants.

)
)
)
)
)
)
)
)
)
)

Case No. 3:08-CV-00022-CRB

1    For the first time in its reply papers, movant Sphera Fund argues that Gwyn Jones is barred

2    from serving as Lead Plaintiff because he resides in a foreign country.  Specifically, the Sphera

3    Fund argues that Mr. Jones may be subject to a unique defense, claiming that the mere potential

4    that Cypriot courts (where Mr. Jones is a resident) may not give res judicata effect to a judgment

5    entered by this Court renders him inadequate.  *See* Reply Memorandum of Law in Further Support

6    of Motion of Sphera Fund for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead

7    Counsel, at 3 [Dkt. No. 39].  The Sphera Fund relies on *Borochoff v. Glaxosmithkline, PLC,* 246

8    F.R.D. 201 (S.D.N.Y. 2007), and *In re Royal Ahold N.V. Sec. & ERISA Litig.,* 219 F.R.D. 343 (D.

9    Md. 2003).  Both of these cases are easily distinguishable from the instant litigation.

10    Sphera Fund's argument fails for several reasons.  First, Mr. Jones is a citizen of the United

11    Kingdom.  As noted in *Glaxosmithkline*, English courts are likely to give preclusive effect to

12    judgment from a U.S. court.  *Glaxosmithklein*, at 203-05 (appointing English foreign investor as

13    Lead Plaintiff).  Second, unlike the instant litigation, *Glaxosmithkline* and *Royal Ahold* involved

14    foreign companies with foreign corporate headquarters.  *Glaxosmithkline,* 246 F.R.D. at 202

15    (headquartered in the United Kingdom), and *Royal Ahold,* 219 F.R.D. at 352 (headquartered in the

16    Netherlands).  In stark contrast, Bigband Networks, Inc. is incorporated in Delaware and maintains

17    its corporate headquarters in Redwood City, California.  Bigband's common stock is traded on an

18    American stock exchange and the alleged false and misleading representations are alleged to have

19    emanated from within the United States.  Third, in the recent case, *Marsden v. Select Med. Corp.,*

20    No. 04-cv-4020, 2007 U.S. Dist. Lexis 79450 *15-*17 (E.D. Pa. Oct. 26, 2007), which Sphera

21    Fund relies upon, the court addressed the same challenge to a Lead Plaintiff movant.  In the context

22    of a motion for class certification, the Marsden court rejected this identical argument stating:

23        Defendants argue that Capital Invest, an Austrian company, should
         not be certified because a favorable judgment for Defendants in this
24        suit would not have preclusive effect in Austria; thus, in their view,
         all Austrians, including Capital Invest, should not be considered
25        members of the class. (citation omitted). Unlike the cases cited by
         Defendants in support of this theory, the claim in this case is based
26        on alleged misrepresentations made in the U.S. by an American
         company whose shares traded on an American stock exchange (the
27        NYSE). (citations omitted). … Such a speculative argument is
         simply not sufficient to support the exclusion of Capital Invest or an
28        unknown number of foreign investors, especially when they are

otherwise entitled to sue in U.S. courts. (citation omitted). Therefore we cannot find Capital Invest "inadequate" on this ground.

Id. at *15-*17.  The court certified the class and appointed Capital Invest as the class representative.  *Id.* at *31.

Likewise, this Court should reject the Sphera Fund's argument and grant Gwyn Jones' motion as Lead Plaintiff.

Dated: January 25, 2008                    HAGENS BERMAN SOBOL SHAPIRO, LLP

                                           By: _____/s/ Reed R. Kathrein_____
                                                    REED R. KATHREIN

                                           715 Hearst Avenue, Suite 202
                                           Berkeley, CA 94710
                                           Telephone: (510) 725-3000
                                           Facsimile: (510) 725-3001
                                           reed@hbsslaw.com

                                           Steve W. Berman
                                           HAGENS BERMAN SOBOL SHAPIRO, LLP
                                           1301 Fifth Avenue, Suite 2900
                                           Seattle, WA 98101
                                           Telephone: (206) 623-7292
                                           Facsimile: (206) 623-0594
                                           steve@hbsslaw.com

                                           Lewis S. Kahn
                                           KAHN GAUTHIER SWICK, LLC
                                           650 Poydras Street, Suite 2150
                                           New Orleans, LA  70130
                                           Telephone: (504) 455-1400
                                           Facsimile: (504) 455-1498
                                           lewis.kahn@kgscounsel.com

                                           Kim E. Miller
                                           KAHN GAUTHIER SWICK, LLC
                                           12 East 41st Street, 12th Floor
                                           New York, NY  10017
                                           Telephone: (212) 696-3730
                                           Facsimile: (504) 455-1498
                                           kim.miller@kgscounsel.com

                                           Attorneys for Lead Plaintiff Movant Gwyn Jones, and
                                           Proposed Co-Lead Counsel for the Class

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on January 25, 2008 I electronically filed the foregoing with the Clerk

3   of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify

5   that I have mailed the foregoing document or paper via the United States Postal Service to the non-

6   CM/ECF participants indicated on the attached Manual Notice List.

7

8                              _____/s/ Reed R. Kathrein_____
                                            REED R. KATHREIN
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28