REED R. KATHREIN (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

LEWIS S. KAHN
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., AND THINKEQUITY PARTNERS, LLC<br><br>        Defendants. | Case No. 3:07-CV-05101-SBA<br><br>[PROPOSED] ORDER GRANTING THE ADMINISTRATIVE MOTION OF GWYN JONES TO FILE A SUR-REPLY IN RESPONSE TO NEWLY RAISED ARGUMENTS OF SPHERA FUND, PURSUANT TO LOCAL RULE 7-11 |

001922-11 220083 V1

| | | |
|---|---|---|
| 1 | DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05168-MMC |
| 2 | ) | |
| | Plaintiff, ) | |
| 3 | ) | |
| | v. ) | |
| 4 | ) | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCH SACHS, ROBERT SACHS, and GEOFFREY YANG ) ) ) ) ) | |
| 6 | | |
| 7 | ) | |
| | Defendants. ) | |
| 8 | ) | |
| 9 | ABRENA WINSTON, Individually and On Behalf of All Others Similarly Situated, ) ) | Case No. 3:07-CV-05327-JSW |
| 10 | ) | |
| | Plaintiff, ) | |
| 11 | ) | |
| | v. ) | |
| 12 | ) | |
| | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MORGAN STANLEY & CO., INC., COWEN AND CO., JEFFERIES & CO., and THINKEQUITY PARTNERS, LLC ) ) ) ) ) ) ) ) ) ) | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Defendants. ) | |
| 18 | ABRENA WINSTON... DONALD SMITH, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05361-SI |
| 19 | ) | |
| | Plaintiff, ) | |
| 20 | ) | |
| 21 | v. ) | |
| 22 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, and FREDERICK A. BALL ) ) ) | |
| 23 | ) | |
| | Defendants. ) | |
| 24 | ) | |

001922-11 220083 V1

| | | |
|---|---|---|
| 1 | WAYNE LUZON, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05637-WHA |
| 2 | ) ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, ) ) ) | |
| 6 | LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN ) ) | |
| 7 | STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & ) ) | |
| 8 | CO., INC., COWEN AND CO., INC., and THINKEQUITY PARTNERS, LLC ) ) | |
| 9 | ) Defendants. ) | |
| 10 | ) | |
| 11 | DEBRA L. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated, ) ) | Case No. 3:07-CV-05819-CRB |
| 12 | ) Plaintiff, ) | |
| 13 | ) v. ) | |
| 14 | ) BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, ) ) | |
| 15 | GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. ) ) | |
| 16 | SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO., ) ) | |
| 17 | INCORPORATED, JEFFERIES & COMPANY, INC., MERRILL LYNCH, PIERCE FENNER & ) ) | |
| 18 | SMITH INCORPORATED, COWEN AND COMPANY, LLC and THINKEQUITY ) ) | |
| 19 | PARTNERS LLC, ) ) | |
| 20 | Defendants. ) ) | |
| 21 | EUGENE HAMMER, On Behalf of Himself and All Others Similarly Situated, ) ) | Case No. 3:07-CV-05825-MHP |
| 22 | ) Plaintiff, ) | |
| 23 | ) v. ) | |
| 24 | ) BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, ) ) | |
| 25 | LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCE SACHS, ) ) | |
| 26 | ROBERT SACHS, and GEOFFREY YANG ) ) | |
| 27 | Defendants. ) ) | |
| 28 | ) | |

001922-11 220083 V1

| | |
|---|---|
| JAMES WILTJER, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>BIGBAND NETWORKS, INC., et al.<br><br>        Defendants. | Case No. 3:08-CV-00022-CRB |

001922-11 220083 V1

This matter comes before the Court on the administrative motion of Movant Gwyn Jones ("Jones") requesting leave to file a sur-reply responding to Movant Sphera Fund's ("Sphera Fund") newly raised arguments in its Reply Memorandum of Law In Further Support of Motion of Sphera Fund For Appointment As Lead Plaintiff and Approval of Selection of Lead Counsel [Dkt. No.39]. Upon consideration of the foregoing administrative motion, the papers submitted in support and any opposition thereto, and good cause appearing:

IT IS HEREBY ORDERED that Movant Jones' motion to for leave to file a sur-reply is GRANTED in its entirety.

DATED: _____    _____
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

DATED: January 25, 2008

HAGENS BERMAN SOBOL SHAPIRO, LLP

By:    /s/ Reed R. Kathrein
REED R. KATHREIN

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

[PROPOSED] ORDER GRANTING THE MOT. OF GWYN JONES
TO FILE A SUR-REPLY IN REPONSE TO NEWLY RAISED
ARGUMENTS OF SPHERA FUND – NO. C 07-05101 SBA    -1-

1  Lewis S. Kahn
   KAHN GAUTHIER SWICK, LLC
2  650 Poydras Street, Suite 2150
   New Orleans, LA  70130
3  Telephone: (504) 455-1400
   Facsimile: (504) 455-1498
4  lewis.kahn@kgscounsel.com

5  Kim E. Miller
   KAHN GAUTHIER SWICK, LLC
6  12 East 41st Street, 12th Floor
   New York, NY  10017
7  Telephone: (212) 696-3730
   Facsimile: (504) 455-1498
8  kim.miller@kgscounsel.com

9
   Attorneys for Lead Plaintiff Movant Gwyn Jones,
10 and Proposed Co-Lead Counsel for the Class

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING THE MOT. OF GWYN JONES  -2-
TO FILE A SUR-REPLY IN REPONSE TO NEWLY RAISED
ARGUMENTS OF SPHERA FUND – NO. C 07-05101 SBA

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

          /s/ Reed R. Kathrein
          REED R. KATHREIN

[PROPOSED] ORDER GRANTING THE MOT. OF GWYN JONES TO FILE A SUR-REPLY IN REPONSE TO NEWLY RAISED ARGUMENTS OF SPHERA FUND – NO. C 07-05101 SBA  -3-

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael M. Goldberg**
  info@glancylaw.com

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James P. Cusick
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103-001
```