FILED
2008 JAN 28 AM 11: 50

Fee Pd.

| | |
|---|---|
| 1 | REED R. KATHREIN (139304) |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | 715 Hearst Avenue, Suite 202 |
| 3 | Berkeley, CA 94710 |
|   | Telephone: (510) 725-3000 |
| 4 | Facsimile: (510) 725-3001 |
|   | reed@hbsslaw.com |
| 5 | LEWIS KAHN |
| 6 | KAHN GAUTHIER SWICK, LLC |
|   | 650 Poydras Street - Suite 2150 |
| 7 | New Orleans, LA 70130 |
|   | Telephone: (504) 455-1400 |
| 8 | Facsimile: (504) 455-1498 |
|   | lewis.kahn@kgscounsel.com |
| 9 | Attorneys for Plaintiffs |
| 10 | [Additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

BIKASH MOHAN MOHANTY, Individually And On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GOEFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., JEFFERIES & CO., INC, COWEN & CO., INC., THINKEQUITY PARTNERS, LLC and BIGBAND NETWORKS, INC.

Defendants.

No. 4:07-CV-05101-SBA

APPLICATION OF LEWIS S. KAHN FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Action Filed: October 3, 2007

ORIGINAL

1    Pursuant to Civil L.R. 11-3, LEWIS S. KAHN, an active member in good standing of the
2    bar of Louisiana, hereby applies for admission to practice in the Northern District of California on
3    a *pro hac vice* basis representing Plaintiff Bikash Mohan Mohanty in the above-entitled action. In
4    support of this application, I certify on oath that:

5    1.   I am an active member in good standing of a United States Court or of the highest
6    court of another State or the District of Columbia, as indicated above;

7    2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local
8    Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
9    with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

10   3.   An attorney who is a member of the bar of this Court in good standing and who
11   maintains an office within the State of California has been designated as co-counsel in the above-
12   entitled action. The name, address and telephone number of that attorney is:

        Reed R. Kathrein (139304)
        HAGENS BERMAN SOBOL SHAPIRO LLP
        715 Hearst Avenue, Suite 202
        Berkeley, CA 94710
        Telephone: (510) 725-3000
        Facsimile: (510) 725-3001

17   I declare under penalty of perjury that the foregoing is true and correct. Executed this 7 day of
18   January 2008, at New Orleans, Louisiana.

21   Dated: 1/9/08                                    _____
                                                      LEWIS S. KAHN

APPLICATION OF LEWIS S. KAHN FOR ADMISSION          - 1 -
OF ATTORNEY *PRO HAC VICE* – No. 07-5101 SBA
001022-11 217098 V1

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001767
Cashier ID: mosleyj
Transaction Date: 01/28/2008
Payer Name: Hagens Berman et al
-----------------------------------
PRO HAC VICE
 For: Lewis S Kahn
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:          $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 39966
 Amt Tendered: $210.00
-----------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:        $0.00

C-07-5101-SBA, Pro Hac Vice for
Lewis S Kahn


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```