1  REED R. KATHREIN (139304)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  reed@hbsslaw.com

5  LEWIS KAHN
   KAHN GAUTHIER SWICK, LLC
6  650 Poydras Street - Suite 2150
   New Orleans, LA 70130
7  Telephone: (504) 455-1400
   Facsimile: (504) 455-1498
8  lewis.kahn@kgscounsel.com

9  Attorneys for Plaintiffs

10  [Additional counsel listed on signature page]

**FILED**
JAN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
JAN 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

BIKASH MOHAN MOHANTY, Individually
And On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GOEFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., JEFFERIES & CO., INC, COWEN & CO., INC., THINKEQUITY PARTNERS, LLC and BIGBAND NETWORKS, INC.

Defendants.

No. 4:07-CV-05101-SBA

[PROPOSED] ORDER GRANTING LEWIS S. KAHN APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Action Filed: October 3, 2007

ORIGINAL

1  LEWIS S. KAHN, an active member in good standing of the bar of the State of Louisiana,
2  whose business address and telephone number is:

3  Louisiana State Bar Association
   601 St. Charles Avenue
4  New Orleans, LA 70130
   (504) 566-1600
5

6  having applied in the above-entitled action for admission to practice in the Northern District of
7  California on a *pro hac vice* basis, representing Plaintiff Bikash Mohan Mohanty.

8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
10 *vice*. Service of papers upon and communication with co-counsel designed in the application will
11 constitute notice to the party. All future filings in this action are subject to the requirements
12 contained in General Order No. 45, *Electronic Case Filing*.

13

14  Dated: 1-30-08

15                                               SAUNDRA B. ARMSTRONG
16                                               UNITED STATES DISTRICT JUDGE