
Clerk's Use Only
Initial fee pd.:

JACOB SABO (e-mail: jsabo53@gmail.com)
LAW OFFICES OF JACOB SABO
The Tower No. 3 Daniel Frisch Street 15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88/Fax: 011 972 3 607 88 89

FILED
08 JAN 31 PM 3: 26

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIKASH MOHAN MOHANTY,
Individually And On Behalf of All Others
Similarly Situated

    Plaintiff(s),

v.

AMIR BASSAN-ESKENAZI, et al.

    Defendant(s).

CASE NO. 4:07-CV-5101 SBA

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, JACOB SABO, an active member in good standing of the bar of NEW YORK, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Mohan Mohanty, et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/30/2008

ORIGINAL

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611015234
Cashier ID: bucklem
Transaction Date: 01/31/2008
Payer Name: glancy binkow and goldberg
-----------------------------------------
PRO HAC VICE
 For: jacob sabo
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00
-----------------------------------------
CHECK
 Check/Money Order Num: 22417
 Amt Tendered: $210.00
-----------------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

C07-5101SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```