1  LIONEL Z. GLANCY (#134180)
   GLANCY BINKOW & GOLDBERG LLP
2  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
3  Telephone:  (310) 201-9150
   Facsimile:  (310) 201-9160
4
   *Attorneys for Lead Plaintiff Movant*
5  *Sphera Fund and Proposed Co-Lead Counsel*

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKASH MOHAN MOHANTY, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO. INC., MERRILL LYNCH PIERCE FENNER & SMITH INC., JEFFRIES & CO. INC., THINKEQUITY PARTNERS LLC, BIGBAND NETWORKS INC. and COWEN & CO. INC.,<br><br>Defendants. | No. 4:07-cv-05101-SBA<br><br>**DECLARATION OF JACOB SABO IN FURTHER SUPPORT OF MOTION OF SPHERA FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**<br><br>Date: February 5, 2008<br>Time: 1:00 p.m.<br>Courtroom 3<br><br>Hon. Saundra B. Armstrong |

*[Captions Continue on Following Pages]*

---

DECLARATION OF JACOB SABO IN FURTHER SUPPORT OF MOTION OF SPHERA FUND
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL

| | |
|---|---|
| DENNIS KOESTERER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE SACHS, ROBERT SACHS and GEOFFREY YANG,<br><br>Defendants. | No. 3:07-cv-05168-MMC |
| ABRENA WINSTON, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS INC., RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO. INCORPORATED, COWEN & COMPANY INC., JEFFRIES & COMPANY INC., LLC, and THINKEQUITY PARTNERS LLC,<br><br>Defendants. | No. 3:07-cv-05327-JSW |
| DONALD SMITH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL,<br><br>Defendants. | No. 3:07-cv-05361-SI |

*[Captions Continue on Following Pages]*

---

DECLARATION OF JACOB SABO IN FURTHER SUPPORT OF MOTION OF SPHERA FUND
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL

| | |
|---|---|
| WAYNE LUZON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, JEFFRIES & COMPANY INC., COWEN & COMPANY LLC and THINKEQUITY PARTNERS LLC,<br><br>Defendants. | No. 3:07-cv-05637-WHA |
| DEBRA L. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, JEFFRIES & COMPANY INC., MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, COWEN & COMPANY LLC and THINKEQUITY PARTNERS LLC,<br><br>Defendants. | No. 3:07-cv-05819-CRB |

*[Captions Continue on Following Page]*

---

|   |   |
|---|---|
| EUGENE L. HAMMER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE I. SACHS, ROBERT J. SACHS and GEOFFREY Y. YANG,<br><br>Defendants. | No. 3:07-cv-05825-MHP |

I, Jacob Sabo, hereby declare as follows:

1. I, Jacob Sabo, submit this Declaration in support of the motion of Sphera Fund Ltd. ("Sphera Fund") for appointment as Lead Plaintiff in the above-captioned action. I am fully familiar with the facts set forth herein.

2. I am proposed co-lead counsel in this matter and am authorized to practice before this Court. I have traveled from Israel with the expectation of attending the hearing in this matter of February 5 and expected to address this issue there. In light of the cancellation of that hearing, I want to bring this issue to the Court's attention via this Declaration.

3. The "loss chart" for Sphera Fund that was submitted in support of our motion for appointment as lead plaintiff (Exhibit "C" of Declaration of Lionel Glancy) accurately shows that Sphera Fund sold 32,328 shares on September 27, 2007 at $7.1096 per share. Gwyn Jones, in his opposition[1] to Sphera Fund's motion, states that the trading range for Big Band Networks on September 27, 2007, the date in which Sphera Fund sold the shares, was between $8.95 to $9.30

---

[1] Gwyn Jones' Opposition to Motion of the Sphera Fund to Appoint Lead Plaintiff, page 3, note 3.

DECLARATION OF JACOB SABO IN FURTHER SUPPORT OF MOTION OF SPHERA FUND
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL

Page 1

(thus, suggesting that Sphera Fund's trades could not have occured). This is simply not correct. Attached as Exhibit "A" is the confirmation statement showing Sphera Fund's trades on September 27, 2007, showing 32,238 shares sold at $7.1096.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 5th day of February, 2008, at Los Angeles, California

_____
Jacob Sabo

DECLARATION OF JACOB SABO IN FURTHER SUPPORT OF MOTION OF SPHERA FUND
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL

Page 2


CIBC World Markets

### Sphera Master Fund - Executions Report For: Sep 27, 2007

| Trade Date | Sett Date | Account | S.A Order No. | Account | Currency | Bot/Sold | Qtty. | Symbol | Price | Commission | Sec Fee | Net Value | ISIN | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/07 | 10/02/07 | 701 | 27489 | 701 | USD | Sold | 32,238 | BBND | 7.1096 | 805.95 | 3.51 | 228,389.82 | US0897505D97 | UPD |
| 09/27/07 | 10/02/07 | 701 | 27490 | 701 | USD | Sold | 677 | RSH | 20.4600 | 16.92 | 0.22 | 13,834.28 | | UPD |
| 09/27/07 | 10/02/07 | 701 | 27478 | 701 | USD | Bot | 6,900 | TS | 52.3458 | 172.50 | 0.00 | 361,358.52 | US88031M1099 | |

EXHIBIT A PAGE 3

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
ECF GENERAL ORDER NO. 45
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On February 5, 2008, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

**DECLARATION OF JACOB SABO IN FURTHER SUPPORT OF
MOTION OF SPHERA FUND FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

James P. Cusick
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103

Executed on February 5, 2008, at Los Angeles, California.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*S/Tia Reiss*
Tia Reiss