UNITED STATES DISTRICT COURT

Northern District of California

BIKASH MOHAN MOHANTY,
Individually And On Behalf of All Others
Similarly Situated,

            Plaintiff(s),

v.

AMIR BASSAN-ESKENAZI, ET AL.

           Defendant(s).

CASE NO. 4:07-CV-5101 SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

JACOB SABO, an active member in good standing of the bar of NEW YORK whose business address and telephone number (particular court to which applicant is admitted) is

Law Offices of Jacob Sabo (e-mail: jsabo53@gmail.com)
The Tower No. 3 Daniel Frisch Street 15th Floor, Tel Aviv, Israel 64731
Tel: 011 972 3 607 88 88 and Fax: 011 972 3 607 88 89

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Amir Bassan-Eskenazi, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District Judge

*Denied* — need local counsel

2/6/08