

650 Page Mill Road
Palo Alto, CA 94304-1050
PHONE 650.493.9300
FAX 650.493.6811
www.wsgr.com

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

February 11, 2008

***VIA E-FILING AND HAND DELIVERY***
The Honorable Saundra B. Armstrong
United States District Court
Northern District of California
1301 Clay Street
Suite 400 S
Oakland, CA 94612-5212

     Re:   *Mohanty v. BigBand Networks, Inc.*, No. C 07-5101-SBA

Dear Judge Armstrong:

We represent BigBand Networks, Inc., and the individual defendants in the above-captioned matter, the first-filed of eight securities class actions against BigBand now pending in the Northern District of California. We are writing to update the Court on related proceedings before Judge Breyer in one of the later-filed actions, and to inquire concerning the status of BigBand's pending Administrative Motion to relate the action before Judge Breyer to this earlier-filed action. As explained below, BigBand's Administrative Motion was not opposed by the January 8, 2008 deadline.

**Background**

In October and November 2007, eight class action lawsuits (one of which was voluntarily dismissed) were filed in the Northern District of California against BigBand and other defendants. The cases allege that the defendants issued false and misleading statements in the prospectus for BigBand's March 2007 initial public offering and thereafter. *Mohanty* is the first-filed case. Consequently, a proposed order consolidating the cases and agreeing that they should be deemed related was filed with the Court. *Mohanty*, Doc. No. 11. The parties in the various class actions pending before other judges in this District have filed stipulations in those cases rescheduling the status conferences pending this Court's consideration of the proposed consolidation stipulation as well as the two motions for consolidation that were filed December 3, 2007. *Mohanty* Doc. Nos. 12, 15; *see also Mohanty* Doc. No. 33.

A ninth similar class action was filed on December 3, 2007 in the California Superior Court for San Francisco County. *Wiltjer v. BigBand Networks, Inc.*, Case No. C 08-0022-CRB. The *Wiltjer* case was removed to the federal district court on January 2, 2008. Because the *Wiltjer* action asserts the same claims as *Mohanty*, defendants filed an Administrative Motion pursuant to Local Rules 3-12 and 7-11 seeking to have the *Wiltjer* case deemed related to *Mohanty* and transferred to this Court. Plaintiffs in *Wiltjer* did not oppose the Administrative Motion -- any opposition was due

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

The Honorable Saundra B. Armstrong
February 11, 2008
Page 2

January 8, 2008.  *See* Civ. L.R. 7-11(b).  The Administrative Motion is therefore under submission with this Court.  *See* Civ. L.R. 7-11(c).  The *Wiltjer* action is now before Judge Breyer.

**The Pending Remand Motion**

On January 18, plaintiff filed a motion to remand *Wiltjer* to state court.  On January 28, defendants sought a short extension of the time to oppose the motion to remand, in part anticipating that the *Wiltjer* case might be deemed related and moved to this Court.  *Wiltjer* Doc. Nos. 17, 19. Judge Breyer granted that request.  *Wiltjer* Doc. No. 20.  On February 8, defendants filed their opposition to the motion to remand with Judge Breyer because the *Wiltjer* case had not been related to *Mohanty*.  The motion to remand is scheduled for argument before Judge Breyer on February 22. If the Administrative Motion to relate *Wiltjer* to *Mohanty* is granted, the motion would be renoticed before this Court.  *See* Civ. L.R. 3-12(g).

We intended to bring these events to the Court's attention at the Case Management Conference originally scheduled for February 5.  Because that Conference was cancelled, we are writing to inquire about the status of the pending Administrative Motion.  We can be available at the Court's convenience to discuss these matters.  Thank you.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*Keith E. Eggleton*

Keith E. Eggleton

cc:  Attached distribution list

3289736_1.DOC

## DISTRIBUTION LIST

**Lionel Glancy**
**Kevin Ruff**
Glancy & Binkow LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Fax (310) 201-9160

**Lewis S. Kahn**
Kahn Gauthier Swick, LLC
**Lewis Stephen Kahn**
Kahn Gauthier Law Group, LLC
650 Poydras Street, Suite 2150
New Orleans, CA 70130
Fax (504) 455-1498

**Reed R. Kathrein**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Fax (510) 725-3001

**Alan Roth Plutzik**
**Lawrence Timothy Fisher**
Schiffrin Barroway Topaz & Kessler LLP
**Alan R. Plutzik**
Bramson, Plutzik, Mahler & Birkhaeuser, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Fax (925) 945-8792

**Nicholas J. Licato, Jr.**
**Arthur L. Shingler, III**
Scott & Scott LLP
600 B Street, Suite 1500
San Diego, CA 92130
Fax (619) 233-0508

**David R. Scott**
Scott & Scott LLC
108 Norwich Avenue
Colchester, CT 06415
Fax (860) 537-4432

**Christine Pedigo Bartholomew**
**Mark Punzalan**
Finkelstein Thompson LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104
Fax (415) 398-8704

**Lester Rene Hooker**
Saxena White P.A.
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Fax (561) 394-3382

**Laurence D. King**
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Fax (415) 772-4707

**Elizabeth R. Odette**
**Karen Hanson Riebel**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue, Suite 2220
Minneapolis, MN 55402
Fax (612) 339-0981

**Robert C. Finkel**
**Natalie Marie Mackiel**
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
Fax (212) 486-2093

**Stephen Lyle Porter**
Whitehead Porter & Gordon LLP
220 Montgomery Street, Suite 1850
San Francisco, CA 94104
Fax (415) 788-6521

**Ramzi Abadon**
**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
Fax (619) 231-7423

**Jeffrey W. Lawrence**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
Fax (415) 218-4534

**Teodora Emilova Manolova**
Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa Street
Suite 3200
Los Angeles, CA 90017
Fax (213) 612-2499

**Michael Carl Tu**
Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa Street
Suite 3200
Los Angeles, CA 90017
Fax (213) 612-2499

**Robert P. Varian**
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
Fax (415) 773-5759