

COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS LLP

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

Darren J. Robbins
Darrenr@csgrr.com

February 12, 2008

VIA E-FILE AND U.S. MAIL

The Honorable Saundra B. Armstrong
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212

　　　Re:　*Mohanty v. Bigband Networks, Inc.*
　　　　　　*No. C 07-5101-SBA*

Dear Judge Armstrong:

　　　We write in response to defendants' February 11, 2008 letter which, we believe, is an improper attempt to delay plaintiff's motion to remand the above-captioned action. Plaintiff's remand motion is currently set to be heard before Judge Breyer on February 22, 2008.

　　　On January 18, 2008, plaintiff filed a motion to remand his case to the California Superior Court where it was properly filed. Plaintiff's case solely alleges violations of the Securities Act of 1933 ("Securities Act"). As set out below, that motion is nearly fully briefed. Any decision on relating that case to cases before Your Honor should wait until after Judge Breyer rules on plaintiff's remand motion.

　　　On January 25, 2008, defendants sought an extension to the briefing schedule on plaintiff's remand motion because, in their view, " the case would likely be transferred to Judge Armstrong before the remand motion is heard as currently noticed." *See* January 25, 2008 letter. On January 31, 2008, Judge Breyer granted the briefing extension but reaffirmed a hearing date in his Court of February 22, 2008. Even though Judge Breyer had reaffirmed the hearing date and set a briefing schedule *and* despite the fact that plaintiff in the above-captioned matter is not a party to the cases pending before Court, it is clear that defendants intended to: (i) have this Court relate this case to cases pending in this Court at the February 5, 2008 Case Management conference; and (ii) have plaintiff's remand motion renoticed at a later date. Indeed, defendants' February 11, 2008 letter admits that this was their goal. *See* February 11, 2008 letter at 2. When the February 5, 2008 Case Management Conference was canceled, defendants filed their opposition brief on February 8, 2008 before Judge Breyer.

100 Pine Street, 26th Floor · San Francisco, California 94111 · 415.288.4545 · Fax 415.288.4534 · www.csgrr.com



The Honorable Saundra Armstrong
February 12, 2008
Page 2


The matter before Judge Breyer will be fully briefed when plaintiff's reply is filed this Thursday or Friday.  Nevertheless, defendants have again sought to try to delay the remand hearing by filing an improper letter with this Court and with Judge Breyer.  *See* February 11, 2008 letter at 2 ("[Defendants] intended to bring these [issues concerning the remand motion and the related case issue] to the Court's attention at the Case Management Conference originally scheduled for February 5.").

It is axiomatic that plaintiff's motion to remand involves the subject matter jurisdiction of the Court and is entirely separate from any other issues pending before Your Honor. The sole issue is whether plaintiff's action should be remanded to the Superior Court because the Securities Act expressly precludes the exercise of jurisdiction by a federal court over Securities Act cases that are commenced in state court.  Should Judge Breyer determine that the Court lacks subject matter jurisdiction, this case must be remanded to state court and defendants' request to relate these cases will be moot.

Because the remand issue is separate and apart from the procedural matters to be addressed in the cases before this Court and relates solely to whether or not this case should be in federal court at all, we think it should be decided expeditiously. There is no prejudice to any party to allow this motion to proceed as scheduled before Judge Breyer.

Respectfully submitted,

DARREN J. ROBBINS

DJR:plc

cc:    Keith E. Eggleton, Esq.
       Jeffrey W. Lawrence, Esq.

(Distribution list provided by defendants with 2/11/08 letter)


T:\CasesSF\BigBand State\Corres\Ltr Judge Armstrong.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 12, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-

mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

have mailed the foregoing document or paper via the United States Postal Service to the non-

CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.  Executed on February 12, 200.

s/ Jeffrey W. Lawrence
JEFFREY W. LAWRENCE

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:Jlawrence@csgrr.com

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.co

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**James P. Cusick**
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103-001

## DISTRIBUTION LIST

**Lionel Glancy**
**Kevin Ruff**
Glancy & Binkow LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Fax (310) 201-9160

Dbt f !4;19.dw.11133.DSC!!!!!Epdvn f ou37!!!!!!Gjrfhe!1302203119!!!!!Qbhf !5!pg7

**Lewis S. Kahn**
Kahn Gauthier Swick, LLC
**Lewis Stephen Kahn**
Kahn Gauthier Law Group, LLC
650 Poydras Street, Suite 2150
New Orleans, CA 70130
Fax (504) 455-1498

**Reed R. Kathrein**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Fax (510) 725-3001

**Alan Roth Plutzik**
**Lawrence Timothy Fisher**
Schiffrin Barroway Topaz & Kessler LLP
**Alan R. Plutzik**
Bramson, Plutzik, Mahler & Birkhaeuser, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Fax (925) 945-8792

**Nicholas J. Licato, Jr.**
**Arthur L. Shingler, III**
Scott & Scott LLP
600 B Street, Suite 1500
San Diego, CA 92130
Fax (619) 233-0508

**David R. Scott**
Scott & Scott LLC
108 Norwich Avenue
Colchester, CT 06415
Fax (860) 537-4432

**Christine Pedigo Bartholomew**
**Mark Punzalan**
Finkelstein Thompson LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104
Fax (415) 398-8704

**Lester Rene Hooker**
Saxena White P.A.
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Fax (561) 394-3382

**Laurence D. King**
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Fax (415) 772-4707

**Elizabeth R. Odette**
**Karen Hanson Riebel**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue, Suite 2220
Minneapolis, MN 55402
Fax (612) 339-0981

**Robert C. Finkel**
**Natalie Marie Mackiel**
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
Fax (212) 486-2093

**Stephen Lyle Porter**
Whitehead Porter & Gordon LLP
220 Montgomery Street, Suite 1850
San Francisco, CA 94104
Fax (415) 788-6521

**Ramzi Abadon**
**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
Fax (619) 231-7423

**Jeffrey W. Lawrence**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
Fax (415) 218-4534

**Teodora Emilova Manolova**
Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa Street
Suite 3200
Los Angeles, CA 90017
Fax (213) 612-2499

**Michael Carl Tu**
Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa Street
Suite 3200
Los Angeles, CA 90017
Fax (213) 612-2499

**Robert P. Varian**
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
Fax (415) 773-5759