1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., AND THINKEQUITY PARTNERS LLC )<br><br>Defendants. ) | Case No. 3:07-CV-05101-SBA<br><br>**STIPULATION AND ORDER REGARDING CONSOLIDATION AND SCHEDULING** |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    DENNIS KOESTERER, On Behalf of Himself    )    Case No. 3:07-CV-05168-MMC
     and All Others Similarly Situated,          )
2                                                )
                        Plaintiff,               )
3                                                )
               v.                                )
4                                                )
     BIGBAND NETWORKS, INC., AMIR                )
5    BASSAN-EZKENAZI, FREDERICK A. BALL,         )
     RAN OZ, LLOYD CARNEY, DEAN                  )
6    GILBERT, KEN GOLDMAN, GAL ISRAELY,          )
     BRUCH SACHS, ROBERT SACHS, and              )
7    GEOFFREY YANG                               )
                                                 )
8                       Defendants.              )
                                                 )
9    ABRENA WINSTON, Individually and On         )    Case No. 3:07-CV-05327-MMC
     Behalf of All Others Similarly Situated,    )
10                                               )
                        Plaintiff,               )
11                                               )
               v.                                )
12                                               )
     BIGBAND NETWORKS, INC., AMIR                )
13   BASSAN-EZKENAZI, RAN OZ,                    )
     FREDERICK BALL, GAL ISRAELY, DEAN           )
14   GILBERT, KEN GOLDMAN, LLOYD                 )
     CARNEY, BRUCE SACHS, ROBERT                 )
15   SACHS, GEOFFREY YANG, MERRILL               )
     LYNCH, PIERCE, FENNER & SMITH, INC.,        )
16   MORGAN STANLEY & CO., INC., COWEN           )
     AND CO., JEFFERIES & CO., and               )
17   THINKEQUITY PARTNERS LLC                    )
                                                 )
18                      Defendants.              )
                                                 )
19   DONALD SMITH, On Behalf of Himself and      )    Case No. 3:07-CV-05361-SI
     All Others Similarly Situated,              )
20                                               )
                        Plaintiff,               )
21                                               )
               v.                                )
22                                               )
     BIGBAND NETWORKS, INC., AMIR                )
23   BASSAN-EZKENAZI, and FREDERICK A.           )
     BALL                                        )
24                                               )
                        Defendants.              )
25                                               )

26

27

28
     STIP AND [PROPOSED] ORDER RE
     CONSOLIDATION & SCHEDULING
     CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
     5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
     CRB, 07-5825-MHP

| | |
|---|---|
| WAYNE LUZON, On Behalf of Himself and All Others Similarly Situated, | Case No. 3:07-CV-05637-WHA |
| Plaintiff, | |
| v. | |
| BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., and THINKEQUITY PARTNERS LLC | |
| Defendants. | |
| DEBRA L. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated, | Case No. 07-05819 CRB |
| Plaintiff, | |
| v. | |
| BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH E. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, JEFFERIES & COMPANY, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, COWEN AND COMPANY LLC, and THINKEQUITY PARTNERS LLC, | |
| Defendants. | |

STIP AND [PROPOSED] ORDER RE
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____   )   Case No. 07-5825-MHP
                                   )
EUGENE L. HAMMER, On Behalf of Himself   )
and All Others Similarly Situated,   )
                                   )
            Plaintiff,             )
                                   )
        v.                         )
                                   )
BIGBAND NETWORKS, INC., AMIR BASSAN-   )
EZKENAZI, RAN OZ, FREDERICK A. BALL,   )
RAN OZ, LLOYD CARNEY, DEAN GILBERT,   )
KEN GOLDMAN, GAL ISRAELY, BRUCE I.   )
SACHS, ROBERT J. SACHS and GEOFFREY Y.   )
YANG,                              )
                                   )
            Defendants.            )
                                   )
                                   )
_____   )

STIP AND [PROPOSED] ORDER RE
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP

The parties hereby stipulate, and the Court hereby orders, as follows:

## CONSOLIDATION OF RELATED CASES

1.      The following actions are related cases:

- *Mohanty v. Bassan-Eskenazki et al.*, No. C 07-5101-SBA, filed 10/03/07;

- *Koesterer v. BigBand Networks, Inc., et al.*, No. C 07-5168-MMC, filed 10/09/07;

- *Winston v. BigBand Networks, Inc., et al.*, No. C 07-5327-JSW, filed 10/18/07;

- *Smith v. BigBand Networks, Inc., et al.*, No. C 07-5361-SI, filed 10/19/07;

- *Luzon v. BigBand Networks, Inc., et al.*, No. C 07-5637-WHA, filed 11/6/07;

- *Bernstein v. BigBand Networks, Inc., et al.*, No. C 07-05819-CRB, filed 11/15/07; and

- *Hammer v. BigBand Networks, Inc., et al.*, No. C 07-5825-MHP, filed 11/16/07.

