1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 07-cv-05101-SBA |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | [PROPOSED] ORDER GRANTING |
| ALL ACTIONS. | ) ) ) | PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT |
| | ) | |

DATE:            February 25, 2008
TIME:            10:00 a.m.
COURTROOM:    8

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Having fully considered plaintiff's Motion to Remand and documents submitted in support

2  and in opposition thereto, and good cause appearing therefore, the Court hereby ORDERS as

3  follows:

4        1.    The motion is GRANTED;

5        2.    This action is remanded to the Superior Court for the County of San Francisco; and

6        3.    Plaintiff's request for an award of attorneys' fees and expenses is granted.  Plaintiff

7  shall submit substantiation of fees and expenses incurred in connection with removal and remand to

8  the Court within _____ days.

9        IT IS SO ORDERED.

10  DATED: _____      _____

11                          THE HONORABLE SAUNDRA B. ARMSTRONG
                            UNITED STATES DISTRICT JUDGE

12  Submitted by:

13  DATED:  February 19, 2008

14  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP

15  DARREN J. ROBBINS
    RAMZI ABADOU

16

17  _____
         s/ Darren J. Robbins

18        DARREN J. ROBBINS

19  655 West Broadway, Suite 1900
    San Diego, CA  92101-3301

20  Telephone:  619/231-1058
    619/231-7423 (fax)

21

22  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP

    JEFFREY W. LAWRENCE

23  SYLVIA SUM
    100 Pine Street, Suite 2600

24  San Francisco, CA  94111
    Telephone:  415/288-4545

25  415/288-4534 (fax)

26  Attorneys for Plaintiff

27  T:\CasesSF\BigBand State_Fed\ORD00049201.doc

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND ACTION
TO STATE COURT - 07-cv-05101-SBA                          - 1 -

1

<u>CERTIFICATE OF SERVICE</u>

2    I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk

3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7    I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on February 19, 2008.

9

10                     s/ Jeffrey W. Lawrence
                      JEFFREY W. LAWRENCE

11             COUGHLIN STOIA GELLER

12              RUDMAN & ROBBINS LLP
             100 Pine Street, 26th Floor

13             San Francisco, CA  94111
             Telephone:  415/288-4545

14             415/288-4534 (fax)

15             E-mail:jeffreyl@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James P. Cusick
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103-001
```