1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   SYLVIA SUM (207511)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  jeffreyl@csgrr.com
   sylvias@csgrr.com
6        – and –
   DARREN J. ROBBINS (168593)
7  RAMZI ABADOU (222567)
   655 West Broadway, Suite 1900
8  San Diego, CA  92101-3301
   Telephone: 619/231-1058
9  619/231-7423 (fax)
   darrenr@csgrr.com
10 ramzia@csgrr.com

11 Attorneys for Plaintiff

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                                OAKLAND DIVISION

15 | In re BIGBAND NETWORKS, INC.           ) | Master File No. 07-cv-05101-SBA
   | SECURITIES LITIGATION                  ) |
16 |                                        ) | CLASS ACTION
   |                                        ) |
17 | This Document Relates To:              ) | CORRECTED DECLARATION OF
   |                                        ) | DARREN J. ROBBINS IN SUPPORT OF
18 |     ALL ACTIONS.                       ) | PLAINTIFF'S MOTION TO REMAND
   |                                        ) |
19                                            DATE:        March 25, 2008
                                              TIME:        1:00 p.m.
20                                            COURTROOM:   The Hon. Saundra B.
                                                           Armstrong
21

22

23

24

25

26

27

28

1    I, DARREN J. ROBBINS, declare as follows:

2    1.   I am an attorney duly licensed to practice before all of the courts of the State of
3 California and this Court. I am a member of the law firm of Coughlin Stoia Geller Rudman &
4 Robbins LLP, one of the counsel of record for plaintiff in the above-entitled action. I make this
5 declaration in support of plaintiff's Motion to Remand. I have personal knowledge of the matters
6 stated herein and, if called upon, I could and would competently testify thereto.

7    2.   Attached are true and correct copies of the following exhibits:

8    Exhibit 1:    *Martin v. BellSouth Corp.*, No. 1:03-CV-728-WBH, slip op. (N.D. Ga. July 3, 2003); and

9
10    Exhibit 2:    *Steamfitters Local 449 Pension & Ret. Sec. Funds v. Quality Distrib., Inc.*, No. 8:04-cv-961-T-26MAP, slip op. (M.D. Fla. June 25, 2004).

11    I declare under penalty of perjury under the laws of the United State of America that the
12 foregoing is true and correct. Executed this 19th day of February, 2008, at San Diego, California.

13                           s/ Darren J. Robbins
                              DARREN J. ROBBINS
14
T:\CasesSF\BigBand State_Fed\DEC00049200.doc

CORRECTED DECLARATION OF DARREN J. ROBBINS IN SUPPORT OF
PLAINTIFF'S MOTION TO REMAND - 07-cv-05101-SBA                                    - 1 -

1                                              CERTIFICATE OF SERVICE

2        I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk

3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7        I further certify that I caused this document to be forwarded to the following designated

8 Internet site at: http://securities.csgrr.com/.

9        I certify under penalty of perjury under the laws of the United States of America that the

10 foregoing is true and correct. Executed on February 19, 2008.

                                                                                       s/ Jeffrey W. Lawrence
                                                                                       JEFFREY W. LAWRENCE

                              COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
                              100 Pine Street, 26th Floor
                              San Francisco, CA 94111
                              Telephone: 415/288-4545
                              415/288-4534 (fax)

                              E-mail: jeffreyl@csgrr.com

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James P. Cusick
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103-001
```