1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Master File No. 07-cv-05101-SBA <br><br> <u>CLASS ACTION</u> <br><br> CORRECTED [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT <br><br> DATE: March 25, 2008 <br> TIME: 1:00 p.m. <br> COURTROOM: The Hon. Saundra B. Armstrong |

1  Having fully considered plaintiff's Motion to Remand and documents submitted in support
2  and in opposition thereto, and good cause appearing therefore, the Court hereby ORDERS as
3  follows:
4      1.  The motion is GRANTED;
5      2.  This action is remanded to the Superior Court for the County of San Francisco; and
6      3.  Plaintiff's request for an award of attorneys' fees and expenses is granted. Plaintiff
7  shall submit substantiation of fees and expenses incurred in connection with removal and remand to
8  the Court within _____ days.
9      IT IS SO ORDERED.
10 DATED: _____
                                    THE HONORABLE SAUNDRA B. ARMSTRONG
11                                  UNITED STATES DISTRICT JUDGE

12 Submitted by:

13 DATED: February 19, 2008

14 COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
15 DARREN J. ROBBINS
   RAMZI ABADOU
16

17
          s/ Darren J. Robbins
18        DARREN J. ROBBINS

19 655 West Broadway, Suite 1900
   San Diego, CA  92101-3301
20 Telephone:  619/231-1058
   619/231-7423 (fax)
21
   COUGHLIN STOIA GELLER
22   RUDMAN & ROBBINS LLP
   JEFFREY W. LAWRENCE
23 SYLVIA SUM
   100 Pine Street, Suite 2600
24 San Francisco, CA  94111
   Telephone:  415/288-4545
25 415/288-4534 (fax)

26 Attorneys for Plaintiff

27 T:\CasesSF\BigBand State_Fed\ORD00049201.doc

28

CORRECTED [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO
REMAND ACTION TO STATE COURT - 07-cv-05101-SBA                        - 1 -

1  CERTIFICATE OF SERVICE

2  I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk
3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6  participants indicated on the attached Manual Notice List.
7  I certify under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct.  Executed on February 19, 2008.

9
10           s/ Jeffrey W. Lawrence
             JEFFREY W. LAWRENCE

11  COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
12  100 Pine Street, 26th Floor
    San Francisco, CA  94111
13  Telephone:  415/288-4545
14  415/288-4534 (fax)

15  E-mail:jeffreyl@csgrr.com

16
17
18
19
20
21
22
23
24
25
26
27
28

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James P. Cusick
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103-001
```