1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   SYLVIA SUM (207511)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  jeffreyl@csgrr.com
   sylvias@csgrr.com
6         – and –
   DARREN J. ROBBINS (168593)
7  RAMZI ABADOU (222567)
   655 West Broadway, Suite 1900
8  San Diego, CA  92101-3301
   Telephone: 619/231-1058
9  619/231-7423 (fax)
   darrenr@csgrr.com
10 ramzia@csgrr.com

11 Attorneys for Plaintiff

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           OAKLAND DIVISION

| 15 | In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 07-cv-05101-SBA |
|---|---|---|---|
| 16 |  | ) | <u>CLASS ACTION</u> |
| 17 | This Document Relates To: | ) ) ) | PLAINTIFFS' RE-NOTICE OF MOTION TO REMAND FROM MARCH 25, 2008 TO |
| 18 | ALL ACTIONS. | ) ) | APRIL 8, 2008 |
| 19 |  |  | DATE:      April 8, 2008 |
| 20 |  |  | TIME:      1:00 p.m.<br>COURTROOM: The Honorable Saundra Brown Armstrong |

**RE-NOTICE OF MOTION TO REMAND**

TO:   THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the hearing on plaintiffs' motion to remand, previously set for March 25, 2008, at 1:00 p.m., is hereby re-noticed for April 8, 2008, at 1:00 p.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Saundra Brown Armstrong.

DATED: February 21, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
SYLVIA SUM

/s/
JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RAMZI ABADOU
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

T:\casesSF\bigBand State_Fed\NOT00049268.doc

1 | CERTIFICATE OF SERVICE

2 |     I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk

3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 | participants indicated on the attached Manual Notice List.

7 |     I certify under penalty of perjury under the laws of the United States of America that the

8 | foregoing is true and correct. Executed on February 21, 2008.

          s/ Jeffrey W. Lawrence
          JEFFREY W. LAWRENCE

          COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
          100 Pine Street, 26th Floor
          San Francisco, CA 94111
          Telephone: 415/288-4545
          415/288-4534 (fax)

          E-mail:jeffreyl@csgrr.com

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James P. Cusick
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103-001
```