KEITH E. EGGLETON, keggleton@wsgr.com, State Bar No.159842
RODNEY G. STRICKLAND, rstrickland@wsg.rcom, State Bar No. 161934
JONI L. OSTLER, jostler@wsgr.com, State Bar No. 230009
FREEDA LUGO, flugo@wsgr.com, State Bar No. 244913
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants
BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE I. SACHS, ROBERT J. SACHS and GEOFFREY Y. YANG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>    ALL ACTIONS. | Master File No. 07-cv-05101-SBA<br><br>CLASS ACTION<br><br>**DECLARATION OF FREEDA LUGO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>DATE: April 8, 2008<br>TIME:   1:00 p.m.<br>JUDGE:  The Honorable Saundra Brown Armstrong |

LUGO DECL. ISO DEFS.' OPP TO MOTION TO REMAND
MASTER FILE NO. 07-CV-05101-SBA

I, Freeda Yllana Lugo, declare as follows:

I am an attorney associated with the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, attorneys for Defendants Amir Bassan-Eskenazi, Frederick A. Ball, Ran Oz, Lloyd Carney, Dean Gilbert, Kenneth A. Goldman, Gal Israely, Bruce I. Sachs, Robert J. Sachs, Geoffrey Y. Yang, and BigBand Networks, Inc. (collectively, the "BigBand Defendants"), in this action. I am admitted to practice before the courts of the State of California. I submit this declaration in support of the BigBand Defendants' Opposition to Plaintiff's Motion to Remand, filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

1. Attached herewith as Exhibit A are excerpts from a true and correct copy of S. REP. NO. 105-182 (1998).

2. Attached herewith as Exhibit B are excerpts from a true and correct copy of H.R. CONF. REP. NO. 105-803 (1998).

3. Attached herewith as Exhibit C are excerpts from a true and correct copy of H.R. REP. NO. 105-640 (1998).

4. Attached herewith as Exhibit D is a true and correct copy of *Purowitz v. DreamWorks Animation SKG*, No. CV 05-6090, slip op. (C.D. Cal. Nov. 15, 2005).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed in Palo Alto, California on March 18, 2008

                                                   /s/    Freeda Y. Lugo
                                                      Freeda Lugo