```
 1  ROBERT P. VARIAN (State Bar No. 107459)
    REBECCA F. LUBENS (State Bar No. 240683)
 2  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 3  405 Howard Street
    San Francisco, CA  94105-2669
 4  Telephone:    (415) 773-5700
    Facsimile:    (415) 773-5759
 5  Emails:       rvarian@orrick.com
                  rlubens@orrick.com
 6
    MICHAEL C. TU (State Bar No. 186793)
 7  TEODORA E. MANOLOVA (State Bar No. 233333)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 8  777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017-5855
 9  Telephone:    (213) 629-2020
    Facsimile:    (213) 612-2499
10  Emails:       mtu@orrick.com
                  tmanolova@orrick.com
11
    Attorneys for Defendants
12  Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce,
    Fenner & Smith Incorporated, Jefferies & Company, Inc.,
13  Cowen & Company, LLC and ThinkEquity Partners LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | Master File No. 07-cv-5101-SBA |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br>   ALL ACTIONS. | **NOTICE OF THE UNDERWRITER DEFENDANTS' JOINDER AND JOINDER TO THE BIGBAND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |
| | Date: April 8, 2008<br>Time: 1:00 p.m.<br>Judge: Hon. Saundra B. Armstrong<br>Ctrm: 3, 3rd Floor |

OHS West:260404866.1

NOTICE OF JOINDER AND JOINDER
(Master File No. 07-cv-5101-SBA)

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen & Company, LLC and ThinkEquity Partners LLC hereby join in the *Opposition to Plaintiff's Motion to Remand* filed on March 18, 2008 by defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely, Dean Gilbert, Kenneth A. Goldman, Lloyd Carney, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang.

Dated: March 18, 2008                    Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Michael C. Tu*_____
          Michael C. Tu

Attorneys for Defendants
Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen & Company, LLC and ThinkEquity Partners LLC