
1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   SYLVIA SUM (207511)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  jeffreyl@csgrr.com
   sylvias@csgrr.com
6          – and –
   DARREN J. ROBBINS (168593)
7  RAMZI ABADOU (222567)
   655 West Broadway, Suite 1900
8  San Diego, CA  92101-3301
   Telephone: 619/231-1058
9  619/231-7423 (fax)
   darrenr@csgrr.com
10 ramzia@csgrr.com

11 Attorneys for Plaintiff

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                            OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | Master File No. 07-cv-05101-SBA |
|  | <u>CLASS ACTION</u> |
| This Document Relates To: | SUPPLEMENTAL DECLARATION OF DARREN J. ROBBINS IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND |
| ALL ACTIONS. |  |
|  | DATE: April 8, 2008<br>TIME: 1:00 p.m.<br>COURTROOM: The Hon. Saundra B. Armstrong |

1  I, DARREN J. ROBBINS, declare as follows:

2  1.  I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiff in the above-entitled action. I make this supplemental declaration in support of plaintiff's Motion to Remand. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

Exhibit 3:  May 4, 1998, Report of the Senate Committee on Banking, Housing and Urban Affairs, 105 S. Rpt. 182; and

Exhibit 4:  July 21, 1998, Report of the House Committee on Commerce, 105 H. Rpt. 640.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct. Executed this 25th day of March, 2008, at San Diego, California.

                                                s/ Darren J. Robbins
                                                DARREN J. ROBBINS

T:\CasesSF\BigBand State_Fed\DEC00049200.doc

SUPPLEMENTAL DECLARATION OF DARREN J. ROBBINS IN SUPPORT OF
PLAINTIFF'S MOTION TO REMAND - 07-cv-05101-SBA                                                          - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 25, 2008.

      s/ Darren J. Robbins
    DARREN J. ROBBINS

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: darrenj@csgrr.com

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Freeda Yllana Lugo**
  flugo@wsgr.com,jjohnstone@wsgr.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James P. Cusick
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103-001
```