KEITH E. EGGLETON, State Bar No. 159842
RODNEY G. STRICKLAND, State Bar No. 161934
JONI OSTLER, State Bar No. 230009
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: keggleton@wsgr.com
Email: rstrickland@wsgr.com
Email: jostler@wsgr.com

Attorneys for Defendants BigBand Networks, Inc.,
Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball,
Gal Israely, Dean Gilbert, Kenneth E. Goldman,
Lloyd Carney, Bruce I. Sachs, Robert J. Sachs,
and Geoffrey Y. Yang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | Master File No. 07-cv-05101-SBA |
| | CLASS ACTION |
| | JOINT ADR STATEMENT |
| This Document Relates to: | |
| ALL ACTIONS. | |

JOINT ADR STATEMENT
CASE NO. 07-CV-05101-SBA

1    Lead Plaintiff Gwyn Jones ("Lead Plaintiff"), and defendants BigBand Networks, Inc.
2 ("BigBand"), Amir Bassan-Eskenazi, Frederick Ball, Ran Oz, Lloyd Carney, Dean Gilbert,
3 Kenneth Goldman, Gal Israely, Bruce Sachs, Robert Sachs, Geoffrey Yang, Morgan Stanley &
4 Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company,
5 Inc., Cowen and Company, LLC, and ThinkEquity Partners LLC (collectively, "Defendants"),
6 respectfully submit this Joint ADR Statement in lieu of the Stipulation Selecting ADR Process.

7    This is a consolidated securities class action lawsuit against BigBand, certain of its
8 present and former officers and directors, and the underwriters of its initial public offering.
9 Counsel for Lead Plaintiff and counsel for Defendants have met and conferred regarding the
10 ADR Multi-Option Program. The parties believe that the ADR Multi-Option Program is not
11 appropriate for this action. As noted in A.D.R. L.R. 3-5(e)(3), the ADR process will not deliver
12 benefits to the parties sufficient to justify the resources consumed by its use. First, the parties
13 believe that it is premature at this stage in the proceedings to discuss ADR options. Second, in
14 the event that the parties engage in settlement discussions, they believe that private mediation is
15 the appropriate mechanism.

16                                          *     *     *

17 Dated: March 27, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
18
                                            By: /s/ Keith E. Eggleton
19                                              Keith E. Eggleton
                                            Rodney G. Strickland, Jr.
20                                          650 Page Mill Road
                                            Palo Alto, CA 94304-1050
21                                          Telephone: (650) 493-9300
                                            Facsimile:  (650) 565-5100
22
                                            *Counsel for Defendants BigBand Networks, Inc., Amir*
23                                          *Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely,*
                                            *Dean Gilbert, Kenneth E. Goldman, Lloyd Carney, Bruce*
24                                          *I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang*

25 Dated: March 27, 2008                    ORRICK HERRINGTON & SUTCLIFFE LLP

26                                          By: /s/ Michael C. Tu
                                                Michael C. Tu
27                                          Teodora E. Manolova
                                            777 South Figueroa Street
28                                          Suite 3200
                                            Los Angeles, CA  90017-5855
                                            Tel.: (213) 629-2020

JOINT ADR STATEMENT                              -1-                               3319407_1.DOC
CASE NO. 07-CV-05101-SBA

| | | |
|---|---|---|
| 1 | | Fax: (213) 612-2499 |
| 2 | | Email: mtu@orrick.com |
| | | James P. Cusick |
| 3 | | Robert P. Varian |
| | | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 4 | | 405 Howard Street |
| | | San Francisco, CA 94105-2669 |
| 5 | | Tel.: (415) 773-5934 |
| | | Fax: (415) 773-5759 |
| 6 | | Email: rvarian@orrick.com |
| 7 | | Counsel for Defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and |
| 8 | | Company, LLC and ThinkEquity Partners LLC |
| 9 | Dated: March 27, 2008 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 10 | | By:     /s/ Reed R. Kathrein |
| | | Reed R. Kathrein |
| 11 | | Peter E. Borkon |
| | | 715 Hearst Avenue, Suite 2092 |
| 12 | | Berkeley, CA 94710 |
| | | Tel.: (510) 725-3000 |
| 13 | | Fax: (510) 725-3001 |
| | | Email: reed@hbsslaw.com |
| 14 | | |
| | | Steve Berman |
| 15 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | | 1301 Fifth Avenue, Suite 2900 |
| 16 | | Seattle, WA 98101 |
| | | Tel.: (206) 623-7292 |
| 17 | | Fax: (206) 623-0594 |
| 18 | | *Co-Lead Counsel for Lead Plaintiff* |
| 19 | Dated: March 27, 2008 | KAHN GAUTHIER SWICK, LLC |
| 20 | | By:   /s/ Lewis Kahn |
| | | Lewis Kahn |
| 21 | | 650 Poydras Street, Suite 2150 |
| | | New Orleans, LA 70130 |
| 22 | | Tel.: (504) 455-1400 |
| | | Fax: (504) 455-1498 |
| 23 | | Email: lewis.kahn@kgscounsel.com |
| 24 | | *Co-Lead Counsel for Lead Plaintiff* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1 **ATTESTATION**

2 I, Joni Ostler, am the ECF user whose identification and password are being used to file
3 the **JOINT ADR STATEMENT**. In compliance with General Order 45.X.B, I hereby attest that
4 Keith E. Eggleton, Michael C. Tu, Reed R. Kathrein and Lewis Kahn have all concurred in this
5 filing.

6 Dated: March 27, 2008

7                                                                          By:     /s/ Joni Ostler
                                                                                        Joni Ostler