1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  JONI OSTLER, State Bar No. 230009
   FREEDA Y. LUGO, State Bar No. 244913
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  Email: keggleton@wsgr.com
   Email: rstrickland@wsgr.com
7  Email: jostler@wsgr.com
   Email: flugo@wsgr.com

9  Attorneys for Defendants BigBand Networks, Inc.,
   Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball,
10 Gal Israely, Dean Gilbert, Kenneth E. Goldman,
   Lloyd Carney, Bruce I. Sachs, Robert J. Sachs,
11 and Geoffrey Y. Yang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | Master File No. 07-cv-05101-SBA |
| | CLASS ACTION |
| | STIPULATION AND [PROPOSED] ORDER RE SCHEDULE |
| This Document Relates to: | |
| ALL ACTIONS. | |
| | JUDGE: Hon. Saundra Brown Armstrong |

STIP AND [PROPOSED] ORDER RE SCHEDULE
CASE NO. 07-CV-05101-SBA

1    WHEREAS, on February 14, 2008, the Court appointed Gwyn Jones as Lead Plaintiff of this consolidated securities class action [Docket No. 52]; and

2    WHEREAS, pursuant to the Stipulation and Order Regarding Consolidation and Scheduling, entered by the Court on February 14, 2008 [Docket No. 54], the parties were ordered to meet and confer regarding a mutually acceptable schedule for the filing of a consolidated complaint and for briefing and hearing of responses thereto;

3    NOW, THEREFORE, the parties hereby stipulate, and request that the Court order, as follows:

1. Lead Plaintiff shall file the consolidated amended complaint on or before May 26, 2008 (45 days from the date of the Case Management Conference scheduled for April 10, 2008);

2. Defendants' motion(s) to dismiss shall be filed 60 days from the date the consolidated complaint is filed;

3. Lead Plaintiff's opposition to the motion(s) to dismiss shall be due 45 days after filing of the motion(s) to dismiss; and

4. Defendants' reply shall be due 30 days after filing of the opposition.

Dated: March 27, 2008    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Keith E. Eggleton
    Keith E. Eggleton
Rodney G. Strickland, Jr.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely, Dean Gilbert, Kenneth E. Goldman, Lloyd Carney, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang*

Dated: March 27, 2008    ORRICK HERRINGTON & SUTCLIFFE LLP

By: /s/ Michael C. Tu
    Michael C. Tu
Teodora E. Manolova
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855
Tel.: (213) 629-2020
Fax: (213) 612-2499
Email: mtu@orrick.com    (counsel continued . . .)

| | |
|---|---|
| 1 | James P. Cusick |
| | Robert P. Varian |
| 2 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| 3 | San Francisco, CA  94105-2669 |
| | Tel.: (415) 773-5934 |
| 4 | Fax: (415) 773-5759 |
| | Email: rvarian@orrick.com |

*Counsel for Defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC and ThinkEquity Partners LLC*

Dated:  March 27, 2008     HAGENS BERMAN SOBOL SHAPIRO LLP

By:     /s/ Reed R. Kathrein
         Reed R. Kathrein
Peter E. Borkon
715 Hearst Avenue, Suite 2092
Berkeley, CA  94710
Tel.: (510) 725-3000
Fax: (510) 725-3001
Email: reed@hbsslaw.com

Steve Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

*Co-Lead Counsel for Lead Plaintiff*

Dated:  March 27, 2008     KAHN GAUTHIER SWICK, LLC

By:   /s/ Lewis Kahn
       Lewis Kahn
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel.: (504) 455-1400
Fax: (504) 455-1498
Email: lewis.kahn@kgscounsel.com

*Co-Lead Counsel for Lead Plaintiff*

## **ORDER**

PURSUANT TO STIPULATION, IT IS **SO ORDERED**.

_____
The Honorable Saundra B. Armstrong
United States District Judge

**ATTESTATION**

I, Joni Ostler, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RE SCHEDULE. In compliance with General Order 45.X.B, I hereby attest that Keith E. Eggleton, Michael C. Tu, Reed R. Kathrein and Lewis Kahn have all concurred in this filing.

Dated: March 27, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Joni Ostler
          Joni Ostler