1   COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
2   JEFFREY W. LAWRENCE (166806)
    SYLVIA SUM (207511)
3   100 Pine Street, Suite 2600
    San Francisco, CA  94111
4   Telephone:  415/288-4545
    415/288-4534 (fax)
5   jeffreyl@csgrr.com
    sylvias@csgrr.com
6        – and –
    DARREN J. ROBBINS (168593)
7   RAMZI ABADOU (222567)
    655 West Broadway, Suite 1900
8   San Diego, CA  92101-3301
    Telephone:  619/231-1058
9   619/231-7423 (fax)
    darrenr@csgrr.com
10  ramzia@csgrr.com

11  Attorneys for Plaintiff

12               UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                    OAKLAND DIVISION

| | | |
|---|---|---|
| 15  In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | ) | Master File No. 07-cv-05101-SBA |
| 16 | ) | CLASS ACTION |
| | ) | |
| 17  This Document Relates To: | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF |
| 18      Case No. 4:08-cv-00022-SBA | ) | WILTJER'S MOTION TO REMAND TO MAY 13, 2008 |
| 19 | | |

20

21

22

23

24

25

26

27

28

1    The parties, through their undersigned counsel, hereby stipulate and agree that the motion to

2  remand filed by plaintiff James Wiltjer, currently set for argument on April 8, 2008, at 1:00 p.m.,

3  before the Honorable Saundra B. Armstrong, shall be continued to May 13, 2008, at 1:00 p.m.

4  DATED:  April 3, 2008                    COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
5                                           DARREN J. ROBBINS
                                            RAMZI ABADOU
6

7
                                                        /s/
8                                           DARREN J. ROBBINS

9                                           655 West Broadway, Suite 1900
                                            San Diego, CA  92101-3301
10                                          Telephone:  619/231-1058
                                            619/231-7423 (fax)
11
                                            COUGHLIN STOIA GELLER
12                                            RUDMAN & ROBBINS LLP
                                            JEFFREY W. LAWRENCE
13                                          SYLVIA SUM
                                            100 Pine Street, Suite 2600
14                                          San Francisco, CA  94111
                                            Telephone:  415/288-4545
15                                          415/288-4534 (fax)

16                                          Attorneys for Plaintiff

17  DATED:  April 3, 2008                   HAGENS BERMAN SOBOL SHAPIRO LLP
                                            REED R. KATHREIN
18

19
                                                        /s/
20                                          REED R. KATHREIN

21                                          715 Hearst Avenue, Suite 202
                                            Berkeley, CA  94710
22                                          Telephone: 510/725-3000
                                            510/725-3001 (fax)
23
                                            HAGENS BERMAN SOBOL SHAPIRO LLP
24                                          STEVE BERMAN
                                            1301 Fifth Avenue, Suite 2900
25                                          Seattle, WA  98101
                                            Telephone: 206/623-7292
26                                          206/623-0594 (fax)

27                                          Counsel for Lead Plaintiff Gwyn Jones

28

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF
WILTJER'S MOTION TO REMAND TO MAY 13, 2008 - 07-cv-05101-SBA                    - 1 -

1   DATED:  April 3, 2008      WILSON SONSINI GOODRICH & ROSATI
                          PROFESSIONAL CORPORATION

2                           KEITH EGGLETON
                          RODNEY STRICKLAND

3                           JONI OSTLER

4

5                                      /s/
                               KEITH EGGLETON

6                          

7                           650 Page Mill Road
                          Palo Alto, CA  94304
                          Telephone: 650/493-9300

8                           650/493-6811 (fax)

9                           Counsel for Defendants BigBand Networks, Inc.,
                          Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,

10                           Gal Israely, Dean Gilbert, Ken Goldman, Lloyrd
                          Carney, Bruce Sachs, Robert Sachs and Geoffrey

11                           Yang

12   DATED:  April 3, 2008      ORRICK, HERRINGTON & SUTCLIFFE LLP
                          MICHAEL C. TU

13

14                                    /s/

15                                MICHAEL C. TU

16                           777 South Figueroa Street, Suite 3200
                          Los Angeles, CA  90017-5855

17                           Telephone: 213/629-2020
                          213/612-2499 (fax)

18                           Counsel for Underwriters

19   I, Darren J. Robbins, am the ECF User whose ID and password are being used to file this Stipulation

20 and [Proposed] Order Continuing Hearing on Plaintiff Wiltjer's Motion to Remand to May 13, 2008.
In compliance with General Order 45, X.B., I hereby attest that Reed R. Kathrein, Keith Eggleton

21 and Michael C. Tu have concurred in this filing.

22                                    /s/

23                              DARREN J. ROBBINS

24

25

26

27

28

1                                    *       *       *

2                                **O R D E R**

3          PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

4    DATED: _____     _____
                                    THE HONORABLE SAUNDRA B. ARMSTRONG
5                                   UNITED STATES DISTRICT JUDGE

6    T:\CasesSF\BigBand State_Fed\STP00050307.doc

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF
WILTJER'S MOTION TO REMAND TO MAY 13, 2008 - 07-cv-05101-SBA          - 3 -

1          CERTIFICATE OF SERVICE

2          I hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of the

3   Court using the CM/ECF system which will send notification of such filing to the e-mail addresses

4   denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the

5   foregoing document or paper via the United States Postal Service to the non-CM/ECF participants

6   indicated on the attached Manual Notice List.

7          I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on April 3, 2008.

9

                                                          /s/
10                                            DARREN J. ROBBINS

11                                            COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
12                                            655 West Broadway, Suite 1900
                                              San Diego, CA  92101-3301
13                                            Telephone:  619/231-1058
                                              619/231-7423 (fax)
14

15                                            E-mail:darrenr@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Freeda Yllana Lugo**
  flugo@wsgr.com,jjohnstone@wsgr.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.co

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**James P. Cusick**
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103-001