| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
| | RUDMAN & ROBBINS LLP |
| 2 | JEFFREY W. LAWRENCE (166806) |
| | SYLVIA SUM (207511) |
| 3 | 100 Pine Street, Suite 2600 |
| | San Francisco, CA  94111 |
| 4 | Telephone: 415/288-4545 |
| | 415/288-4534 (fax) |
| 5 | jeffreyl@csgrr.com |
| | sylvias@csgrr.com |
| 6 |    – and – |
| | DARREN J. ROBBINS (168593) |
| 7 | RAMZI ABADOU (222567) |
| | 655 West Broadway, Suite 1900 |
| 8 | San Diego, CA  92101-3301 |
| | Telephone: 619/231-1058 |
| 9 | 619/231-7423 (fax) |
| | darrenr@csgrr.com |
| 10 | ramzia@csgrr.com |
| 11 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | ) ) ) ) | Master File No. 07-cv-05101-SBA |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) ) ) | STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFF WILTJER'S MOTION TO REMAND TO MAY 13, 2008 |
| Case No. 4:08-cv-00022-SBA | | |

1   The parties, through their undersigned counsel, hereby stipulate and agree that the motion to
2   remand filed by plaintiff James Wiltjer, currently set for argument on April 8, 2008, at 1:00 p.m.,
3   before the Honorable Saundra B. Armstrong, shall be continued to May 13, 2008, at 1:00 p.m.

4   DATED: April 3, 2008                COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
5                                       DARREN J. ROBBINS
                                        RAMZI ABADOU
6

7
                                        _____/s/_____
8                                       DARREN J. ROBBINS

9                                       655 West Broadway, Suite 1900
                                        San Diego, CA 92101-3301
10                                      Telephone: 619/231-1058
                                        619/231-7423 (fax)
11
                                        COUGHLIN STOIA GELLER
12                                        RUDMAN & ROBBINS LLP
                                        JEFFREY W. LAWRENCE
13                                      SYLVIA SUM
                                        100 Pine Street, Suite 2600
14                                      San Francisco, CA 94111
                                        Telephone: 415/288-4545
15                                      415/288-4534 (fax)

16                                      Attorneys for Plaintiff

17  DATED: April 3, 2008                HAGENS BERMAN SOBOL SHAPIRO LLP
                                        REED R. KATHREIN
18

19
                                        _____/s/_____
20                                      REED R. KATHREIN

21                                      715 Hearst Avenue, Suite 202
                                        Berkeley, CA 94710
22                                      Telephone: 510/725-3000
                                        510/725-3001 (fax)
23
                                        HAGENS BERMAN SOBOL SHAPIRO LLP
24                                      STEVE BERMAN
                                        1301 Fifth Avenue, Suite 2900
25                                      Seattle, WA 98101
                                        Telephone: 206/623-7292
26                                      206/623-0594 (fax)

27                                      Counsel for Lead Plaintiff Gwyn Jones

28

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF
WILTJER'S MOTION TO REMAND TO MAY 13, 2008 - 07-cv-05101-SBA                          - 1 -

| | |
|---|---|
| DATED:  April 3, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br>KEITH EGGLETON<br>RODNEY STRICKLAND<br>JONI OSTLER |

/s/<br>KEITH EGGLETON

650 Page Mill Road
Palo Alto, CA  94304
Telephone: 650/493-9300
650/493-6811 (fax)

Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyrd Carney, Bruce Sachs, Robert Sachs and Geoffrey Yang

| | |
|---|---|
| DATED:  April 3, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>MICHAEL C. TU |

/s/<br>MICHAEL C. TU

777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
Telephone: 213/629-2020
213/612-2499 (fax)

Counsel for Underwriters

I, Darren J. Robbins, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Hearing on Plaintiff Wiltjer's Motion to Remand to May 13, 2008. In compliance with General Order 45, X.B., I hereby attest that Reed R. Kathrein, Keith Eggleton and Michael C. Tu have concurred in this filing.

/s/<br>DARREN J. ROBBINS

1       *   *   *

2                               **O R D E R**

3       PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

4  DATED: _4/7/08_____    _____
                                      *Saundra B. Armstrong*
5                                     THE HONORABLE SAUNDRA B. ARMSTRONG
                                      UNITED STATES DISTRICT JUDGE

6  T:\CasesSF\BigBand State_Fed\STP00050307.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 3, 2008.

                  /s/
DARREN J. ROBBINS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: darrenr@csgrr.com