COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE (166806)
SYLVIA SUM (207511)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
jeffreyl@csgrr.com
sylvias@csgrr.com
        – and –
DARREN J. ROBBINS (168593)
RAMZI ABADOU (222567)
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@csgrr.com
ramzia@csgrr.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | Master File No. 07-cv-05101-SBA <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> Case No. 4:08-cv-00022-SBA | STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFF WILTJER'S MOTION TO REMAND TO MAY 13, 2008 |

1     The parties, through their undersigned counsel, hereby stipulate and agree that the motion to
2 remand filed by plaintiff James Wiltjer, currently set for argument on April 8, 2008, at 1:00 p.m.,
3 before the Honorable Saundra B. Armstrong, shall be continued to May 13, 2008, at 1:00 p.m.

4 DATED: April 3, 2008     COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
5     DARREN J. ROBBINS
    RAMZI ABADOU

    /s/
    DARREN J. ROBBINS

    655 West Broadway, Suite 1900
    San Diego, CA 92101-3301
    Telephone: 619/231-1058
    619/231-7423 (fax)

    COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
    JEFFREY W. LAWRENCE
    SYLVIA SUM
    100 Pine Street, Suite 2600
    San Francisco, CA 94111
    Telephone: 415/288-4545
    415/288-4534 (fax)

    Attorneys for Plaintiff

DATED: April 3, 2008     HAGENS BERMAN SOBOL SHAPIRO LLP
    REED R. KATHREIN

    /s/
    REED R. KATHREIN

    715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
    Telephone: 510/725-3000
    510/725-3001 (fax)

    HAGENS BERMAN SOBOL SHAPIRO LLP
    STEVE BERMAN
    1301 Fifth Avenue, Suite 2900
    Seattle, WA 98101
    Telephone: 206/623-7292
    206/623-0594 (fax)

    Counsel for Lead Plaintiff Gwyn Jones

| | | |
|---|---|---|
| 1 | DATED: April 3, 2008 | WILSON SONSINI GOODRICH & ROSATI PROFESSIONAL CORPORATION |
| 2 | | KEITH EGGLETON |
| | | RODNEY STRICKLAND |
| 3 | | JONI OSTLER |

/s/
KEITH EGGLETON

650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650/493-9300
650/493-6811 (fax)

Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyrd Carney, Bruce Sachs, Robert Sachs and Geoffrey Yang

DATED: April 3, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                                         MICHAEL C. TU

/s/
MICHAEL C. TU

777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: 213/629-2020
213/612-2499 (fax)

Counsel for Underwriters

I, Darren J. Robbins, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Hearing on Plaintiff Wiltjer's Motion to Remand to May 13, 2008. In compliance with General Order 45, X.B., I hereby attest that Reed R. Kathrein, Keith Eggleton and Michael C. Tu have concurred in this filing.

/s/
DARREN J. ROBBINS

1        * * *
2        **O R D E R**
3        PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.
4        DATED: _4/7/08_____   _____*Saundra B. Armstrong*_____
                                            THE HONORABLE SAUNDRA B. ARMSTRONG
5                                           UNITED STATES DISTRICT JUDGE

6   T:\CasesSF\BigBand State_Fed\STP00050307.doc

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 3, 2008.

/s/
DARREN J. ROBBINS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:darrenr@csgrr.com