UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKASH MOHAN MOHANTY )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>AMIR BASSAN-ESKENAZI, )<br>    Defendant. )<br>_____ )<br>) | No. C 07-05101 SBA<br><br>CLERK'S NOTICE |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

    **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for April 10, 2008, at 2:45 p.m., has been continued to Tuesday, May 13, 2008, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.


DATED:    4/10/08


                                                FOR THE COURT,
                                                Richard W. Wieking, Clerk


                                                By: /s/ Lisa R. Clark
                                                    LISA R. CLARK
                                                    Courtroom Deputy


To: