# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKASH MOHAN MOHANTY )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>AMIR BASSAN-ESKENAZI, )<br>    Defendant. )<br>_____ )<br>) | No. C 07-05101 SBA<br><br>CLERK'S NOTICE |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

      **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for April 10, 2008, at 2:45 p.m., has been continued to Tuesday, May 13, 2008, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 4/10/08

                                            FOR THE COURT,
                                            Richard W. Wieking, Clerk

                                        By: _/s/ Lisa R. Clark_
                                            LISA R. CLARK
                                            Courtroom Deputy

To: