1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  JONI OSTLER, State Bar No. 230009
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: keggleton@wsgr.com,
6  Email: rstrickland@wsgr.com,
   Email: jostler@wsgr.com,

7
   Attorneys for Defendants BigBand Networks, Inc.,
8  Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball,
   Gal Israely, Dean Gilbert, Kenneth E. Goldman,
9  Lloyd Carney, Bruce I. Sachs, Robert J. Sachs,
   and Geoffrey Y. Yang

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14  In re BIGBAND NETWORKS, INC.        )   Master File No. 07-cv-05101-SBA
    SECURITIES LITIGATION               )
15                                      )   CLASS ACTION
                                        )
16  _____   )   SUPPLEMENTAL JOINT CASE
                                        )   MANAGEMENT STATEMENT
17  This Document Relates to:           )
                                        )   DATE:   May 13, 2008
18       ALL ACTIONS.                   )   TIME:   1:00 p.m.
                                        )   JUDGE:  Hon. Saundra Brown Armstrong
19  _____   )

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL JOINT CASE MANAGEMENT
STATEMENT
CASE NO. 07-CV-05101-SBA

1      The parties submitted a Joint Case Management Statement on March 27, 2008 for the

2  Case Management Conference ("CMC") scheduled for April 10, 2008.  *See* Docket No. 70.  On

3  April 10, 2008, the Court continued the CMC to May 13, 2008 at 1:00 p.m.  *See* Docket No. 75.

4  In accordance with the Court's Standing Order, the parties jointly state that there have been no

5  changes in the status of this case since the last Joint Case Management Statement was filed.  A

6  copy of the March 27, 2008 statement is attached hereto.

7  Dated: April 29, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
8
                                            By:/s/ Joni Ostler
9                                               Joni Ostler
                                            Keith E. Eggleton
10                                           Rodney G. Strickland, Jr.
                                            Joni Ostler
11                                           650 Page Mill Road
                                            Palo Alto, CA 94304-1050
12                                           Telephone:  (650) 493-9300
                                            Facsimile:   (650) 565-5100
13
                                            *Counsel for Defendants BigBand Networks, Inc., Amir*
14                                           *Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely,*
                                            *Dean Gilbert, Kenneth E. Goldman, Lloyd Carney, Bruce*
15                                           *I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang*

16
   Dated:  April 29, 2008                   ORRICK HERRINGTON & SUTCLIFFE LLP
17
                                            By:/s/ Michael C. Tu
18                                              Michael C. Tu
                                            Teodora E. Manolova
19                                           777 South Figueroa Street
                                            Suite 3200
20                                           Los Angeles, CA  90017-5855
                                            Tel.: (213) 629-2020
21                                           Fax: (213) 612-2499
                                            Email: mtu@orrick.com
22
                                            James P. Cusick
23                                           Robert P. Varian
                                            ORRICK HERRINGTON & SUTCLIFFE LLP
24                                           405 Howard Street
                                            San Francisco, CA  94105-2669
25                                           Tel.: (415) 773-5934
                                            Fax: (415) 773-5759
26                                           Email: rvarian@orrick.com

27                                           *Counsel for Defendants Morgan Stanley & Co.*
                                            *Incorporated, Merrill Lynch, Pierce, Fenner & Smith*
28                                           *Incorporated, Jefferies & Company, Inc., Cowen and*
                                            *Company, LLC and ThinkEquity Partners LLC*

1   Dated: April 29, 2008                 HAGENS BERMAN SOBOL SHAPIRO LLP

2                                          By:     /s/ Reed R. Kathrein
                                                Reed R. Kathrein
3                                          Peter E. Borkon
                                           715 Hearst Avenue, Suite 2092
4                                          Berkeley, CA  94710
                                           Tel.: (510) 725-3000
5                                          Fax: (510) 725-3001
                                           Email: reed@hbsslaw.com
6                                          Email: peterb@hbsslaw.com

7                                          Steve Berman
                                           HAGENS BERMAN SOBOL SHAPIRO LLP
8                                          1301 Fifth Avenue, Suite 2900
                                           Seattle, WA  98101
9                                          Tel.: (206) 623-7292
                                           Fax: (206) 623-0594
10
                                           *Co-Lead Counsel for Lead Plaintiff*
11

