1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  JONI OSTLER, State Bar No. 230009
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: keggleton@wsgr.com
6  Email: rstrickland@wsgr.com
   Email: jostler@wsgr.com
7
   MEREDITH KOTLER
8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  1301 Avenue of the Americas, 40th Floor
   New York, New York 10019-6022
10 Telephone: (212) 999-5800
   Facsimile: (212) 999-5899
11 Email: mkotler@wsgr.com

12 Attorneys for Defendants BigBand Networks, Inc.,
   Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball,
13 Gal Israely, Dean Gilbert, Kenneth E. Goldman,
   Lloyd Carney, Bruce I. Sachs, Robert J. Sachs,
14 and Geoffrey Y. Yang

FILED
2008 MAY -9 PM 3:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | Master File No. 07-cv-05101-SBA |
| | CLASS ACTION |
| This Document Relates to: | APPLICATION OF MEREDITH KOTLER FOR ADMISSION PRO HAC VICE |
| ALL ACTIONS. | JUDGE: Hon. Saundra Brown Armstrong |

1      Pursuant to Civil Local Rule 11-3, Meredith Kotler, an active member in good standing
2   of the bar of the State of New York, hereby applies for admission to appear pro hac vice in the
3   above-captioned matter on behalf of defendants BigBand Networks, Inc., Amir Bassan-Eskenazi,
4   Ran Oz, Frederick A. Ball, Gal Israely, Dean Gilbert, Kenneth E. Goldman, Lloyd Carney, Bruce
5   I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang. In support of this application, I certify under
6   oath that:

7      1.   I am an active member in good standing of the bar of the United States District
8   Court of the Southern District of New York and of the bar of the highest court of the State of
9   New York;

10     2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local
11  Rule 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution
12  Programs of this Court;

13     3.   The following attorneys, all of whom are members of the bar of this Court in good
14  standing and who maintain an office within the State of California, are designated as co-counsel:

           KEITH E. EGGLETON, State Bar No. 159842
           RODNEY G. STRICKLAND, State Bar No. 161934
           JONI OSTLER, State Bar No. 230009
           WILSON SONSINI GOODRICH & ROSATI
           Professional Corporation
           650 Page Mill Road
           Palo Alto, CA 94304-1050
           Telephone:  (650) 493-9300
           Facsimile:  (650) 565-5100

20  I declare under penalty of perjury that the foregoing is true and correct.
21  Executed this 9th day of May, 2008, at New York City, New York.

                                *See attached for signature page*
                                _____
                                Meredith Kotler

1  Pursuant to Civil Local Rule 11-3, Meredith Kotler, an active member in good standing of the bar of the State of New York, hereby applies for admission to appear pro hac vice in the above-captioned matter on behalf of defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely, Dean Gilbert, Kenneth E. Goldman, Lloyd Carney, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang. In support of this application, I certify under oath that:

1. I am an active member in good standing of the bar of the United States District Court of the Southern District of New York and of the bar of the highest court of the State of New York;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court;

3. The following attorneys, all of whom are members of the bar of this Court in good standing and who maintain an office within the State of California, are designated as co-counsel:

> KEITH E. EGGLETON, State Bar No. 159842
> RODNEY G. STRICKLAND, State Bar No. 161934
> JONI OSTLER, State Bar No. 230009
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> 650 Page Mill Road
> Palo Alto, CA 94304-1050
> Telephone: (650) 493-9300
> Facsimile: (650) 565-5100

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of May, 2008, at New York City, New York.

_____
Meredith Kotler

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611002175
Cashier ID: lenahac
Transaction Date: 05/09/2008
Payer Name: Wilson Sonsini Goodrich et al
------------------------------------
PRO HAC VICE
 For: Meredith Kotler
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 512254
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-07-5101-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```