RECEIVED
MAY - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | Master File No. 07-cv-05101-SBA |
| | CLASS ACTION |
| This Document Relates to: | [PROPOSED] ORDER GRANTING APPLICATION OF MEREDITH KOTLER FOR ADMISSION PRO HAC VICE |
| ALL ACTIONS. | |
| | JUDGE: Hon. Saundra Brown Armstrong |

[PROPOSED] ORDER GRANTING M. KOTLER APP.
FOR ADMISSION PRO HAC VICE
CASE NO. 07-CV-05101-SBA

1  Meredith Kotler, an active member in good standing of the bar of the State of New York, whose business address and telephone number are 1301 Avenue of the Americas, 40th Floor, New York, New York 10019-6022, (212) 999-5800, having applied in the above-entitled action for admission to practice on a *pro hac vice* basis, representing defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely, Dean Gilbert, Kenneth E. Goldman, Lloyd Carney, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang in the above-captioned matter.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5-14-08

SAUNDRA ARMSTRONG BROWN
United States District Judge