REED R. KATHREIN (139304)
PETER E. BORKON (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

LEWIS KAHN (*Pro Hac Vice*)
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 07-cv-5101 SBA<br><br>STIPULATION AND [PROPOSED] ORDER RE: CONSOLIDATED COMPLAINT |

1  WHEREAS, this case is a purported class action governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA");

3  WHEREAS, the parties filed a Joint Case Management Statement on March 27, 2008, and a Supplemental Joint Case Management Statement on April 29, 2008;

5  WHEREAS, the Consolidated Amended Complaint is currently due on May 26, 2008, a federal holiday;

7  IT IS HEREBY STIPULATED AND AGREED, by Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Morgan Stanley & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Inc., Jefferies & Co., Inc., Cowen and Co., Inc., and ThinkEquity Partners, LLC and Lead Plaintiff Gwyn Jones, that the Consolidated Complaint shall be filed on May 30, 2008.

Dated: May 23, 2008         HAGENS BERMAN SOBOL SHAPIRO, LLP

By: _____/s/ Reed R. Kathrein_____
         REED R. KATHREIN

Peter E. Borkon (212596)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Lewis Kahn (*Pro Hac Vice*)
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

| | |
|---|---|
| | Kim E. Miller |
| | KAHN GAUTHIER SWICK, LLC |
| | 12 East 41th Street – 12 Floor |
| | New York, NY  10017 |
| | Telephone: (212) 696-3730 |
| | Facsimile: (504) 455-1498 |
| | kim.miller@kgscounsel.com |
| | |
| | Co-Lead Counsel for Lead Plaintiff Gwyn Jones |
| Dated: May 23, 2008 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| | |
| | By: _____/s/ Joni Ostler_____ |
| | JONI OSTLER |
| | |
| | Keith E. Eggleton |
| | Rodney G. Strickland, Jr. |
| | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-1050 |
| | Facsimile: (650) 565-5100 |
| | |
| | *Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs and Geoffrey Yang* |
| Dated: May 23, 2008 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | |
| | By: _____/s/ Michael C. Tu_____ |
| | MICHAEL C. TU |
| | |
| | Teodora E. Manolova |
| | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017-5855 |
| | Telephone: (213) 629-2020 |
| | Facsimile: (213) 612-2499 |
| | mtu@orrick.com |
| | |
| | James P. Cusick |
| | Robert P. Varian |
| | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| | Telephone: (415) 773-5934 |
| | Facsimile: (415) 773-5759 |
| | rvarian@orrick.com |
| | |
| | *Counsel for Defendants Morgan Stanley & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen* |

STIPULATION AND [PROPOSED] ORDER RE
CONSOLIDATED COMPL. – NO. 07-cv-05101 SBA            - 2 -
233485-1

1

*and Company, LLC and ThinkEquity Partners LLC*

   I, Peter E. Borkon, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Reed R. Kathrein, Joni Ostler and Michael C. Tu have concurred in this filing.

STIPULATION AND [PROPOSED] ORDER RE
CONSOLIDATED COMPL. – NO. 07-cv-05101 SBA            - 3 -
233485-1

1  **ORDER**

2  Pursuant to Stipulation, it is hereby ordered that the Consolidated Complaint shall be filed on

3  May 30, 2008.

5  DATED: _____   _____
   THE HONORABLE SAUNDRA B. ARMSTRONG
6  UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        /s/ Peter E. Borkon
        PETER E. BORKON

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Freeda Yllana Lugo**
  flugo@wsgr.com,jjohnstone@wsgr.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**James P. Cusick**
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103-001

**Meredith K. Kotler**
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the America
40th Floor
New York, NY 10019