REED R. KATHREIN (139304)
PETER E. BORKON (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

LEWIS KAHN (*Pro Hac Vice*)
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION ) ) ) ) ) ) ) ) ———————————————————— ) This Document Relates To:  All Actions ) ) ) ) ) ) ) ———————————————————— ) | Master File No. 07-cv-5101 SBA STIPULATION AND ORDER RE: CONSOLIDATED COMPLAINT |

1    WHEREAS, this case is a purported class action governed by the provisions of the Private

2    Securities Litigation Reform Act of 1995 ("PSLRA");

3    WHEREAS, the parties filed a Joint Case Management Statement on March 27, 2008, and a

4    Supplemental Joint Case Management Statement on April 29, 2008;

5    WHEREAS, the Consolidated Amended Complaint is currently due on May 26, 2008, a

6    federal holiday;

7    IT IS HEREBY STIPULATED AND AGREED, by Defendants BigBand Networks, Inc.,

8    Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd

9    Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Morgan Stanley & Co., Inc., Merrill Lynch,

10    Pierce, Fenner & Smith Inc., Jefferies & Co., Inc., Cowen and Co., Inc., and ThinkEquity Partners,

11    LLC and Lead Plaintiff Gwyn Jones, that the Consolidated Complaint shall be filed on May 30,

12    2008.

13    Dated: May 23, 2008                    HAGENS BERMAN SOBOL SHAPIRO, LLP

14                                           By: _____/s/ Reed R. Kathrein_____
15                                                         REED R. KATHREIN

16                                           Peter E. Borkon (212596)
17                                           715 Hearst Avenue, Suite 202
                                             Berkeley, CA 94710
18                                           Telephone: (510) 725-3000
                                             Facsimile: (510) 725-3001
19                                           reed@hbsslaw.com
                                             peterb@hbsslaw.com

20                                           Steve W. Berman
                                             HAGENS BERMAN SOBOL SHAPIRO, LLP
21                                           1301 Fifth Avenue, Suite 2900
                                             Seattle, WA 98101
22                                           Telephone: (206) 623-7292
                                             Facsimile: (206) 623-0594
23                                           steve@hbsslaw.com

24                                           Lewis Kahn (*Pro Hac Vice*)
                                             KAHN GAUTHIER SWICK, LLC
25                                           650 Poydras Street, Suite 2150
                                             New Orleans, LA 70130
26                                           Telephone: (504) 455-1400
                                             Facsimile: (504) 455-1498
27                                           lewis.kahn@kgscounsel.com

28

1
    Kim E. Miller
    KAHN GAUTHIER SWICK, LLC
2
    12 East 41th Street – 12 Floor
    New York, NY 10017
3
    Telephone: (212) 696-3730
    Facsimile: (504) 455-1498
4
    kim.miller@kgscounsel.com

5
    Co-Lead Counsel for Lead Plaintiff Gwyn Jones

6   Dated: May 23, 2008
    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

7

8
    By: _____/s/ Joni Ostler_____
                 JONI OSTLER

9

10
    Keith E. Eggleton
    Rodney G. Strickland, Jr.
    650 Page Mill Road
11
    Palo Alto, CA 94304-1050
    Telephone: (650) 493-1050
12
    Facsimile: (650) 565-5100

13
    *Counsel for Defendants BigBand Networks, Inc.,*
    *Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,*
14
    *Gal Israely, Dean Gilbert, Ken Goldman, Lloyd*
    *Carney, Bruce Sachs, Robert Sachs and Geoffrey*
15
    *Yang*

16  Dated: May 23, 2008
    ORRICK HERRINGTON & SUTCLIFFE LLP

17

18
    By: _____/s/ Michael C. Tu_____
                 MICHAEL C. TU

19
    Teodora E. Manolova
    777 South Figueroa Street, Suite 3200
20
    Los Angeles, CA 90017-5855
    Telephone: (213) 629-2020
21
    Facsimile: (213) 612-2499
    mtu@orrick.com

22

23
    James P. Cusick
    Robert P. Varian
    ORRICK HERRINGTON & SUTCLIFFE LLP
24
    405 Howard Street
    San Francisco, CA 94105-2669
25
    Telephone: (415) 773-5934
    Facsimile: (415) 773-5759
26
    rvarian@orrick.com

27
    *Counsel for Defendants Morgan Stanley & Co.,*
    *Inc., Merrill Lynch, Pierce, Fenner & Smith*
28
    *Incorporated, Jefferies & Company, Inc., Cowen*

1

*and Company, LLC and ThinkEquity Partners LLC*

2

3

4

 I, Peter E. Borkon, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATED COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Reed R. Kathrein, Joni Ostler and Michael C. Tu have concurred in this filing.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2          Pursuant to Stipulation, it is hereby ordered that the Consolidated Complaint shall be filed on

3    May 30, 2008.

4

5    DATED:  5/29/08                              _____

6                                                THE HONORABLE SAUNDRA B. ARMSTRONG
                                                 UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on May 23, 2008 I electronically filed the foregoing with the Clerk of the

3  Court using the CM/ECF system which will send notification of such filing to the e-mail addresses

4  registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7

8                                          /s/ Peter E. Borkon
                                          PETER E. BORKON
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28