REED R. KATHREIN (139304)
PETER E. BORKON (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

LEWIS KAHN (*Pro Hac Vice*)
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | Master File No. 07-cv-5101 SBA |
| | STIPULATION AND ORDER RE: CONSOLIDATED COMPLAINT |
| This Document Relates To:  All Actions | |

1  WHEREAS, this case is a purported class action governed by the provisions of the Private
2  Securities Litigation Reform Act of 1995 ("PSLRA");
3  WHEREAS, the parties filed a Joint Case Management Statement on March 27, 2008, and a
4  Supplemental Joint Case Management Statement on April 29, 2008;
5  WHEREAS, the Consolidated Amended Complaint is currently due on May 26, 2008, a
6  federal holiday;
7  IT IS HEREBY STIPULATED AND AGREED, by Defendants BigBand Networks, Inc.,
8  Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd
9  Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Morgan Stanley & Co., Inc., Merrill Lynch,
10 Pierce, Fenner & Smith Inc., Jefferies & Co., Inc., Cowen and Co., Inc., and ThinkEquity Partners,
11 LLC and Lead Plaintiff Gwyn Jones, that the Consolidated Complaint shall be filed on May 30,
12 2008.

Dated: May 23, 2008                         HAGENS BERMAN SOBOL SHAPIRO, LLP

                                            By:         /s/ Reed R. Kathrein
                                                       REED R. KATHREIN

                                            Peter E. Borkon (212596)
                                            715 Hearst Avenue, Suite 202
                                            Berkeley, CA 94710
                                            Telephone: (510) 725-3000
                                            Facsimile: (510) 725-3001
                                            reed@hbsslaw.com
                                            peterb@hbsslaw.com

                                            Steve W. Berman
                                            HAGENS BERMAN SOBOL SHAPIRO, LLP
                                            1301 Fifth Avenue, Suite 2900
                                            Seattle, WA 98101
                                            Telephone: (206) 623-7292
                                            Facsimile: (206) 623-0594
                                            steve@hbsslaw.com

                                            Lewis Kahn (*Pro Hac Vice*)
                                            KAHN GAUTHIER SWICK, LLC
                                            650 Poydras Street, Suite 2150
                                            New Orleans, LA 70130
                                            Telephone: (504) 455-1400
                                            Facsimile: (504) 455-1498
                                            lewis.kahn@kgscounsel.com

| | |
|---|---|
| 1 | Kim E. Miller |
| 2 | KAHN GAUTHIER SWICK, LLC |
|   | 12 East 41th Street – 12 Floor |
|   | New York, NY  10017 |
| 3 | Telephone: (212) 696-3730 |
|   | Facsimile: (504) 455-1498 |
| 4 | kim.miller@kgscounsel.com |
| 5 | Co-Lead Counsel for Lead Plaintiff Gwyn Jones |

Dated: May 23, 2008          WILSON SONSINI GOODRICH & ROSATI
                             Professional Corporation


By: _____/s/ Joni Ostler_____
            JONI OSTLER

Keith E. Eggleton
Rodney G. Strickland, Jr.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-1050
Facsimile: (650) 565-5100

*Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs and Geoffrey Yang*

Dated: May 23, 2008          ORRICK HERRINGTON & SUTCLIFFE LLP


By: _____/s/ Michael C. Tu_____
            MICHAEL C. TU

Teodora E. Manolova
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
mtu@orrick.com

James P. Cusick
Robert P. Varian
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5934
Facsimile: (415) 773-5759
rvarian@orrick.com

*Counsel for Defendants Morgan Stanley & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen*

STIPULATION AND [PROPOSED] ORDER RE
CONSOLIDATED COMPL. – NO. 07-cv-05101 SBA          - 2 -
233485-1

1     *and Company, LLC and ThinkEquity Partners LLC*

2

3     I, Peter E. Borkon, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Reed R. Kathrein, Joni Ostler and Michael C. Tu have concurred in this filing.

**ORDER**

Pursuant to Stipulation, it is hereby ordered that the Consolidated Complaint shall be filed on May 30, 2008.


DATED:  5/29/08                                                      _/s/ Saundra B. Armstrong_
                                                                     THE HONORABLE SAUNDRA B. ARMSTRONG
                                                                     UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

           /s/ Peter E. Borkon
        PETER E. BORKON