THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION<br><br>―――――――――――――――――――<br><br>This Documents Relates to:<br>ALL ACTIONS<br><br>―――――――――――――――――――  | Master File No. 07-05101 SBA<br><br>**ORDER** |

   The Court's order, filed June 17, 2008 [Docket No. 83], is hereby VACATED.

   It is further ORDERED that pursuant to Civil Local Rule 16-10(c), a case management conference is scheduled for July 17, 2008 at 3:15 p.m.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

   IT IS SO ORDERED.


Dated: 6/18/08                                    _____
                                                  SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge