1  Reed R. Kathrein (139304)
2  Peter E. Borkon (212596)
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone.: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  Lewis S. Kahn (*Pro hac vice*)
   KAHN GAUTHIER SWICK, LLC
7  650 Poydras Street, Suite 2150
   New Orleans, LA 70130
8  Telephone.: (504) 455-1400
   Facsimile: (504) 455-1498
9  lewis.kahn@kgscounsel.com

10 Co-Lead Counsel for Lead Plaintiff



FILED
JUL 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | Master File No. 07-cv-05101-SBA <br><br> CLASS ACTION |
| This Document Relates to: <br><br> ALL ACTIONS. | APPLICATION OF PAUL S. BALANON FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1   Pursuant to Civil L.R. 11-3, Paul S. Balanon, an active member in good standing of the
2   bars of the District of Columbia, Maryland, and Louisiana, hereby applies for admission to the
3   Northern District of California on a *pro hac vice* basis representing Lead Plaintiff and the Class
4   in the above-entitled action.
5   In support of this application, I certify on oath that:
6   1.   I am an active member in good standing of a United States Court or of the highest
7   court of another State or the District of Columbia, as indicated above;
8   2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local
9   Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
10  with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
11  3.   An attorney who is a member of the bar of this Court in good standing and who
12  maintains an office within the State of California has been designated as co-counsel in the above-
13  entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone.: (510) 725-3000
> Facsimile: (510) 725-3001
> reed@hbsslaw.com

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of July, 2008 at New Orleans, Louisiana.

Dated: July 16, 2008

_____
Paul S. Balanon

APPL'N PAUL S. BALANON FOR
ADMSS'N ATTORNEY *PRO HAC VICE*
NO. 07-CV-5101 SBA

- 1 -

## DECLARATION OF SERVICE

I, the undersigned, declare:

That declarant is and was, at all times herein mentioned, a citizen of the United States and is employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley, California 94710.

On July 16, 2008, declarant served the foregoing document on all interested parties in this action.

[X]   **BY MAIL**

By placing a true copy thereof enclosed in sealed envelopes address as follows: **See Attached Service List**. That there is a regular communication by mail between the place of mailing and the places so addressed. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Berkeley, California in the ordinary course of business.

Executed this 16th day of July 2008, at Berkeley, California.

_Monica L. Ullarich_
MONICA L. ULLARICH

*In re BigBand Networks, Inc. Securities Litigation*
USDC N.D. Cal. Case No. 07-cv-05101 SBA
Service List
July 16, 2008

**Attorneys for Defendants**

| | |
|---|---|
| James P. Cusick<br>ORRICK HERRINGTON & SUTCLIFFE, LLP<br>666 Fifth Avenue<br>New York, NY 10103-001<br><br>**VIA U.S. MAIL** | Meredith K. Kotler<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the America, 40th Floor<br>New York, NY 10019<br><br>**VIA U.S. MAIL** |
| Keith E. Eggleton<br>Freeda Yllana Lugo<br>Joni L. Ostler<br>Rodney Grant Strickland, Jr.<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br><br>**VIA U.S. MAIL** | |

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611002411
Cashier ID: lenahac
Transaction Date: 07/16/2008
Payer Name: Wheels of Justice
---------------------------------
PRO HAC VICE
 For: Paul S. Balanon
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:        $210.00
---------------------------------
CHECK
 Check/Money Order Num: 1371
 Amt Tendered: $210.00
---------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

CV-07-5101-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```