Reed R. Kathrein (139304)
Peter E. Borkon (212596)
715 Hearst Avenue, Suite 2092
Berkeley, CA 94710
Telephone.: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Lewis S. Kahn (*Pro hac vice*)
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone.: (504) 455-1400
Facsimile: (504) 455-1498

*Co-Lead Counsel for Lead Plaintiff*

RECEIVED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Master File No. 07-cv-05101-SBA<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF PAUL S. BALANON FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Paul S. Balanon, an active member in good standing of the bars of the District of Columbia, Maryland, and Louisiana and whose business address and telephone number is:

> KAHN GAUTHIER SWICK, LLC
> 650 Poydras Street, Suite 2150
> New Orleans, LA 70130
> Telephone: (504) 455-1400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Lead Plaintiff and the Class.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.


Dated: _____           _____
                                  SAUNDRA B. ARMSTRONG
                                  United States District Judge

**SO ORDERED.**

[PROP.] ORD. GRANTING APPL'N                - 1 -
PAUL S. BALANON *PRO HAC VICE*
NO. 07-CV-5101 SBA

**DECLARATION OF SERVICE**

I, the undersigned, declare:

That declarant is and was, at all times herein mentioned, a citizen of the United States and is employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley, California 94710.

On July 16, 2008, declarant served the foregoing document on all interested parties in this action.

[X]   **BY MAIL**

By placing a true copy thereof enclosed in sealed envelopes address as follows: **See Attached Service List.** That there is a regular communication by mail between the place of mailing and the places so addressed. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Berkeley, California in the ordinary course of business.

Executed this 16th day of July 2008, at Berkeley, California.

_____
MONICA L. ULLARICH

*In re BigBand Networks, Inc. Securities Litigation*
USDC N.D. Cal. Case No. 07-cv-05101 SBA
Service List
July 16, 2008

**Attorneys for Defendants**

| James P. Cusick<br>ORRICK HERRINGTON & SUTCLIFFE, LLP<br>666 Fifth Avenue<br>New York, NY 10103-001<br><br>**VIA U.S. MAIL** | Meredith K. Kotler<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the America, 40th Floor<br>New York, NY 10019<br><br>**VIA U.S. MAIL** |
|---|---|
| Keith E. Eggleton<br>Freeda Yllana Lugo<br>Joni L. Ostler<br>Rodney Grant Strickland, Jr.<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br><br>**VIA U.S. MAIL** | |

001922-12 251182 V1