1  REED R. KATHREIN (139304)
   PETER E. BORKON (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5
   LEWIS KAHN (*Pro Hac Vice)*
6  KAHN GAUTHIER SWICK, LLC
   650 Poydras Street, Suite 2150
7  New Orleans, LA  70130
   Telephone: (504) 455-1400
8  Facsimile: (504) 455-1498
   lewis.kahn@kgscounsel.com
9
   Attorneys for Lead Plaintiff, Gwyn Jones
10
   [Additional counsel listed on signature page]
11

12

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                     OAKLAND DIVISION

16  In re BIGBAND NETWORKS, INC.        )   Master File No. 07-cv-5101 SBA
    SECURITIES LITIGATION              )
17                                      )   NOTICE OF CLERK'S NOTICE
                                        )   CONTINUING CASE MANAGEMENT
18                                      )   CONFERENCE
                                        )
19  _____
                                            
20  THIS DOCUMENT RELATES TO:              **JURY TRIAL DEMANDED**

    ALL ACTIONS
21

22

23

24

25

26

27

28

001922-12  251380 V1

1          **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2          **PLEASE TAKE NOTICE** that on July 17, 2008, the Court entered the attached Clerk's

3    Notice in the above-entitled case, rescheduling the Case Management Conference previously set

4    for July 17, 2008 for **October 1, 2008, at 3:45 p.m., via telephone**.  A true and correct copy of the

5    Clerk's Notice is attached as **Exhibit A**.

6    Dated: July 17, 2008                      HAGENS BERMAN SOBOL SHAPIRO LLP

7
                                              By _____/s/ Reed R. Kathrein_____
8                                                  REED R. KATHREIN

9                                             Peter E. Borkon (212596)
                                              715 Hearst Avenue, Suite 202
10                                            Berkeley, CA 94710
                                              Telephone: (510) 725-3000
11                                            Facsimile: (510) 725-3001
                                              reed@hbsslaw.com
12                                            peterb@hbsslaw.com

13                                            Steve Berman
                                              HAGENS BERMAN SOBOL SHAPIRO LLP
14                                            1301 Fifth Avenue, Suite 2900
                                              Seattle, WA 98101
15                                            Telephone: (206) 623-7292
                                              Facsimile: (206) 623-0594
16                                            steve@hbsslaw.com

17                                            Lewis Kahn (*Pro Hac Vice)*
                                              KAHN GAUTHIER SWICK, LLC
18                                            650 Poydras Street, Suite 2150
                                              New Orleans, LA 70130
19                                            Telephone: (504) 455-1400
                                              Facsimile: (504) 455-1498
20                                            lewis.kahn@kgscounsel.com

21                                            Kim E. Miller
                                              KAHN GAUTHIER SWICK, LLC
22                                            12 East 41st Street, 12 Floor
                                              New York, NY 10017
23                                            Telephone: (212) 696-3730
                                              Facsimile: (504) 455-1498
24                                            kim.miller@kgscounsel.com

25                                            Attorneys for Lead Plaintiff, Gwyn Jones

26

27

28

NOTICE OF CLERK'S NOTICE CONTINUING CASE
MANAGEMENT CONFERENCE –  07-cv-5101 SBA          - 1 -
001922-12  251380 V1

- 2 -

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on July 17, 2008, I electronically filed the foregoing with the Clerk of

3    the Court using the CM/ECF system which will send notification of such filing to the e-mail

4    addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify

5    that I have mailed the foregoing document or paper via the United States Postal Service to the non-

6    CM/ECF participants indicated on the attached Manual Notice List.

7

8                                                                    /s/ Reed R. Kathrein
                                                                    REED R. KATHREIN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CLERK'S NOTICE CONTINUING CASE          - 2 -
MANAGEMENT CONFERENCE - 07-cv-5101 SBA
001922-12 251380 V1

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Freeda Yllana Lugo**
  flugo@wsgr.com,jjohnstone@wsgr.com

- **Kim Elaine Miller**
  kim.miller@kgscounsel.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not**

on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**James P. Cusick**
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103-001

**Meredith K. Kotler**
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the America
40th Floor
New York, NY 10019