1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  JONI OSTLER, State Bar No. 230009
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: keggleton@wsgr.com
6  Email: rstrickland@wsgr.com
   Email: jostler@wsgr.com
7

8  Attorneys for Defendants BigBand Networks, Inc.,
   Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball,
9  Gal Israely, Dean Gilbert, Kenneth E. Goldman,
   Lloyd Carney, Bruce I. Sachs, Robert J. Sachs,
10 and Geoffrey Y. Yang

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14

15 In re BIGBAND NETWORKS, INC.        ) Master File No. 07-cv-05101-SBA
   SECURITIES LITIGATION               )
16                                     ) CLASS ACTION
                                       )
17                                     ) STIPULATION AND [PROPOSED]
                                       ) ORDER RE EXTENSION TO FILE
   This Document Relates to:           ) MOTION(S) TO DISMISS
18                                     )
       ALL ACTIONS.                    )
19                                     )
                                       ) JUDGE: Hon. Saundra Brown Armstrong
20

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER RE EXTENSION FOR
MOT. TO DISMISS
CASE NO. 07-CV-05101-SBA

1  WHEREAS, Lead Plaintiff filed his Consolidated Class Action Complaint for Violation of Securities Laws on May 30, 2008 [Docket No. 82] (the "Complaint");

WHEREAS, pursuant to the Stipulation and [Proposed] Order re Schedule dated March 27, 2008 [Docket No. 72], the parties agreed that defendants' motion(s) to dismiss would be filed sixty (60) days from the date Lead Plaintiff filed his Complaint, making defendants' motion(s) to dismiss currently due on July 29, 2008;

WHEREAS, defendants have requested, and Lead Plaintiff has agreed to give, an extension until August 8, 2008 for defendants to file their motion(s) to dismiss the Complaint;

WHEREAS, the parties agree that the remainder of the schedule set forth in their prior Stipulation and [Proposed] Order re Schedule should remain the same, i.e., that Lead Plaintiff's opposition(s) to defendants' motion(s) to dismiss shall be due 45 days after the filing of the motion(s) to dismiss and defendants' reply brief(s) shall be due 30 days after the filing of Lead Plaintiff's opposition(s);

WHEREAS, the parties agree that defendants shall notice the hearing for their motion(s) to dismiss for December 9, 2008;

NOW, THEREFORE, the parties hereby stipulate, and request that the Court order, as follows:

1. Defendants' motion(s) to dismiss shall be filed on or before August 8, 2008;

2. Lead Plaintiff's opposition(s) to the motion(s) to dismiss shall be due 45 days after filing of the motion(s) to dismiss;

3. Defendants' reply brief(s) shall be due 30 days after filing of the opposition(s); and

///

STIP AND [PROPOSED] ORDER RE EXTENSION FOR MOT. TO DISMISS
CASE NO. 07-CV-05101-SBA
-1-

1     4.    Defendants shall notice the hearing for their motion(s) to dismiss for December 9, 2008.

| | |
|---|---|
| Dated: July 24, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By:/s/ Rodney G. Strickland, Jr.<br>    Rodney G. Strickland, Jr.<br>Joni Ostler<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100<br><br>*Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely, Dean Gilbert, Kenneth E. Goldman, Lloyd Carney, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang* |
| Dated:  July 24, 2008 | ORRICK HERRINGTON & SUTCLIFFE LLP<br><br>By:/s/ Michael C. Tu<br>    Michael C. Tu<br>Teodora E. Manolova<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA  90017-5855<br>Tel.: (213) 629-2020<br>Fax: (213) 612-2499<br>Email: mtu@orrick.com<br><br>James P. Cusick<br>Robert P. Varian<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Tel.: (415) 773-5934<br>Fax: (415) 773-5759<br>Email: rvarian@orrick.com<br><br>*Counsel for Defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC and ThinkPanmure, LLC, formerly known as ThinkEquity Partners LLC* |

/ / /

STIP AND [PROPOSED] ORDER RE EXTENSION FOR    -2-
MOT. TO DISMISS
CASE NO. 07-CV-05101-SBA

| | |
|---|---|
| Dated: July 24, 2008 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By:   /s/ Reed R. Kathrein<br>    Reed R. Kathrein<br>Peter E. Borkon<br>715 Hearst Avenue, Suite 2092<br>Berkeley, CA  94710<br>Tel.: (510) 725-3000<br>Fax: (510) 725-3001<br>Email: reed@hbsslaw.com |
| | Steve Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Tel.: (206) 623-7292<br>Fax: (206) 623-0594 |
| | *Co-Lead Counsel for Lead Plaintiff* |
| Dated: July 24, 2008 | KAHN GAUTHIER SWICK, LLC |
| | By:   /s/ Lewis Kahn<br>    Lewis Kahn<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Tel.: (504) 455-1400<br>Fax: (504) 455-1498<br>Email: lewis.kahn@kgscounsel.com |
| | *Co-Lead Counsel for Lead Plaintiff* |

## **ORDER**

PURSUANT TO STIPULATION, IT IS **SO ORDERED**.

                                                The Honorable Saundra B. Armstrong
                                                United States District Judge

**ATTESTATION**

I, Joni Ostler, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RE EXTENSION TO FILE MOTION(S) TO DISMISS. In compliance with General Order 45.X.B, I hereby attest that Rodney G. Strickland, Jr., Michael C. Tu, Reed R. Kathrein and Lewis Kahn have all concurred in this filing.

Dated: July 24, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Joni Ostler
            Joni Ostler