1  JAMES P. CUSICK (*ADMITTED PRO HAC VICE*)
   ROBERT P. VARIAN (State Bar No. 107459)
2  REBECCA F. LUBENS (State Bar No. 240683)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA  94105-2669
   Telephone:   (415) 773-5700
5  Facsimile:    (415) 773-5759
   *Emails:*   jcusick@orrick.com
6              rvarian@orrick.com
               rlubens@orrick.com
7
   MICHAEL C. TU (State Bar No. 186793)
8  TEODORA E. MANOLOVA (State Bar No. 233333)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017-5855
10 Telephone:   (213) 629-2020
   Facsimile:    (213) 612-2499
11 *Emails:*   mtu@orrick.com
               tmanolova@orrick.com
12
   Attorneys for Defendants
13 Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce,
   Fenner & Smith Incorporated, Jefferies & Company, Inc.,
14 Cowen & Company, LLC and ThinkPanmure, LLC, formerly
   known as ThinkEquity Partners LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | Master File No. 07-cv-5101-SBA |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING UNDERWRITER DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT** |
| ALL ACTIONS. | |
| | Date:    December 9, 2008
Time:    1:00 p.m.
Judge:   Hon. Saundra B. Armstrong
Ctrm:    3, 3rd Floor |

OHS West:260490304.1

[PROPOSED] ORDER GRANTING UNDERWRITER
DEFENDANTS' MOTION TO DISMISS
(MASTER FILE NO. 07-CV-5101-SBA)

1      Defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen & Company, LLC and ThinkPanmure, LLC (formerly known as ThinkEquity Partners LLC) (collectively, the "Underwriter Defendants") brought a Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint for Violation of Securities Laws (the "Complaint") before this Court. After considering the pleadings, the papers submitted by the parties, and the oral argument of counsel, and good cause appearing therefore, the Court hereby orders that the Underwriter Defendants' Motion to Dismiss is granted.

      Specifically, the Court grants the Underwriter Defendants' Motion to Dismiss in its entirety for failure to state a claim pursuant to Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiffs' Complaint fails to plead facts sufficient to establish that the Prospectus contained statements that were either materially false, or rendered materially misleading by virtue of an omission. 15 U.S.C. §§ 77k(a) & 77l(a)(2). The Court finds that plaintiffs' allegations sound in fraud and fail to satisfy the heightened requirements of Rule 9(b). *See, e.g., In re Stac Elecs. Sec. Litig.*, 89 F.3d 1399, 1405 (9th Cir. 1996). Irrespective of the application of Rule 9(b), the Complaint is also deficient under Rule 8 and the Supreme Court's decision in *Bell Atlantic Corp. v. Twombly,* 127 S. Ct. 1955 (2007) and its progeny. *See, e.g., Belodoff v. Netlist, Inc.*, 2008 WL 2356699, at *12 (C.D. Cal. May 30, 2008). All claims based on forward-looking statements are nonactionable under the "bespeak caution" doctrine and fail for the additional reason that the Prospectus cautioned investors against the very risks that form the basis of plaintiffs' allegations. *See, e.g.*, *In re Worlds of Wonder Sec. Litig.*, 35 F.3d 1407, 1414 (9th Cir. 1994). Finally, plaintiffs' Section 12 claim fails as a matter of law because the Complaint fails to plead facts that would confer standing on the Lead Plaintiff, and his certification filed pursuant to the Private Securities Litigation Reform Act of 1995 conclusively demonstrates the absence of standing under Section 12. *See Gustafson v. Alloyd Co., Inc*., 513 U.S. 561, 577-78 (1995); *In re Levi Strauss & Co. Sec. Litig.*, 527 F. Supp. 2d 965, 983 (N.D. Cal. 2007).

//

//

1  Accordingly, it is hereby ordered that the Underwriter Defendants' Motion to Dismiss is
2  GRANTED, and Plaintiffs' Complaint against the Underwriter Defendants is dismissed in its
3  entirety WITH PREJUDICE.
4  **IT IS SO ORDERED.**
5
6  Dated: _____
7
8  HONORABLE SAUNDRA B. ARMSTRONG
   UNITED STATES DISTRICT COURT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28