**ADDENDUM F**

*Our operating results are likely to fluctuate significantly and may fail to meet or exceed the expectations of securities analysts or investors or our guidance, causing our stock price to decline.*

Our operating results have fluctuated in the past and are likely to continue to fluctuate, on an annual and a quarterly basis, as a result of a number of factors, many of which are outside of our control. These factors include:

- the level and timing of capital spending of our customers, both in the United States and in international markets;

- the timing, mix and amount of orders, especially from significant customers;

- changes in market demand for our products;

- our ability to secure significant orders from telephone companies;

- our mix of products sold between video products, which generally have higher margins, and our cable modem termination system, or CMTS, data products, which generally have lower margins;

- the mix of software and hardware products sold;

- our unpredictable and lengthy sales cycles, which typically range from nine to eighteen months;

- the timing of revenue recognition on sales arrangements, which may include multiple deliverables;

- new product introductions by our competitors;

- market acceptance of new or existing products offered by us or our customers;

- competitive market conditions, including pricing actions by our competitors;

- our ability to complete complex development of our software and hardware on a timely basis;

- our ability to design, install and receive customer acceptance of our products;

- unexpected changes in our operating expense;

- the potential loss of key manufacturer and supplier relationships;

- the cost and availability of components used in our products;

- changes in domestic and international regulatory environments; and

- the impact of new accounting rules.

We establish our expenditure levels for product development and other operating expense based on projected sales levels, and our expenses are relatively fixed in the short term. Accordingly, variations in the timing of our sales can cause significant fluctuations in operating results. As a result of all these factors, our operating results in one or more future periods may fail to meet or exceed the expectations of securities analysts or investors or our guidance, which would likely cause the trading price of our common stock to decline substantially.

Prospectus at 7-8.