# Exhibit H



# FORM 8-K

## BigBand Networks, Inc. - BBND

**Filed: October 30, 2007 (period: October 30, 2007)**

Report of unscheduled material events or corporate changes.

# Table of Contents

8-K - FORM 8-K

Item 2.02.   Results of Operations and Financial Condition.

Item 2.05.   Costs Associated with Exit or Disposal Activities.

Item 5.02.   Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.

Item 9.01.   Financial Statements and Exhibits.

SIGNATURES

EX-99.1 (PRESS RELEASE)

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 8-K

### CURRENT REPORT

Pursuant to Section 13 or 15(d) of
The Securities Exchange Act of 1934

Date of Report: October 30, 2007
(Date of earliest event reported)

# BigBand Networks, Inc.

(Exact Name of Registrant as specified in Charter)

| Delaware | Commission File No.: | 04-3444278 |
|---|---|---|
| (State or other Jurisdiction of incorporation) | 001-33355 | (I.R.S. Employer Identification No.) |

475 Broadway Street
Redwood City, California 94063
(Address of Principal Executive Offices, including zip code)

(650) 995-5000
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02.   Results of Operations and Financial Condition.**

On October 30, 2007, BigBand Networks, Inc. (the "Company") announced the results of its operations for the three months ended September 30, 2007. The complete release is attached to this report as Exhibit 99.1 and incorporated herein by reference.

The information pursuant to Item 2.02 in this report on Form 8-K is being furnished as contemplated by General Instruction B(2) to Form 8-K and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that Section.

**Item 2.05.   Costs Associated with Exit or Disposal Activities.**

On October 29, 2007, the Audit Committee of the Company's Board of Directors authorized a disposal plan pursuant to which employees are to be terminated under a plan of termination described in Financial Accounting Standards No. 146 *Accounting for Costs Associated with Exit or Disposal Activities* (SFAS No. 146). A total of $3.0 million to $4.5 million of SFAS No. 146 charges is expected to be incurred in connection with this disposal plan, including charges of $2.0 million to $3.0 million for severance costs and $1.0 million to $1.5 million for lease termination costs. In addition, the Company's disposal plan also involves an aggregate of $0.5 million in additional costs that may be recorded in the Company's results for the three months ended December 31, 2007.

On October 30, 2007, the Company issued a press release announcing the disposal plan. The complete release is attached to this report as Exhibit 99.1 and only the information included in Items 2.05 and 5.02 hereof is incorporated herein by reference; all other information shall be deemed furnished as discussed in Item 2.02 above.

**Item 5.02.   Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On October 30, 2007, Mr. David Heard was promoted to the role of Chief Operating Officer of the Company.

Mr. Heard is 38 years old. He has served as the Company's Senior Vice President and General Manager of Product Operations since February 2007. Prior to joining the Company, Mr. Heard served as the President and Chief Executive Officer of Somera Communications, Inc., a telecommunications equipment company, from May 2004 to February 2006. From June 2003 to May 2004, Mr. Heard served as the President and General Manager of the Network Switching Division of Tekelec, Inc., a manufacturer of switching equipment. From February 2000 to June 2003, Mr. Heard served as the President and Chief Executive Officer of Santera Systems, Inc., a networking company that was acquired by Tekelec in 2003. Mr. Heard holds a B.A. in Production and Operations Management from The Ohio State University, an M.B.A. from the University of Dayton and an M.S. in management from the Stanford Graduate School of Business.

On October 30, 2007, the Company issued a press release announcing Mr. Heard's promotion. The complete release is attached to this report as Exhibit 99.1 and only the information included in Items 2.05 and 5.02 hereof is incorporated herein by reference; all other information shall be deemed furnished as discussed in Item 2.02 above.

**Item 9.01.   Financial Statements and Exhibits.**

   (d)   Exhibits

99.1   Press Release dated October 30, 2007 of BigBand Networks, Inc.

# SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

BIGBAND NETWORKS, INC.

