# Exhibit K

1  REED R. KATHREIN (139304)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  reed@hbsslaw.com

5  LEWIS S. KAHN
   KAHN GAUTHIER SWICK, LLC
6  650 Poydras Street, Suite 2150
   New Orleans, LA 70130
7  Telephone: (504) 455-1400
   Facsimile: (504) 455-1498
8  lewis.kahn@kgscounsel.com

9  Attorneys for Plaintiffs

10 [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., AND THINKEQUITY PARTNERS LLC<br><br>Defendants. | Case No. 3:07-CV-05101-SBA<br><br>DECLARATION OF REED R. KATHREIN IN SUPPORT OF THE MOTION TO CONSOLIDATE, TO APPOINT GWYN JONES LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S SELECTION OF COUNSEL |

| | | |
|---|---|---|
| 1 | DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05168-MMC |
| 2 | ) | |
| 3 | Plaintiff, ) | |
| 4 | v. ) | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCH SACHS, ROBERT SACHS, and GEOFFREY YANG ) | |
| 8 | Defendants. ) | |
| 9 | ABRENA WINSTON, Individually and On Behalf of All Others Similarly Situated, ) | Case No. 3:07-CV-05327-JSW |
| 10 | Plaintiff, ) | |
| 12 | v. ) | |
| 13 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MORGAN STANLEY & CO., INC., COWEN AND CO., JEFFERIES & CO., and THINKEQUITY PARTNERS LLC ) | |
| 18 | Defendants. ) | |
| 19 | DONALD SMITH, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05361-SI |
| 20 | Plaintiff, ) | |
| 22 | v. ) | |
| 23 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, and FREDERICK A. BALL ) | |
| 25 | Defendants. ) | |

| | | |
|---|---|---|
| 1 | WAYNE LUZON, On Behalf of Himself and All Others Similarly Situated, | Case No. 3:07-CV-05637-WHA |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., and THINKEQUITY PARTNERS LLC | |
| | Defendants. | |
| | DEBRA L. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:07-CV-05825-MHP |
| | Plaintiff, | |
| | v. | |
| | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO., INCORPORATED, JEFFERIES & COMPANY, INC., MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, COWEN AND COMPANY, LLC and THINKEQUITY PARTNERS LLC, | |
| | Defendants. | |

| | |
|---|---|
| EUGENE HAMMER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCE SACHS, ROBERT SACHS, and GEOFFREY YANG<br><br>Defendants. | Case No. 3:07-CV-05825-MHP |

I, REED R. KATHREIN declare as follows:

1.  I am a member in good standing of the state bar of California. I am an attorney at Hagens Berman Sobol Shapiro LLP, proposed lead counsel for Gwyn Jones. I submit this declaration in support of the motion to Consolidate, to Appoint Gwyn Jones Lead Plaintiff and to Approve Proposed Lead Plaintiff's Selection of Counsel.

2.  Attached as exhibits are true and correct copies of the following:

Exhibit A:   Certification of Gwyn Jones along with detailed listings of transactions.

Exhibit B:   Chart of Gwyn Jones' purchases and losses.

Exhibit C:   Published Notice of the first securities class action complaint filed in this matter in the United States District Court for the Northern District of California.

Exhibit D:   Firm Resumes for Proposed Co-Lead Counsel, Kahn Gauthier Swick, LLC and Hagens Berman Sobol Shapiro LLP

I declare, under penalty of perjury of the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of December 2007.

                                    /s/ Reed Kathrein
                                    REED R. KATHREIN

DECL. OF REED R. KATHREIN ISO MOT. TO CONSOLIDATE,
TO APPOINT GWYN JONES LEAD PL. AND TO APPROVE
PROP. LEAD PL.'S SELECTION OF COUNSEL - 1
Case No. 07-cv-05101-SBA

## DECLARATION OF SERVICE

I hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached **Electronic Mail Notice List**, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached **Manual Notice List**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of December 2007, at Berkeley, California.

                /s/ Reed R. Kathrein
                REED R. KATHREIN

DECL. OF REED R. KATHREIN ISO MOT. TO CONSOLIDATE,
TO APPOINT GWYN JONES LEAD PL. AND TO APPROVE
PROP. LEAD PL.'S SELECTION OF COUNSEL - 2
Case No. 07-cv-05101-SBA

