1  KEITH E. EGGLETON, State Bar No.159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  JONI L. OSTLER, State Bar No. 230009
   L. DAVID NEFOUSE, State Bar No. 243417
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
6  Email: keggleton@wsgr.com
   Email: rstrickland@wsgr.com
7  Email: jostler@wsgr.com
   Email: dnefouse@wsgr.com
8

9  Attorneys for Defendants
   BIGBAND NETWORKS, INC., AMIR BASSAN-
10 ESKENAZI, FREDERICK A. BALL, RAN OZ,
   LLOYD CARNEY, DEAN GILBERT, KENNETH
11 A. GOLDMAN, GAL ISRAELY, BRUCE I.
   SACHS, ROBERT J. SACHS and GEOFFREY Y.
12 YANG

13
                    UNITED STATES DISTRICT COURT
14
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
15
                            OAKLAND DIVISION
16

17

18 In re BIGBAND NETWORKS, INC.          ) Master File No. 07-cv-05101-SBA
   SECURITIES LITIGATION                 )
19                                        ) CLASS ACTION
                                          )
20                                        ) **[PROPOSED] ORDER GRANTING**
   This Document Relates to:              ) **THE BIGBAND DEFENDANTS'**
21                                        ) **MOTION TO DISMISS**
         ALL ACTIONS.                     ) **PLAINTIFF'S CONSOLIDATED**
22                                        ) **CLASS ACTION COMPLAINT**
                                          )
23                                        ) DATE:    December 9, 2008
                                          ) TIME:    1:00 p.m.
24                                        ) COURTROOM: 3
                                          ) JUDGE:   Hon. Saundra B. Armstrong
25                                        )

26

27

28

[PROPOSED] ORDER GRANTING BIGBAND DEFENDANTS' MOTION TO DISMISS
MASTER FILE NO. 07-CV-05101-SBA

1  Before the Court is the Motion to Dismiss Lead Plaintiff's ("Plaintiff") Consolidated Class Action Complaint ("Complaint") filed by defendants BigBand Networks, Inc. ("BigBand"), Amir Bassan-Eskenazi, Frederick A. Ball, Ran Oz, Lloyd Carney, Dean Gilbert, Kenneth A. Goldman, Gal Israely, Bruce I. Sachs, Robert J. Sachs and Geoffrey Y. Yang (collectively with BigBand, the "BitgBand Defendants").  Having considered the arguments presented by the parties, the Court hereby finds as follows:

The BigBand Defendants' Motion to Dismiss is GRANTED.  Plaintiff's Complaint fails to adequately plead a claim in accordance with the pleading standards under Fed. R. Civ. P. 8(a). *See Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955, 1964-65 (2007); *Belodoff v. Netlist, Inc.*, 2008 WL 2356699, **8-11 (C.D. Cal. May 30, 2008).  Plaintiff's Complaint must also meet the heightened pleading requirements of Fed. R. Civ. P. 9(b) because his allegations sound in fraud. *See In re Stac Elecs. Sec. Litig.*, 89 F.3d 1399, 1404-05 (9th Cir. 1996).  The Complaint fails to provide the factual details required by Fed. R. Civ. P. 9(b).  *Id.* at 1402-05.

For the foregoing reasons, the BigBand Defendants' Motion to Dismiss is GRANTED.

IT IS SO ORDERED.

Dated: _____

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE