UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION,

This Document Relates to:

    ALL ACTIONS.

Case No. 07-05101 SBA

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

[Docket No. 88]

---

Paul S. Balanon, an active member in good standing of the bars of the District of Columbia, Maryland, and Louisiana, whose business address and telephone number is Kahn Gauthier Swick, LLC, 650 Poydras Street, Suite 2150, New Orleans, LA 70130, (504) 455-1400, has applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Lead Plaintiff and the Class.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with local co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

IT IS SO ORDERED.

_____8-11_____, 2008

_____
Saundra Brown Armstrong
United States District Judge