KEITH E. EGGLETON, State Bar No. 159842
RODNEY G. STRICKLAND, State Bar No. 161934
JONI OSTLER, State Bar No. 230009
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: keggleton@wsgr.com
Email: rstrickland@wsgr.com
Email: jostler@wsgr.com

Attorneys for Defendants BigBand Networks, Inc.,
Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball,
Gal Israely, Dean Gilbert, Kenneth E. Goldman,
Lloyd Carney, Bruce I. Sachs, Robert J. Sachs,
and Geoffrey Y. Yang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | Master File No. 07-cv-05101-SBA |
| | <u>CLASS ACTION</u> |
| This Document Relates to: | STIPULATION AND ORDER RE EXTENSION TO FILE MOTION(S) TO DISMISS |
| ALL ACTIONS. | |
| | JUDGE: Hon. Saundra Brown Armstrong |

1       WHEREAS, Lead Plaintiff filed his Consolidated Class Action Complaint for Violation of Securities Laws on May 30, 2008 [Docket No. 82] (the "Complaint");

2       WHEREAS, pursuant to the Stipulation and [Proposed] Order re Schedule dated March 27, 2008 [Docket No. 72], the parties agreed that defendants' motion(s) to dismiss would be filed sixty (60) days from the date Lead Plaintiff filed his Complaint, making defendants' motion(s) to dismiss currently due on July 29, 2008;

3       WHEREAS, defendants have requested, and Lead Plaintiff has agreed to give, an extension until August 8, 2008 for defendants to file their motion(s) to dismiss the Complaint;

4       WHEREAS, the parties agree that the remainder of the schedule set forth in their prior Stipulation and [Proposed] Order re Schedule should remain the same, i.e., that Lead Plaintiff's opposition(s) to defendants' motion(s) to dismiss shall be due 45 days after the filing of the motion(s) to dismiss and defendants' reply brief(s) shall be due 30 days after the filing of Lead Plaintiff's opposition(s);

5       WHEREAS, the parties agree that defendants shall notice the hearing for their motion(s) to dismiss for December 9, 2008;

6       NOW, THEREFORE, the parties hereby stipulate, and request that the Court order, as follows:

1.   Defendants' motion(s) to dismiss shall be filed on or before August 8, 2008;

2.   Lead Plaintiff's opposition(s) to the motion(s) to dismiss shall be due 45 days after filing of the motion(s) to dismiss;

3.   Defendants' reply brief(s) shall be due 30 days after filing of the opposition(s); and

/ / /

1    4.    Defendants shall notice the hearing for their motion(s) to dismiss for December 9, 2008.

Dated: July 24, 2008        WILSON SONSINI GOODRICH & ROSATI
                            Professional Corporation

                            By:/s/ Rodney G. Strickland, Jr.
                                Rodney G. Strickland, Jr.
                            Joni Ostler
                            650 Page Mill Road
                            Palo Alto, CA 94304-1050
                            Telephone: (650) 493-9300
                            Facsimile: (650) 565-5100

                            *Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely, Dean Gilbert, Kenneth E. Goldman, Lloyd Carney, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang*

Dated: July 24, 2008        ORRICK HERRINGTON & SUTCLIFFE LLP

                            By:/s/ Michael C. Tu
                                Michael C. Tu
                            Teodora E. Manolova
                            777 South Figueroa Street
                            Suite 3200
                            Los Angeles, CA 90017-5855
                            Tel.: (213) 629-2020
                            Fax: (213) 612-2499
                            Email: mtu@orrick.com

                            James P. Cusick
                            Robert P. Varian
                            ORRICK HERRINGTON & SUTCLIFFE LLP
                            405 Howard Street
                            San Francisco, CA 94105-2669
                            Tel.: (415) 773-5934
                            Fax: (415) 773-5759
                            Email: rvarian@orrick.com

                            *Counsel for Defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC and ThinkPanmure, LLC, formerly known as ThinkEquity Partners LLC*

/ / /

Dated: July 24, 2008                HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Reed R. Kathrein
Reed R. Kathrein
Peter E. Borkon
715 Hearst Avenue, Suite 2092
Berkeley, CA 94710
Tel.: (510) 725-3000
Fax: (510) 725-3001
Email: reed@hbsslaw.com

Steve Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

*Co-Lead Counsel for Lead Plaintiff*

Dated: July 24, 2008                KAHN GAUTHIER SWICK, LLC

By: /s/ Lewis Kahn
Lewis Kahn
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel.: (504) 455-1400
Fax: (504) 455-1498
Email: lewis.kahn@kgscounsel.com

*Co-Lead Counsel for Lead Plaintiff*

**ORDER**

PURSUANT TO STIPULATION, IT IS **SO ORDERED**.

8/11/08

*[signature]*
The Honorable Saundra B. Armstrong
United States District Judge

**ATTESTATION**

I, Joni Ostler, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RE EXTENSION TO FILE MOTION(S) TO DISMISS.  In compliance with General Order 45.X.B, I hereby attest that Rodney G. Strickland, Jr., Michael C. Tu, Reed R. Kathrein and Lewis Kahn have all concurred in this filing.

Dated:  July 24, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Joni Ostler
          Joni Ostler