1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  JONI OSTLER, State Bar No. 230009
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: keggleton@wsgr.com
6  Email: rstrickland@wsgr.com
   Email: jostler@wsgr.com
7

8  Attorneys for Defendants BigBand Networks, Inc.,
   Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball,
9  Gal Israely, Dean Gilbert, Kenneth E. Goldman,
   Lloyd Carney, Bruce I. Sachs, Robert J. Sachs,
10 and Geoffrey Y. Yang

11                       UNITED STATES DISTRICT COURT
12
                        NORTHERN DISTRICT OF CALIFORNIA
13
                                OAKLAND DIVISION
14

15 | In re BIGBAND NETWORKS, INC.      ) | Master File No. 07-cv-05101-SBA
   | SECURITIES LITIGATION              ) |
                                       ) | CLASS ACTION
16                                     ) |
                                       ) | STIPULATION AND ORDER RE
17                                     ) | EXTENSION TO FILE MOTION(S) TO
   | This Document Relates to:         ) | DISMISS
18                                     ) |
   |     ALL ACTIONS.                  ) |
19                                     ) |
                                       ) | JUDGE: Hon. Saundra Brown Armstrong
20

21

22

23

24

25

26

27

28

1      WHEREAS, Lead Plaintiff filed his Consolidated Class Action Complaint for Violation
2  of Securities Laws on May 30, 2008 [Docket No. 82] (the "Complaint");

3      WHEREAS, pursuant to the Stipulation and [Proposed] Order re Schedule dated March
4  27, 2008 [Docket No. 72], the parties agreed that defendants' motion(s) to dismiss would be filed
5  sixty (60) days from the date Lead Plaintiff filed his Complaint, making defendants' motion(s) to
6  dismiss currently due on July 29, 2008;

7      WHEREAS, defendants have requested, and Lead Plaintiff has agreed to give, an
8  extension until August 8, 2008 for defendants to file their motion(s) to dismiss the Complaint;

9      WHEREAS, the parties agree that the remainder of the schedule set forth in their prior
10 Stipulation and [Proposed] Order re Schedule should remain the same, i.e., that Lead Plaintiff's
11 opposition(s) to defendants' motion(s) to dismiss shall be due 45 days after the filing of the
12 motion(s) to dismiss and defendants' reply brief(s) shall be due 30 days after the filing of Lead
13 Plaintiff's opposition(s);

14     WHEREAS, the parties agree that defendants shall notice the hearing for their motion(s)
15 to dismiss for December 9, 2008;

16     NOW, THEREFORE, the parties hereby stipulate, and request that the Court order, as
17 follows:

18     1.    Defendants' motion(s) to dismiss shall be filed on or before August 8, 2008;
19     2.    Lead Plaintiff's opposition(s) to the motion(s) to dismiss shall be due 45 days
20 after filing of the motion(s) to dismiss;
21     3.    Defendants' reply brief(s) shall be due 30 days after filing of the opposition(s);
22 and

28 / / /

STIP AND [PROPOSED] ORDER RE EXTENSION FOR      -1-
MOT. TO DISMISS
CASE NO. 07-CV-05101-SBA

1  4. Defendants shall notice the hearing for their motion(s) to dismiss for December 9, 2008.

Dated: July 24, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Rodney G. Strickland, Jr.
    Rodney G. Strickland, Jr.
Joni Ostler
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

*Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely, Dean Gilbert, Kenneth E. Goldman, Lloyd Carney, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang*

Dated:  July 24, 2008

ORRICK HERRINGTON & SUTCLIFFE LLP

By: /s/ Michael C. Tu
    Michael C. Tu
Teodora E. Manolova
777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017-5855
Tel.: (213) 629-2020
Fax: (213) 612-2499
Email: mtu@orrick.com

James P. Cusick
Robert P. Varian
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Tel.: (415) 773-5934
Fax: (415) 773-5759
Email: rvarian@orrick.com

*Counsel for Defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC and ThinkPanmure, LLC, formerly known as ThinkEquity Partners LLC*

/ / /

| | | |
|---|---|---|
| 1 | Dated:  July 24, 2008 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | By:     /s/ Reed R. Kathrein |
| 3 | | Reed R. Kathrein<br>Peter E. Borkon |
| 4 | | 715 Hearst Avenue, Suite 2092<br>Berkeley, CA  94710 |
| 5 | | Tel.: (510) 725-3000<br>Fax: (510) 725-3001<br>Email: reed@hbsslaw.com |
| 6 | | |
| 7 | | Steve Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 8 | | 1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101 |
| 9 | | Tel.: (206) 623-7292<br>Fax: (206) 623-0594 |
| 10 | | *Co-Lead Counsel for Lead Plaintiff* |
| 11 | Dated:  July 24, 2008 | KAHN GAUTHIER SWICK, LLC |
| 12 | | By:    /s/ Lewis Kahn |
| 13 | | Lewis Kahn<br>650 Poydras Street, Suite 2150 |
| 14 | | New Orleans, LA 70130<br>Tel.: (504) 455-1400 |
| 15 | | Fax: (504) 455-1498<br>Email: lewis.kahn@kgscounsel.com |
| 16 | | *Co-Lead Counsel for Lead Plaintiff* |

**ORDER**

PURSUANT TO STIPULATION, IT IS **SO ORDERED**.

8/11/08

*[signature]*
The Honorable Saundra B. Armstrong
United States District Judge

STIP AND [PROPOSED] ORDER RE EXTENSION FOR MOT. TO DISMISS
CASE NO. 07-CV-05101-SBA                              -3-

**ATTESTATION**

I, Joni Ostler, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RE EXTENSION TO FILE MOTION(S) TO DISMISS. In compliance with General Order 45.X.B, I hereby attest that Rodney G. Strickland, Jr., Michael C. Tu, Reed R. Kathrein and Lewis Kahn have all concurred in this filing.

Dated: July 24, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Joni Ostler
            Joni Ostler