WSGR  Wilson Sonsini Goodrich & Rosati
       PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050
PHONE 650.493.9300
FAX 650.493.6811

**www.wsgr.com**

August 19, 2008

**_VIA E-FILING AND HAND DELIVERY_**

The Honorable Saundra B. Armstrong
United States District Court
Northern District of California
1301 Clay Street
Suite 400 S
Oakland, CA 94612-5212

      Re:    _In re BigBand Networks, Inc. Securities Litigation_, Master File No. 07-cv-05101-SBA

Dear Judge Armstrong:

We represent BigBand Networks, Inc., and the individual defendants in the above-captioned matter. We are writing to inform the Court of an inadvertent error in the motion to dismiss we filed on August 8, 2008. *See* Docket No. 92.

The memorandum of points and authorities in support of that motion to dismiss included citations to *In re Leadis Tech., Inc. Sec. Litig.*, 2006 WL 496039, *3 (N.D. Cal. Mar. 1, 2006) (*see* Docket No. 92 at 22 & n.13). As we always do, we checked all the cases cited in the motion to dismiss using Westlaw's KeyCite service. At the time the motion was filed, Westlaw's KeyCite did not (and as of the date of this letter, still does not) indicate that the *Leadis* decision had been reversed on appeal. It has come to our attention, however, that the *Leadis* decision was reversed. *See Safron Capital Corp. v. Leadis Tech., Inc.*, 2008 U.S. App. LEXIS 8699, Fed. Sec. L. Rep. (CCH) ¶ 94647 (9th Cir. Apr. 18, 2008). In light of this, we respectfully withdraw the citations to *Leadis* in the pending motion to dismiss. We apologize to the Court for this error.

      Respectfully submitted,

      WILSON SONSINI GOODRICH & ROSATI
      Professional Corporation

      Keith E. Eggleton

cc:  Attached distribution list

AUSTIN   NEW YORK   PALO ALTO   SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.