Pursuant to Federal Rules of Civil Procedure 42(a), these cases are hereby consolidated into Civil Action No. 07-cv-5101-SBA, for all purposes, including pretrial proceedings, trial, and appeal.  The consolidated action shall be captioned: "*In re BigBand Networks, Inc. Securities Litigation*."

2.      Undersigned counsel for BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, and undersigned counsel for Morgan Stanley & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC, and ThinkEquity Partners LLC (all collectively, "Defendants") are authorized to accept, and hereby accept, service of all complaints and summonses in the above-captioned matters pursuant to Federal Rule of Civil Procedure 4(d).

3.      All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes.  This Order shall apply to every such related action, absent order of the Court.  A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is served on the party's counsel.

4.      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

STIP AND [PROPOSED] ORDER RE
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP

-1-

**MASTER DOCKET AND CAPTION**

5.     The docket in Civil Action No. 07-cv-5101-SBA shall constitute the Master Docket for this action.

6.     Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | | |
|---|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 07-cv-5101-SBA |
| _____ | ) ) | CLASS ACTION |
| This Document Relates To: | ) ) | |
| _____ | ) | |

7.     The file in Case No. 07-cv-5101-SBA shall constitute a Master File for every action in the consolidated action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To".  When a pleading applies only to some, but not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

8.     The parties shall file a notice of related cases whenever a case that should be consolidated into this action is filed in, or transferred to, this District.  If the Court determines that the case is related, the clerk shall:

        a.   place a copy of this Order in the separate file for such action;

        b.   serve on plaintiff's counsel in the new case a copy of this Order;

        c.   direct that this Order be served upon defendants in the new case; and

        d.   make the appropriate entry in the Master Docket.

**LEAD PLAINTIFF'S COUNSEL**

9.      After the Court has designated a Lead Plaintiff and Lead Plaintiff's Counsel, pursuant to 15 U.S.C. § 78u-4(a)(3), Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations.  Lead Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders.  Lead Plaintiff's Counsel shall be responsible for communications with the Court on behalf of Plaintiffs.  Lead Plaintiff's Counsel shall maintain a master service list of all parties and counsel, and service upon Lead Plaintiff's Counsel shall be deemed sufficient to effect service on all plaintiffs.

10.     Defendants' counsel may rely upon agreements made with Lead Plaintiff's Counsel.  Such agreements shall be binding on all plaintiffs.

**PLEADINGS AND MOTIONS**

11.     Following the appointment of a Lead Plaintiff and Lead Plaintiff's Counsel, the parties shall meet and confer and submit a mutually agreeable schedule for the filing of a consolidated complaint (or designation of an operative complaint), as well as for the briefing and hearing of responses thereto.  The consolidated or operative complaint shall supersede all complaints filed in any of the actions consolidated herein.

12.     Defendants are not required to respond to the complaint in any action consolidated into this action, other than the consolidated complaint filed by the Lead Plaintiff or a complaint designated as the operative complaint by the Lead Plaintiff.

13.     The above-captioned cases have been designated for this Court's Electronic Case Filing Program, and all pleadings and papers shall be electronically served in accordance with the Local Rules and General Orders of this Court regarding Electronic Case Filing.  To the extent that any papers are not electronically filed, the Defendants and the Lead Plaintiff shall serve all such papers on each other by hand, by overnight delivery, or facsimile, unless otherwise agreed upon.  Notwithstanding the foregoing, and paragraph 9 above, in the event

1    that Defendants elect to serve plaintiffs' counsel, other than Lead Plaintiff's Counsel, they may

2    do so by first class mail, unless otherwise agreed upon by the parties.

3          IT IS SO STIPULATED.

4    Dated:  November 15, 2007                    HAGENS BERMAN SOBOL SHAPIRO LLP

5                                                By: _____/s/ Reed Kathrein_____
                                                     Reed R. Kathrein
6                                                715 Hearst Avenue, Suite 2092
                                                 Berkeley, CA  94710
7                                                Tel.: (510) 725-3000
                                                 Fax: (510) 725-3001
8                                                Email: reed@hbsslaw.com

9                                                Steve Berman
                                                 HAGENS BERMAN SOBOL SHAPIRO LLP
10                                               1301 Fifth Avenue, Suite 2900
                                                 Seattle, WA  98101
11                                               Tel.: (206) 623-7292
                                                 Fax: (206) 623-0594
12
                                                 *Counsel for Plaintiff Bikash Mohan Mohanty*
13
                                                 LEWIS KAHN
14                                               KAHN GAUTHER SWICK LLC
                                                 650 Poydras Street – Suite 2150
15                                               New Orleans, LA  70130
                                                 Tel.: (504) 455-1400
16                                               Fax: (504) 455-1498
                                                 Email: Lewis.kahn@kgscounsel.com
17
                                                 *Additional counsel for Plaintiff Bikash Mohan*
18                                               *Mohanty*