12  Dated: April 29, 2008                 KAHN GAUTHIER SWICK, LLC

13                                         By:   /s/ Lewis Kahn
                                                Lewis Kahn
14                                         650 Poydras Street, Suite 2150
                                           New Orleans, LA 70130
15                                         Tel.: (504) 455-1400
                                           Fax: (504) 455-1498
16                                         Email: lewis.kahn@kgscounsel.com

17                                         *Co-Lead Counsel for Lead Plaintiff*

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT          -2-                           3344696_1.DOC
CASE NO. 07-CV-05101-SBA

1

**ATTESTATION**

2          I, Joni Ostler, am the ECF user whose identification and password are being used to file

3   the **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**.  In compliance with

4   General Order 45.X.B, I hereby attest that Keith E. Eggleton, Michael C. Tu, Reed R. Kathrein

5   and Lewis Kahn have all concurred in this filing.

6   Dated:  April 29, 2008                              WILSON SONSINI GOODRICH & ROSATI
                                                        Professional Corporation

7
                                                        By:    /s/ Joni Ostler
8                                                                 Joni Ostler

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  JONI OSTLER, State Bar No. 230009
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile:  (650) 565-5100
   Email: keggleton@wsgr.com,
6  Email: rstrickland@wsgr.com,
   Email: jostler@wsgr.com,
7
   Attorneys for Defendants BigBand Networks, Inc.,
8  Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball,
   Gal Israely, Dean Gilbert, Kenneth E. Goldman,
9  Lloyd Carney, Bruce I. Sachs, Robert J. Sachs,
   and Geoffrey Y. Yang
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14  In re BIGBAND NETWORKS, INC.        )   Master File No. 07-cv-05101-SBA
    SECURITIES LITIGATION               )
15                                      )   CLASS ACTION
                                        )
16  ───────────────────────────────     )   JOINT CASE MANAGEMENT
                                        )   STATEMENT
17  This Document Relates to:           )
                                        )   DATE:   April 10, 2008
18       ALL ACTIONS.                   )   TIME:   2:45 p.m.
                                        )   JUDGE:  Hon. Saundra Brown Armstrong
19  ───────────────────────────────     )

20

21

22

23

24

25

26

27

28

1        Lead Plaintiff Gwyn Jones ("Lead Plaintiff"), and defendants BigBand Networks, Inc.

2 ("BigBand"), Amir Bassan-Eskenazi, Frederick Ball, Ran Oz, Lloyd Carney, Dean Gilbert,

3 Kenneth Goldman, Gal Israely, Bruce Sachs, Robert Sachs, Geoffrey Yang, Morgan Stanley &

4 Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company,

5 Inc., Cowen and Company, LLC, and ThinkEquity Partners LLC (collectively, "Defendants"),

6 respectfully submit this Joint Case Management Statement for the Case Management Conference

7 ("CMC") scheduled for April 10, 2008.

8                     **PROCEDURAL HISTORY AND STATUS**

9        This is a consolidated securities class action lawsuit against BigBand Networks, Inc.,

10 certain of its present and former officers and directors, and the underwriters of its initial public

11 offering.  This action began with the filing of many substantially similar class action complaints

12 in the Northern District of California between October 3, 2007 and November 16, 2007.  The

13 actions alleged that Defendants violated federal securities laws by issuing allegedly false and

14 misleading statements in connection with defendant BigBand's March 2007 initial public

15 offering ("IPO").  The actions alleged violations of both the Securities Act of 1933 (the

16 "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act").

17        On December 3, 2007, two competing lead plaintiff motions were filed pursuant to the

18 applicable provisions of the Private Securities Litigation Reform Act of 1995 ("Reform Act")

19 [Docket Nos. 12, 15].  By order dated February 14, 2008, the Court consolidated the eight

20 substantially similar class actions then pending in the Northern District of California [Docket

21 Nos. 52, 54].  The Court appointed Gwyn Jones to serve as lead plaintiff, and approved his

22 selection of Hagens Berman Sobol Shapiro LLP and Kahn Gauthier Swick, LLC as co-lead

23 counsel [Docket No. 52].