Date: October 30, 2007

By: /s/ Robert Horton
Robert Horton
Senior Vice President & General Counsel

**EXHIBITS**

99.1   Press Release dated October 30, 2007 of BigBand Networks, Inc.

Source: BigBand Networks, In, 8-K, October 30, 2007



**FOR IMMEDIATE RELEASE**

FOR IMMEDIATE RELEASE

**Investor Contact:**    Erica Abrams
The Blueshirt Group for BigBand Networks
+1.415.217.5864
erica@blueshirtgroup.com

**BIGBAND NETWORKS ANNOUNCES THIRD QUARTER RESULTS AND RESTRUCTURING PLAN**

*Appoints Chief Operating Officer; Announces Decision to Retire Cuda CMTS Platform*

**REDWOOD CITY, Calif., October 30, 2007**—BigBand Networks, Inc., (NASDAQ: BBND) today announced financial results for the three and nine months ended September 30, 2007.

Revenues for the third quarter of 2007 were $38.5 million, a decrease of 10% from the third quarter of 2006. GAAP net loss for the third quarter of 2007 was $12.2 million, or $(0.21) per diluted share compared to GAAP net income of $1.6 million, or $0.03 per diluted share, in the third quarter of 2006. GAAP gross margins for the third quarter of 2007 were 36% compared to 52% in the third quarter of 2006. In the third quarter of 2007, the Company's GAAP operating loss was $12.9 million, compared to an operating profit of $2.9 million in the third quarter of 2006.

GAAP results for the third quarter of 2007 include $3.2 million in stock-based compensation expense, $143,000 in amortization of intangibles, and $5.8 million in fixed assets and inventory charges associated with the retirement of the Cuda CMTS platform. In the third quarter of 2006, the Company incurred $0.6 million in stock-based compensation expense, $143,000 in amortization of intangibles and $1.2 million in preferred stock warrant expense. Non-GAAP results exclude such elements. A reconciliation of GAAP and non-GAAP results is included as part of this release as well as on the investor relations section of the Company's website.

On a non-GAAP basis, the Company had a net loss of $2.7 million, or $0.05 per diluted share, in the third quarter of 2007, compared to net income of $3.5 million, or $0.06 per diluted share in the third quarter of 2006. Non-GAAP gross margins were 51.1% for the third quarter of 2007 compared to 52.0% in the third quarter of 2006. Non-GAAP operating loss for the third quarter of 2007 was $3.8 million as compared to a profit of $3.6 million in the third quarter of 2006.

In addition, BigBand announced a restructuring plan designed to realign resources and significantly increase its efforts on video networking. As part of this plan, the Company will reduce its workforce by 15% and retire its Cuda CMTS platform.

As part of the Company's restructuring efforts, David Heard has been appointed chief operating officer. Heard was previously general manager of product operations and will now assume combined responsibility for research & development, marketing, sales, services and operations. Heard joined BigBand earlier in 2007, bringing with him experience in leadership positions at a number of data and telecom companies, including Tekelec, Lucent, AT&T and Somera Communications.

"Since our revised guidance announcement, we have re-evaluated our business, reviewed our market opportunities and conferred with our customers," commented Amir Bassan-Eskenazi, president and CEO of BigBand Networks. "We have decided to focus on our unique core competency—video—and no longer commit resources to the Cuda CMTS platform. In addition, we will reduce our workforce across the company to more closely align spending with near-term revenue opportunities. While our current operating challenges will take some time to work through, we expect to emerge from the next few quarters as a stronger, more focused company."

Concluded Bassan-Eskenazi, "We believe that switched digital video, edge QAM and Telco TV offer BigBand a significant opportunity for growth over the coming years and that addressable advertising and IPTV will create additional opportunities. We continue to be selected for a broad range of switched digital video deployments by major MSO customers. In the third quarter, two additional MSOs selected us for SDV deployments. These recent wins, as well as our long-term TelcoTV opportunities, give us confidence about our long-term growth prospects."

**Business Outlook**

Based on current expectations, management provided the following outlook for its business in the fourth quarter of 2007:

- Net revenues are anticipated to be in the range of approximately $27 to $33 million.

- GAAP gross margins are anticipated to be in the range of 45% to 48%, which includes approximately $0.4 million in stock-based compensation.

- GAAP operating expenses are anticipated to be in the range of $25.5 to 26.5 million, which includes approximately $2.5 million in stock-based compensation, $143,000 in amortization of intangibles and approximately $0.8 million of litigation-related expenses.