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Exhibit B

# Loss Chart
## Gwyn Jones: BigBand Networks, Inc.

| DATE | # SHARES BOUGHT | PRICE | COST |
|---|---|---|---|
| 3/26/2007 | 1250 | $17.89 | $22,362.50 |
| 3/26/2007 | 1750 | $17.90 | $31,325.00 |
| 3/27/2007 | 1800 | $18.50 | $33,300.00 |
| 3/27/2007 | 200 | $18.49 | $3,698.00 |
| 3/27/2007 | 2000 | $18.51 | $37,020.00 |
| 3/27/2007 | 400 | $18.50 | $7,400.00 |
| 3/27/2007 | 800 | $18.53 | $14,824.00 |
| 3/27/2007 | 800 | $18.54 | $14,832.00 |
| 3/27/2007 | 3000 | $18.59 | $55,770.00 |
| 3/27/2007 | 2950 | $18.55 | $54,722.50 |
| 3/27/2007 | 2950 | $18.57 | $54,781.50 |
| 3/27/2007 | 100 | $18.56 | $1,856.00 |
| 3/28/2007 | 1100 | $18.00 | $19,800.00 |
| 3/28/2007 | 900 | $17.98 | $16,183.80 |
| 3/28/2007 | 2000 | $17.85 | $35,700.00 |
| 3/28/2007 | 200 | $17.48 | $3,496.00 |
| 3/28/2007 | 100 | $17.47 | $1,747.00 |
| 3/28/2007 | 587 | $17.49 | $10,266.63 |
| 3/28/2007 | 113 | $17.50 | $1,977.50 |
| 3/28/2007 | 300 | $17.96 | $5,388.00 |
| 3/28/2007 | 1200 | $18.00 | $21,600.00 |
| 3/28/2007 | 100 | $17.98 | $1,798.00 |
| 3/28/2007 | 100 | $17.92 | $1,792.00 |
| 3/28/2007 | 100 | $17.98 | $1,798.00 |
| 3/28/2007 | 200 | $18.00 | $3,600.00 |
| 3/28/2007 | 1670 | $17.90 | $29,893.00 |
| 3/28/2007 | 108 | $17.83 | $1,925.64 |
| 3/28/2007 | 222 | $17.90 | $3,973.80 |
| 3/28/2007 | 2000 | $17.40 | $34,800.00 |
| 3/29/2007 | 2000 | $17.50 | $35,000.00 |
| 4/16/2007 | 2000 | $17.27 | $34,543.00 |
| 6/4/2007 | 2000 | $16.49 | $32,974.00 |
| 6/12/2007 | 1378 | $14.95 | $20,601.10 |
| 6/12/2007 | 500 | $14.95 | $7,475.00 |
| 6/12/2007 | 89 | $14.95 | $1,330.55 |
| 6/12/2007 | 2033 | $14.95 | $30,393.35 |
| 6/25/2007 | 100 | $15.27 | $1,527.00 |
| 6/25/2007 | 2900 | $15.27 | $44,271.40 |
| 6/26/2007 | 93 | $14.79 | $1,375.47 |
| 6/26/2007 | 3387 | $14.80 | $50,127.60 |
| 6/26/2007 | 100 | $14.79 | $1,479.00 |
| 6/26/2007 | 20 | $14.78 | $295.60 |
| 6/26/2007 | 400 | $14.80 | $5,920.00 |
| 6/29/2007 | 4000 | $13.84 | $55,360.00 |
| **TOTAL:** | 50000 | | $850,303.94 |

## Loss Chart
## Gwyn Jones: BigBand Networks, Inc.

| DATE | # SHARES SOLD | PRICE | COST |
|---|---|---|---|
| 8/16/2007 | 600 | $8.84 | $5,304.00 |
| 8/16/2007 | 500 | $8.80 | $4,400.00 |
| 8/16/2007 | 300 | $8.81 | $2,643.00 |
| 8/16/2007 | 100 | $8.83 | $883.00 |
| 8/16/2007 | 22100 | $8.70 | $192,270.00 |
| 8/16/2007 | 800 | $8.71 | $6,968.00 |
| 8/16/2007 | 1300 | $8.70 | $11,310.00 |
| 8/16/2007 | 100 | $8.73 | $873.00 |
| 8/16/2007 | 1700 | $8.72 | $14,824.00 |
| 8/16/2007 | 100 | $8.71 | $871.00 |
| 8/16/2007 | 300 | $8.73 | $2,619.00 |
| 8/16/2007 | 100 | $8.71 | $871.00 |
| 8/16/2007 | 100 | $8.73 | $873.00 |
| 8/16/2007 | 100 | $8.71 | $871.00 |
| 8/16/2007 | 200 | $8.73 | $1,746.00 |
| 8/16/2007 | 100 | $8.74 | $874.00 |
| 8/16/2007 | 100 | $8.73 | $873.00 |
| 8/16/2007 | 100 | $8.72 | $872.00 |
| 8/16/2007 | 100 | $8.73 | $873.00 |
| 8/16/2007 | 100 | $8.74 | $874.00 |
| 8/16/2007 | 100 | $8.72 | $872.00 |
| 8/16/2007 | 300 | $8.71 | $2,613.00 |
| 8/16/2007 | 100 | $8.73 | $873.00 |
| 8/16/2007 | 300 | $8.75 | $2,625.00 |
| 8/16/2007 | 100 | $8.72 | $872.00 |
| 8/16/2007 | 300 | $8.77 | $2,631.00 |
| 8/16/2007 | 500 | $8.75 | $4,375.00 |
| 8/16/2007 | 100 | $8.76 | $876.00 |
| 8/16/2007 | 1000 | $8.75 | $8,750.00 |
| 8/16/2007 | 6100 | $8.77 | $53,497.00 |
| 8/16/2007 | 100 | $8.76 | $876.00 |
| 8/16/2007 | 1100 | $8.77 | $9,647.00 |
| **TOTAL** | 39000 | | $340,199.00 |
| **HELD** | 11000 | | $71,500.00 |
| **TOTAL LOSS** | | | **$438,617.74** |

Closing Price:
$6.50 on
October 3, 2007