19   Dated:  November 15, 2007                    WHITEHEAD & PORTER LLP

20                                               By: _____/s/ Stephen L. Porter_____
                                                     Stephen L. Porter
21                                               220 Montgomery, Suite 1850
                                                 San Francisco, CA  94104
22                                               Tel.: (415) 781-6070

23                                               *Local Counsel for Plaintiff Dennis Koesterer*

24                                               ROBERT C. FINKEL
                                                 NATALIE MACKIEL
25                                               WOLF POPPER LLP
                                                 845 Third Avenue
26                                               New York, NY  10022
                                                 Tel.: (212) 759-4600
27                                               Fax: (212) 486-2093

28                                               *Counsel for Plaintiff Dennis Koesterer*
     STIP AND [PROPOSED] ORDER RE                -4-
     CONSOLIDATION & SCHEDULING
     CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
     5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
     CRB, 07-5825-MHP

1    Dated: November 16, 2007               SCHIFFRIN BARROWAY TOPAZ & KESSLER,
                                            LLP
2
                                            By: _____/s/ Alan R. Plutzik_____
3                                                    Alan R. Plutzik
                                            L. Timothy Fisher
4                                           2125 Oak Grove Road, Suite 120
                                            Walnut Creek, CA  94598
5                                           Tel.: (925) 945-0770
                                            Fax: (925) 945-8792
6
                                            *Counsel for Plaintiff Abrena Winston*
7

8    Dated: November 15, 2007               SCOTT + SCOTT LLP

9                                           By: _____/s/ Nicholas J. Licato_____
                                                     Nicholas J. Licato
10                                          Arthur L. Shingler
                                            600 B. Street, Suite 1500
11                                          San Diego, CA  92101
                                            Tel.: (619) 233-4565
12                                          Fax: (619) 233-0508
                                            Email: ashingler@scott-scott.com
13
                                            David R. Scott
14                                          SCOTT + SCOTT LLP
                                            108 Norwich Avenue
15                                          P.O. Box 192
                                            Colchester, CT  06415
16                                          Tel.: (860) 537-5537
                                            Fax: (860) 537-4432
17                                          Email: drscott@scott-scott.com

18                                          *Counsel for Plaintiff Donald Smith*

19   Dated: November 14, 2007               FINKELSTEIN THOMPSON LLP

20                                          By: _____/s/ Mark Punzalan_____
                                                     Mark Punzalan
21                                          C. P. Bartholomew
                                            100 Bush Street, Suite 1450
22                                          San Francisco, CA  94104
                                            Tel.: (415) 398-8700
23                                          Fax: (415) 398-8704
                                            Email: cpbartholomew@finkelsteinthompson.com
24                                          Email: mpunzalan@finkelsteinsthompson.com

25                                          *Counsel for Plaintiff Wayne Luzon*

26

27

28
     STIP AND [PROPOSED] ORDER RE               -5-
     CONSOLIDATION & SCHEDULING
     CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
     5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
     CRB, 07-5825-MHP

| | | |
|---|---|---|
| 1 | Dated: November 16, 2007 | SAXENA WHITE P.A. |
| 2 | | By: _____/s/ Lester R. Hooker_____ |
| 3 | | Lester R. Hooker<br>2424 N. Federal Highway<br>Suite 257 |
| 4 | | Boca Raton, FL 33431<br>Tel.: (561) 394-3399 |
| 5 | | Fax: (561) 394-3382<br>Email: lhooker@saxenawhite.com |
| 6 | | |
| 7 | | *Counsel for Plaintiff Debra L. Bernstein* |
| 8 | Dated: November 20, 2007 | KAPLAN FOX & KILSHEIMER LLP |
| 9 | | By: _____/s/ Laurence D. King_____ |
| 10 | | Laurence D. King<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104 |
| 11 | | Tel.: (415) 772-4700<br>Fax: (415) 772-4707 |
| 12 | | Email: lking@kaplanfox.com |
| 13 | | LOCKRIDGE GRINDAL NAUEN, P.L.L.P.<br>Karen H. Riebel |
| 14 | | Elizabeth R. Odette<br>100 Washington Avenue, Suite 2200 |
| 15 | | Minneapolis, MN 55402<br>Tel.: (612) 339-6900 |
| 16 | | Fax: (612) 339-0981<br>Email: khriebel@locklaw.com |
| 17 | | Email: erodette@locklaw.com |
| 18 | | *Counsel for Plaintiff Eugene L. Hammer* |
| 19 | Dated: November 14, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 20 | | |
| 21 | | By: _____/s/ Keith Eggleton_____<br>Keith Eggleton |
| 22 | | Rodney Strickland<br>Joni Ostler |
| 23 | | 650 Page Mill Road<br>Palo Alto, CA 94304<br>Tel.: (650) 493-9300 |
| 24 | | Fax: (650) 493-6811<br>Email: keggleton@wsgr.com |
| 25 | | Email: rstrickland@wsgr.com |
| 26 | | *Counsel for Defendants BigBand Networks, Inc.,*<br>*Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,* |
| 27 | | *Gal Israely, Dean Gilbert, Ken Goldman, Lloyd*<br>*Carney, Bruce Sachs, Robert Sachs and Geoffrey* |
| 28 | | *Yang* |