24        Separately, on December 3, 2007, plaintiff James Wiltjer ("Wiltjer") filed a securities

25 class action in the California state court, also alleging violations of the Securities Act based on

26 the same underlying facts alleged in the other putative class actions that were filed in and

27 consolidated by this Court.  On January 2, 2008, the Defendants removed Wiltjer's action to the

28 Northern District of California.  *See Wiltjer v. BigBand Networks, Inc., et al.*, Case No. 4:08-cv-

1   00022-SBA, Docket No. 1.  Wiltjer's action has been reassigned to this Court and consolidated

2   along with the other similar class actions [Docket Nos. 52, 53, 54].  On February 19, 2008,

3   Wiltjer filed a Motion to Remand, and noticed it for hearing before this Court [Docket No. 55].

4   Lead Plaintiff and Defendants opposed the motion on March 18, 2008 [Docket Nos. 62, 64, 66].

5   The motion is scheduled for hearing on April 8, 2008 at 1:00 p.m.

6        The Lead Plaintiff has not yet filed a consolidated complaint.  The Stipulation and Order

7   Regarding Consolidation and Scheduling, entered by the Court on February 14, 2008 [Docket

8   No. 54], provides that the parties shall meet and confer regarding a mutually acceptable schedule

9   for the filing of a consolidated complaint and for briefing and hearing of responses thereto.  The

10  parties have met and conferred and agreed to the following schedule:

11        • Lead Plaintiff shall file the consolidated and amended complaint on or before

12          May 26, 2008 (45 days from the date of the CMC);

13        • Defendants' motion(s) to dismiss shall be filed 60 days from the date the

14          consolidated complaint is filed;

15        • Lead Plaintiff's opposition to the motion(s) to dismiss shall be due 45 days after

16          filing of the motion(s) to dismiss; and

17        • Defendants' reply shall be due 30 days after filing of the opposition.

18       Concurrent with this Case Management Statement, the parties are filing a separate

19  Stipulation and [Proposed] Order Regarding Schedule setting forth the above schedule for the

20  Court's approval.

21                        **CASE MANAGEMENT STATEMENT**

22       In accordance with the Standing Order for All Judges of the Northern District of

23  California, the parties submit the following:

24       1.    Jurisdiction and Service.  Service or waivers of service have been effectuated as

25  to all defendants in this case.  At this time, there are no factual issues as to personal jurisdiction

26  that remain unresolved.  As mentioned above, Wiltjer has filed a motion to remand the *Wiltjer*

27  matter to the Superior Court for the State of California, County of San Francisco [Docket No.

28  55].  Defendants and Lead Plaintiff have opposed that motion [Docket Nos. 62, 64, 66].

1       2.     <u>Facts</u>.  The current complaints allege that the Defendants violated Sections 11,

2  12(a)(2) and 15 of the Securities Act and/or Sections 10(b) and 20(a) of the Exchange Act by

3  selling or assisting in the sale of securities pursuant to a false and misleading registration

4  statement and prospectus in connection with BigBand's IPO, and/or by making false or

5  misleading statements or omissions to investors after the IPO.

6       3.     <u>Legal Issues</u>.  The parties do not yet have a complete picture of the legal issues

7  presented; the parties believe, however, that the legal issues will include (but will not necessarily

8  be limited to) the following:

9       a.     Whether any defendant violated § 10(b) and/or § 20(a) of the Exchange Act;

10       b.     Whether any defendant violated § 11, § 12(a)(2) and/or § 15 of the Securities Act;

11       c.     Whether BigBand's IPO registration statement and prospectus contained materially

12             false or misleading statements, and whether any defendant made other materially

13             false or misleading statements to investors during the Class Period;

14       d.     Whether the challenged statements are actionable;

15       e.     Whether Lead Plaintiff has adequately pleaded its claims in conformance with the

16             requirements of the Reform Act;

17       f.     Whether defendants knew or recklessly disregarded that their statements were false

18             and/or materially misleading;

19       g.     Whether the allegedly false or misleading statements caused the plaintiff to suffer

20             monetary damages, and the proper measure thereof;

21       h.     Whether the individual defendants and underwriter defendants can establish the

22             affirmative defense of due diligence, *i.e.*, that they conducted a reasonable

23             investigation and had reasonable grounds to believe that BigBand's IPO

24             registration statement was accurate and did not omit any facts that were required to

25             be stated; and

26       i.     Whether this action can properly be maintained as a class action.

27       4.     <u>Motions</u>.  As mentioned above, a motion to remand the *Wiltjer* matter is pending.

28  In the event remand is granted, the parties anticipate further motion practice regarding the

1 | appropriateness of a stay of proceedings in the state court.  The Defendants also anticipate that

2 | they will file motion(s) to dismiss once the consolidated complaint is filed.

3 |        5.     Amendment of Pleadings.  As stated above, the parties have agreed, subject to the

4 | Court's approval, that Lead Plaintiff shall file his consolidated complaint on or before May 26,

5 | 2008 (45 days from the CMC).

6 |        6.     Evidence Preservation.  The Defendants believe they have taken reasonable steps

7 | to preserve evidence relevant to the issues reasonably evident in this action.  Defendants' steps

8 | include preserving back up tapes, electronic mail and other electronic data.  Lead Plaintiff has

9 | been instructed to save all documents relating to his claims.  Lead Plaintiff has agreed to

10 | preserve all information related to this case, no matter how it is recorded, including not only

11 | "paper" records, but any email or other types of computer data that are stored on hard drives,

12 | CDs, DVDs, floppy disks or the like.  Lead Plaintiff has also agreed to preserve documents that

13 | someone else is keeping for Lead Plaintiff.

14 |        7.     Disclosures & Discovery.  The discovery stay provisions of the Reform Act are

15 | applicable here.  Thus, all initial disclosures and discovery are stayed pending a determination of

16 | the sufficiency of the complaint.  Once a consolidated complaint is filed, the Defendants intend

17 | to challenge the sufficiency of the allegations with a motion to dismiss.

18 |        8.     Class Action:  The parties anticipate that Lead Plaintiff will file a motion to

19 | certify the class after Defendants' motion(s) to dismiss are decided.  Defendants may oppose that

20 | motion in whole or in part.

21 |        9.     Related Cases.  All similar class actions pending in the Northern District of

22 | California have now been consolidated before this Court.  A shareholder derivative action titled

23 | *Ifrah v. Bassan-Eskenazi, et al.*, Case No. 468401, is pending in the Superior Court for the

24 | County of San Mateo.  This shareholder derivative matter has been stayed until July 22, 2008.

25 |        10.    Relief Sought.  The complaints in the now-consolidated actions seek unspecified

26 | money damages.

27 |        11.    Settlement and ADR.  The parties believe that it is premature to engage in

28 | settlement discussions and/or ADR at this time.  The parties also believe that this case is not

1    suited for the Court's Multi-Option ADR Program.  As noted in A.D.R. L.R. 3-5(e)(3), the ADR

2    process will not deliver benefits to the parties sufficient to justify the resources consumed by its

3    use.  The parties believe that, in the event they engage in settlement discussions, private

4    mediation will be the appropriate mechanism.

5         12.    Consent to Magistrate Judge For All Purposes.  The parties do not consent to have

6    a magistrate judge conduct all further proceedings.

7         13.    Other References.  The parties do not believe this case is suitable for reference to

8    binding arbitration or a special master at this time.

9         14.    Narrowing of Issues / Expedited Schedule / Trial.  The parties believe it is

10   premature to address these issues at this time.

11        15.    Scheduling.  The parties have agreed to, and propose for the Court's approval, the

12   following schedule for filing the consolidated complaint and briefing defendants' anticipated

13   motion(s) to dismiss:

14        a.  Lead Plaintiff shall file his consolidated complaint on or before May 26,

15            2008 (45 days from the CMC);

16        b.  Defendants' motion(s) to dismiss shall be filed 60 days from the date the

17            consolidated complaint is filed;

18        c.  Lead Plaintiff's opposition to the motion(s) to dismiss shall be due 45 days

19            after filing of the motion(s) to dismiss; and

20        d.  Defendants' reply shall be due 30 days after filing of the opposition.

21        16.    Disclosure of Non-party Interested Entities or Persons:  All Defendants have filed

22   their disclosures [Docket Nos. 10, 26].  Defendant BigBand Networks, Inc. does not have a

23   corporate parent; and no public company owns 10% or more of BigBand stock.  Other than the

24   named parties, the BigBand Defendants believe there is no interest to report under Civil L.R. 3-

25   16.

26        Morgan Stanley & Co. Incorporated has a parent corporation and is a wholly-owned

27   subsidiary of Morgan Stanley.  Merrill Lynch, Pierce, Fenner & Smith Incorporated has a parent

28   corporation and is a wholly-owned subsidiary of Merrill Lynch & Co., Inc.  Jefferies & Company,

1    Inc. has a parent corporation and is a wholly-owned subsidiary of Jefferies Group, Inc.  Cowen

2    and Company, LLC (erroneously sued as Cowen & Co., Inc.) is a wholly-owned subsidiary of

3    Cowen Group, Inc., which is publicly traded on NASDAQ at "COWN" and no corporation holds

4    10% or more of the stock of Cowen Group, Inc.  ThinkEquity Partners LLC has a parent

5    corporation and is a wholly-owned subsidiary of Panmure Gordon & Co.  As of this date, other

6    than the named parties and disclosed entities, there is no entity or party with an interest that could

7    be substantially affected by the outcome of the proceeding.

8           Pursuant to Civil L.R. 3-16, Lead Plaintiff certifies that, as of this date, other than the

9    parties and absent class members, Lead Plaintiff knows of no other entity or party that could be

10   substantially affected by the outcome of this proceeding.

11                                          *       *       *

12   Dated: March 27, 2008                   WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation
13
                                             By:/s/ Keith E. Eggleton
14                                               Keith E. Eggleton
                                             Rodney G. Strickland, Jr.
15                                           Joni Ostler
                                             650 Page Mill Road
16                                           Palo Alto, CA 94304-1050
                                             Telephone:  (650) 493-9300
17                                           Facsimile:   (650) 565-5100

18                                           *Counsel for Defendants BigBand Networks, Inc., Amir
                                             Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely,*
19                                           *Dean Gilbert, Kenneth E. Goldman, Lloyd Carney, Bruce
                                             I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang*
20
     Dated:  March 27, 2008                  ORRICK HERRINGTON & SUTCLIFFE LLP
21
                                             By:/s/ Michael C. Tu
22                                               Michael C. Tu
                                             Teodora E. Manolova
23                                           777 South Figueroa Street
                                             Suite 3200
24                                           Los Angeles, CA  90017-5855
                                             Tel.: (213) 629-2020
25                                           Fax: (213) 612-2499
                                             Email: mtu@orrick.com
26

27                                           (counsel continued on next page . . .)

28   / / /

---

James P. Cusick
Robert P. Varian
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Tel.: (415) 773-5934
Fax: (415) 773-5759
Email: rvarian@orrick.com

*Counsel for Defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC and ThinkEquity Partners LLC*

Dated:  March 27, 2008            HAGENS BERMAN SOBOL SHAPIRO LLP

By:___/s/ Reed R. Kathrein_____
    Reed R. Kathrein
Peter E. Borkon
715 Hearst Avenue, Suite 2092
Berkeley, CA  94710
Tel.: (510) 725-3000
Fax: (510) 725-3001
Email: reed@hbsslaw.com
Email: peterb@hbsslaw.com

Steve Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

*Co-Lead Counsel for Lead Plaintiff*

Dated:  March 27, 2008            KAHN GAUTHIER SWICK, LLC

By:   /s/ Lewis Kahn_____
    Lewis Kahn
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel.: (504) 455-1400
Fax: (504) 455-1498
Email: lewis.kahn@kgscounsel.com

*Co-Lead Counsel for Lead Plaintiff*

JOINT CASE MANAGEMENT STATEMENT              -7-                    3318745_3.DOC
CASE NO. 07-CV-05101-SBA

1

**ATTESTATION**

2    I, Joni Ostler, am the ECF user whose identification and password are being used to file

3  the **JOINT CASE MANAGEMENT STATEMENT**.  In compliance with General Order

4  45.X.B, I hereby attest that Keith E. Eggleton, Michael C. Tu, Reed R. Kathrein and Lewis Kahn

5  have all concurred in this filing.

6  Dated:  March 27, 2008                          WILSON SONSINI GOODRICH & ROSATI
                                                              Professional Corporation
7
                                                              By: ___/s/ Joni Ostler_____
8                                                                        Joni Ostler

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28