- Additionally, we expect to incur one-time charges associated with the restructuring of our business in the range of $3 to $5 million, which includes employee severance and lease termination costs.

- GAAP provision for income tax is anticipated to be in the range of approximately $0.5 to $0.7 million, and non-GAAP provision for income tax is anticipated to be in the range of approximately $0.2 to $0.4 million.

Source: BigBand Networks, In, 8-K, October 30, 2007

- Fully diluted weighted average shares are anticipated to be in the range of 58 to 60 million shares.

- This equates to GAAP loss per share in the range of $0.31 to $0.22 and a non-GAAP loss per share in the range of $0.18 to 0.12.

The following table shows our Non-GAAP anticipated results for the quarter ending December 31, 2007 reconciled to the GAAP anticipated results. Our Non-GAAP anticipated results exclude (i) amortization of intangible assets, (ii) stock-based compensation, and (iii) restructuring-related expenses.

|  | Estimated per Share | |
|---|---|---|
|  | Low | High |
| GAAP net income (loss) | $ (0.31) | $ (0.22) |
| Amortization of intangibles and stock-based compensation | 0.05 | 0.05 |
| Restructuring-related expenses | 0.08 | 0.05 |
| Non-GAAP net income (loss) | $ (0.18) | $ (0.12) |

**Non-GAAP Financial Measures**

BigBand reports all financial information required in accordance with generally accepted accounting principles (GAAP), but it believes that evaluating its ongoing operating results may be difficult to understand if limited to reviewing only GAAP financial measures. Many of our investors have requested that we disclose this non-GAAP information because it is useful in understanding our performance as it excludes non-cash and other special charges that many investors feel may obscure our true operating costs. Likewise, management uses these non-GAAP measures to manage and assess the profitability of its business and does not consider amortization of intangible assets, preferred stock warrant expense or stock-based compensation expense, which are non-cash charges, in managing its operations. Specifically, we do not consider stock-based compensation expense when developing and monitoring budgets and spending. The economic substance behind our decision to exclude preferred stock warrant expense, share-based compensation and amortization of intangible assets relates to these charges being non-cash in nature. As a result, BigBand uses calculations of non-GAAP operating income, net income, net income per share and gross margin, which exclude, net of tax, amortization of intangible assets, preferred stock warrant expense, and stock-based compensation, to evaluate its ongoing operations and to allocate resources within the organization.

BigBand also excludes restructuring charges, including (i) employee severance and other termination benefits, (ii) lease termination costs and other expenses associated with exiting a facility, (iii) impairment of inventory relating to the retirement of our CMTS platform and (iv) retirement of CMTS-related fixed assets, from its non-GAAP financial measure, including its calculations of non-GAAP gross margins, operating expense, net income (loss) and net income

Source: BigBand Networks, In, 8-K, October 30, 2007

(loss) per share. Expenses related to severance and inventory impairment will have a significant cash impact on BigBand's results of operations, including its net income (loss) as measured in accordance with GAAP. However, BigBand's management believes such charges incurred to realign its operating expenses with its anticipated future revenues and, consequently, does not consider these costs as a normal component of its expenses related to ongoing operations. As a result, BigBand's management believes it is useful for itself and investors to review both GAAP information that includes such charges and non-GAAP financial measures that exclude these charges to have a better understanding of the overall performance of BigBand's ongoing business operations and its performance in the periods presented.

Whenever BigBand uses such a non-GAAP financial measure, it provides a reconciliation of non-GAAP financial measures to the most closely applicable GAAP financial measure. Investors are encouraged to review the related GAAP financial measures and the reconciliation of these non-GAAP financial measures to their most directly comparable GAAP financial measure.

**Conference Call Details for October 30, 2007**

BigBand Networks will host a corresponding conference call and live webcast at 2:00 p.m. Pacific Standard Time today. To access the conference call, dial +1.800.240.8621 or +1.303.262.2004 (outside the U.S. and Canada). The webcast will be available live on the Investor Relations section of the Company's corporate website at www.bigbandnet.com and via replay beginning approximately two hours after the completion of the call until the Company's announcement of its financial results for the next quarter. An audio replay of the call will also be available to investors beginning at approximately 4:00 p.m. Pacific Standard Time on October 30, 2007 until 11:59 p.m. Pacific Standard Time on November 6, 2007, by dialing +1.800.405.2236 (+1.303.590.3000 for callers outside the U.S. and Canada) and entering pass code 11099813.

**Cautionary Statement**

The statements in this release relating to BigBand reducing its workforce, focusing exclusively on video, no longer committing resources to Cuda, emerging as a stronger more focused company, significant opportunity for growth over the coming years, additional opportunities in advertising and IPTV, advanced market leadership, and our business outlook with respect to the quarter ending December 31, 2007 (including revenues, gross margins, operating expenses, on-time charges, GAAP and non-GAAP tax provision, anticipated shares outstanding, and GAAP and non-GAAP earnings per share) and expenses having a significant cash impact are forward-looking statements made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These statements involve risks and uncertainties that could cause our actual results to differ materially, including, but not limited to: changes in demand for video services, the market acceptance of our products; the fluctuations in our

gross margins; the concentration of our customer base; competitive developments including pricing pressures; the timing of recognition of a significant portion of our net revenues given the complex systems integration involved; the level of orders that are received and can be shipped in a given quarter; our ability to efficiently exit our Cuda business and the general economic, industry or political conditions in the United States or internationally.

For a detailed discussion of these and other risk factors, please refer to BigBand's Report on Form 10-Q ("Form 10-Q") dated August 10, 2007. You can obtain a copy of the Form 10-Q on the SEC's Web site (www.sec.gov).

Stockholders of BigBand Networks are cautioned not to place undue reliance on our forward-looking statements, which speak only as of the date such statements are made. BigBand Networks does not undertake any obligation to publicly update any forward-looking statements to reflect events, circumstances or new information after this October 30, 2007 press release, or to reflect the occurrence of unanticipated events.

**About BigBand Networks**

BigBand Networks, Inc. (NASDAQ:BBND) provides broadband service providers with innovative network solutions designed to make it easier to move, manage and monetize video. These solutions are based on BigBand's video-networking platforms that are built to enable efficient and reliable delivery across a wide range of services, including digital TV, high definition TV, IP video, addressable advertising, video-on-demand, interactive TV, and video telephony. BigBand Networks' customers include more than 200 service providers—including six of the ten largest service providers in the U.S.—and leading cable and telco service providers in North America, Asia, Europe and Latin America. BigBand Networks is based in Redwood City, Calif., with offices worldwide. For additional information about the company, please call +1.650.995.5000, email info@bigbandnet.com or visit www.bigbandnet.com.

**BigBand Networks, Inc.**
Condensed Consolidated Balance Sheets
*(In thousands)*

|  | As of September 30, 2007 (Unaudited) | As of December 31, 2006 |
|---|---:|---:|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 56,080 | $ 38,570 |
| Marketable securities | 84,699 | 26,904 |
| Total cash, cash equivalents and marketable securities | 140,779 | 65,474 |
| Trade receivables, net | 38,954 | 33,988 |
| Inventories | 7,004 | 7,153 |
| Prepaid expenses and other current assets | 4,810 | 2,511 |
| Total current assets | 191,547 | 109,126 |
| Property and equipment, net | 14,514 | 12,788 |
| Goodwill and other intangible assets, net | 2,533 | 2,962 |
| Other non-current assets | 5,209 | 4,174 |
| Total assets | $ 213,803 | $ 129,050 |
| **Liabilities, redeemable convertible preferred stock and stockholders' equity (deficit)** | | |
| Current liabilities: | | |
| Current portion of loans payable and capital leases | $ 265 | $ 5,937 |
| Preferred stock warrant liabilities | — | 3,152 |
| Accrued compensation and related benefits | 7,504 | 7,354 |
| Accounts payable | 15,601 | 15,109 |
| Deferred revenues, net | 39,408 | 39,553 |
| Accrued warranty | 2,831 | 3,241 |
| Other current liabilities | 6,581 | 9,724 |
| Total current liabilities | 72,190 | 84,070 |
| Deferred revenues, net, less current portion | 18,816 | 11,049 |
| Loans payable and capital leases, less current portion | 246 | 8,599 |
| Accrued warranty, less current portion | 1,282 | 895 |
| Accrued long-term severance pay fund | 2,886 | 2,744 |
| Redeemable convertible preferred stock | — | 117,307 |
| Stockholders' equity (deficit): | | |
| Common stock | 59 | 12 |
| Additional paid-in capital | 241,588 | 17,063 |
| Treasury stock | (113) | — |
| Deferred stock-based compensation | (421) | (1,405) |
| Accumulated other comprehensive income | 130 | 9 |
| Accumulated deficit | (122,860) | (111,293) |
| Total stockholders' equity (deficit) | 118,383 | (95,614) |
| Total liabilities, redeemable convertible preferred stock and stockholders' equity (deficit) | $ 213,803 | $ 129,050 |

**BigBand Networks, Inc.**
Condensed Consolidated Statements of Operations
*(In thousands, except per share amounts, Unaudited)*

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2007 | 2006 | 2007 | 2006 |
| Net revenues: | | | | |
| Products | $ 29,942 | $ 37,094 | $ 121,858 | $ 97,313 |
| Services | 8,608 | 5,970 | 23,988 | 16,309 |
| Total net revenues | 38,550 | 43,064 | 145,846 | 113,622 |
| Cost of net revenues: | | | | |
| Products | 21,284 | 18,382 | 62,113 | 49,486 |
| Services | 3,569 | 2,393 | 10,549 | 6,689 |
| Total cost of net revenues | 24,853 | 20,775 | 72,662 | 56,175 |
| Gross profit | 13,697 | 22,289 | 73,184 | 57,447 |
| Operating expenses: | | | | |
| Research and development | 12,869 | 9,316 | 39,619 | 26,600 |
| Sales and marketing | 9,907 | 7,045 | 31,335 | 20,965 |
| General and administrative | 3,668 | 2,922 | 11,305 | 8,048 |
| Amortization of purchased intangible assets | 143 | 143 | 429 | 429 |
| Total operating expenses | 26,587 | 19,426 | 82,688 | 56,042 |
| Operating income (loss) | (12,890) | 2,863 | (9,504) | 1,405 |
| Other expense, net: | | | | |
| Interest income | 1,874 | 387 | 4,913 | 849 |
| Interest expense | (10) | (444) | (619) | (1,348) |
| Other expense, net | (426) | (847) | (5,422) | (989) |
| Net income (loss) before benefit from income taxes | (11,452) | 1,959 | (10,632) | (83) |
| Provision for (benefit from) income taxes | 793 | 381 | 935 | (17) |
| Net income (loss) for the period | $ (12,245) | $ 1,578 | $ (11,567) | $ (66) |
| Net income (loss) per share - basic | $ (0.21) | $ 0.14 | $ (0.26) | $ (0.01) |
| Net income (loss) per share - diluted | $ (0.21) | $ 0.03 | $ (0.26) | $ (0.01) |
| Shares used in computing non-GAAP net income (loss) per share - basic | 58,821 | 11,425 | 45,087 | 11,347 |
| Shares used in computing non-GAAP net income (loss) per share - diluted | 58,821 | 57,322 | 45,087 | 11,347 |

**BigBand Networks, Inc.**
Reconciliation of GAAP to Non-GAAP Financial Measures
*(In thousands, except per share amounts, Unaudited)*

| | Three Months Ended September 30, 2007 | | | |
|---|---|---|---|---|
| | GAAP Results | Stock-based Comp/Amortization of Intangibles Expense | Realignment Expenses | Non-GAAP Results |
| Net revenues: | | | | |
| Products | $ 29,942 | $ — | $ — | $ 29,942 |
| Services | 8,608 | — | — | 8,608 |
| Total net revenues | 38,550 | — | — | 38,550 |
| Cost of net revenues: | | | | |
| Products | 21,284 | 287 | 5,541 | 15,456 |
| Services | 3,569 | 166 | 11 | 3,392 |
| Total cost of net revenues | 24,853 | 453 | 5,552 | 18,848 |
| Gross profit | 13,697 | (453) | (5,552) | 19,702 |
| Operating expenses: | | | | |
| Research and development | 12,869 | 1,103 | 222 | 11,544 |
| Sales and marketing | 9,907 | 1,149 | 12 | 8,746 |
| General and administrative | 3,668 | 456 | 22 | 3,190 |
| Amortization of purchased intangible assets | 143 | 143 | — | — |
| Total operating expenses | 26,587 | 2,851 | 256 | 23,480 |
| Operating loss | (12,890) | (3,304) | (5,808) | (3,778) |
| Other expense, net: | | | | |
| Interest income | 1,874 | — | — | 1,874 |
| Interest expense | (10) | — | — | (10) |
| Other expense, net | (426) | — | — | (426) |
| Net loss before provision for income taxes | (11,452) | (3,304) | (5,808) | (2,340) |
| Provision for income taxes | 793 | 438 | — | 355 |
| Net loss for the period | $ (12,245) | $ (3,742) | $ (5,808) | $ (2,695) |
| Net loss per share - basic | $ (0.21) | $ (0.06) | $ (0.10) | $ (0.05) |
| Net loss per share - diluted | $ (0.21) | $ (0.06) | $ (0.10) | $ (0.05) |
| Shares used in computing non-GAAP net loss per share - basic | 58,821 | 58,821 | 58,821 | 58,821 |
| Shares used in computing non-GAAP net loss per share - diluted | 58,821 | 58,821 | 58,821 | 58,821 |

Source: BigBand Networks, In, 8-K, October 30, 2007

**BigBand Networks, Inc.**
Reconciliation of GAAP to Non-GAAP Financial Measures
*(In thousands, except per share amounts and percentages, Unaudited)*

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2007 | 2006 | 2007 | 2006 |
| GAAP gross profit as reported | $ 13,697 | $ 22,289 | $ 73,184 | $ 57,447 |
| Stock-based compensation expense | 453 | 89 | 1,152 | 181 |
| Inventory write-downs relating to CUDA product line | 5,000 | — | 5,000 | — |
| Fixed Assets depreciation adjustments | 552 | — | 552 | — |
| Non-GAAP Gross profit | $ 19,702 | $ 22,378 | $ 79,888 | $ 57,628 |
| As a percentage of net revenues: | | | | |
| GAAP gross profit as reported | 35.5% | 51.8% | 50.2% | 50.6% |
| Non-GAAP Gross profit | 51.1% | 52.0% | 54.8% | 50.7% |
| GAAP operating income (loss) as reported | $ (12,890) | $ 2,863 | $ (9,504) | $ 1,405 |
| Inventory write-downs relating to CUDA product line | 5,000 | — | 5,000 | — |
| Fixed Assets depreciation adjustments | 808 | — | 808 | — |
| Stock-based compensation expense: | | | | |
| - Cost of goods sold | 453 | 89 | 1,152 | 181 |
| - Research and development | 1,103 | 205 | 2,834 | 512 |
| - Sales and marketing | 1,149 | 131 | 3,338 | 310 |
| - General and administrative | 456 | 129 | 1,197 | 327 |
| Amortization of intangibles | 143 | 143 | 429 | 429 |
| Non GAAP operating income (loss) | $ (3,778) | $ 3,560 | $ 5,254 | $ 3,164 |
| GAAP net income (loss) as reported | $ (12,245) | $ 1,578 | $ (11,567) | $ (66) |
| Stock-based compensation expense | 3,161 | 554 | 8,521 | 1,330 |
| Amortization of intangibles | 143 | 143 | 429 | 429 |
| Preferred stock warrant expense | — | 1,244 | 4,974 | 1399 |
| Inventory write-downs relating to CUDA product line | 5,000 | — | 5,000 | — |
| Fixed Assets depreciation adjustments | 808 | — | 808 | — |
| Tax effect of adjustments | 438 | (62) | (340) | (332) |
| Non GAAP net income (loss) | $ (2,695) | $ 3,457 | $ 7,825 | $ 2,760 |
| Net income (loss) per share, non-GAAP - basic | $ (0.05) | $ 0.30 | $ 0.17 | $ 0.24 |
| Net income (loss) per share, non-GAAP - diluted | $ (0.05) | $ 0.06 | $ 0.12 | $ 0.05 |
| Shares used in computing non-GAAP net income (loss) per share - basic | 58,821 | 11,425 | 45,087 | 11,347 |
| Shares used in computing non-GAAP net income (loss) per share - diluted | 58,821 | 57,322 | 67,372 | 56,601 |

Created by 10KWizard    www.10KWizard.com

Source: BigBand Networks, In, 8-K, October 30, 2007