STIP AND [PROPOSED] ORDER RE
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP

-6-

1    Dated:  November 15, 2007                    ORRICK HERRINGTON & SUTCLIFFE LLP

2                                                 By:  _____/s/ Michael C. Tu_____
                                                       Michael C. Tu
3                                                 777 South Figueroa Street
                                                  Suite 3200
4                                                 Los Angeles, CA  90017-5855
                                                  Tel.: (213) 629-2020
5                                                 Fax: (213) 612-2499
                                                  Email: mtu@orrick.com
6
                                                  Robert P. Varian
7                                                 ORRICK HERRINGTON & SUTCLIFFE LLP
                                                  405 Howard Street
8                                                 San Francisco, CA  94105-2669
                                                  Tel.: (415) 773-5934
9                                                 Fax: (415) 773-5759
                                                  Email: rvarian@orrick.com
10
11                                                *Counsel for Defendants Morgan Stanley & Co.,
                                                  Inc., Merrill Lynch, Pierce, Fenner & Smith
12                                                Incorporated, Jefferies & Company, Inc., Cowen
                                                  and Company, LLC and ThinkEquity Partners LLC*
13

14

15                                     **ORDER**

16          PURSUANT TO STIPULATION, IT IS **SO ORDERED**.

17

18

19          2/13/08                              _____
                                                  The Honorable Saundra B. Armstrong
20                                                United States District Judge

21

22

23

24

25

26

27

28
      STIP AND [PROPOSED] ORDER RE                -7-
      CONSOLIDATION & SCHEDULING
      CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
      5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
      CRB, 07-5825-MHP

1

ATTESTATION

2          I, Joni Ostler, am the ECF User whose identification and password are being used to file

3 this STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND

4 SCHEDULING.  In compliance with General Order 45.X.B, I hereby attest that the above-listed

5 counsel, Reed Kathrein, Stephen L. Porter, Alan R. Plutzik, Nicholas J. Licato, Mark Punzalan,

6 Lester R. Hooker, Laurence D. King, Keith Eggleton and Michael C. Tu, have all concurred in

7 this filing.

8

9 Dated:  November 21, 2007              WILSON SONSINI GOODRICH & ROSATI

10

11                                        By: /s/ Joni Ostler
                                              Joni Ostler
12                                            650 Page Mill Road
                                              Palo Alto, CA  94304
13                                            Tel.: (650) 493-9300
                                              Fax: (650) 493-6811
14                                            Email: jostler@wsgr.com

15                                        *Counsel for Defendants BigBand Networks, Inc.,*
                                          *Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,*
16                                        *Gal Israely, Dean Gilbert, Ken Goldman, Lloyd*
                                          *Carney, Bruce Sachs, Robert Sachs and Geoffrey*
17                                        *Yang*

18

19

20

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER RE                    -8-
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP

1

<b><u>CERTIFICATE OF SERVICE</u></b>

2

3          I, Rosemarie Dean, declare:

4          I am employed in Santa Clara County, State of California.  I am over the age of 18 years

5  and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati,

6  650 Page Mill Road, Palo Alto, California 94304-1050.

7          On this date, I served:

8  **STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND SCHEDULING**

9          ☒          By e-mail transmission on that date.  This document was transmitted via e-mail to
10                         the following e-mail addresses as set forth below:

11                         Michael C. Tu
                           Orrick Herrington & Sutcliffe LLP
12                         777 South Figueroa Street, Suite 3200
                           Los Angeles, CA  90017-5855
13                         Telephone:  (213) 629-2020
                           Facsimile:  (213) 612-2499
14                         E-mail:  mtu@orrick.com

15

16          I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and

17  processing of documents for delivery according to instructions indicated above.  In the ordinary

18  course of business, documents would be handled accordingly.

19

20          I declare under penalty of perjury under the laws of the State of California that the

21  foregoing is true and correct.  Executed at Palo Alto, California on November 21, 2007.

22                                                          /s/  Rosemarie Dean
                                                            Rosemarie Dean
23

24

25

26

27

28

Stip And [Proposed] Order Re                    -9-
Consolidation & Scheduling
Case Nos. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP