REED R. KATHREIN (139304)
PETER E. BORKON (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

LEWIS KAHN (*Pro Hac Vice*)
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION | Master File No. 07-cv-5101 SBA |
| | STIPULATION AND ORDER RE: BRIEFING SCHEDULE |
| This Document Relates To:  All Actions | |

1      WHEREAS, this Lead Plaintiff, Gwyn Jones, filed his Consolidated Class Action Complaint

2   for Violations of Securities Laws on May 30, 2008 [Dkt. No. 82];

3      WHEREAS, Defendants filed motions to dismiss on August 8, 2008 [Dkt Nos. 91, 92];

4      WHEREAS, the motions to dismiss are currently set for hearing before this Court on

5   December 9, 2008 at 1:00 p.m.;

6      WHEREAS, the parties filed a Joint Case Management Statement on September 19, 2008,

7   [Dkt No. 99];

8      WHEREAS, the parties met and conferred and agree to request that the hearing on

9   Defendants' motions to dismiss be rescheduled for January 20, 2009 at 1:00 p.m.;

10      WHEREAS the parties also met and conferred and agree to alter the briefing schedule so that

11   Lead Plaintiff's oppositions to Defendants' motions to dismiss will be due on November 7, 2008 and

12   Defendants' replies in support of their motions to dismiss will be due on December 19, 2008;

13      IT IS HEREBY STIPULATED AND AGREED, by Defendants BigBand Networks, Inc.,

14   Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd

15   Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Morgan Stanley & Co. Incorporated, Merrill

16   Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company,

17   LLC, and ThinkPanmure, LLC, formerly known as ThinkEquity Partners LLC and Lead Plaintiff

18   Gwyn Jones, that Lead Plaintiff's oppositions to Defendants' motions to dismiss are due on

19   November 7, 2008.  Defendants' replies in support of their motions to dismiss are due December 19,

20   2008.  The parties further stipulate and agree to request that the Court reschedule the December 9,

21   2008 hearing on Defendants' motions to dismiss to January 20, 2009 at 1:00 p.m.

22   Dated: September 22, 2008          HAGENS BERMAN SOBOL SHAPIRO, LLP

23

24               By: _____/s/ Reed R. Kathrein_____
                        REED R. KATHREIN

25               Peter E. Borkon (212596)

26               715 Hearst Avenue, Suite 202
               Berkeley, CA 94710

27               Telephone: (510) 725-3000
               Facsimile: (510) 725-3001

28               reed@hbsslaw.com
               peterb@hbsslaw.com

1

2    Steve W. Berman
     HAGENS BERMAN SOBOL SHAPIRO, LLP
3    1301 Fifth Avenue, Suite 2900
     Seattle, WA 98101
4    Telephone: (206) 623-7292
     Facsimile: (206) 623-0594
5    steve@hbsslaw.com

6    Lewis Kahn (*Pro Hac Vice*)
     KAHN GAUTHIER SWICK, LLC
7    650 Poydras Street, Suite 2150
     New Orleans, LA 70130
8    Telephone: (504) 455-1400
     Facsimile: (504) 455-1498
9    lewis.kahn@kgscounsel.com
     Kim E. Miller
10   KAHN GAUTHIER SWICK, LLC
     12 East 41th Street – 12 Floor
11   New York, NY  10017
     Telephone: (212) 696-3730
12   Facsimile: (504) 455-1498
     kim.miller@kgscounsel.com

13   Co-Lead Counsel for Lead Plaintiff Gwyn Jones

14   Dated: September 22, 2008        WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation
15

16                                   By: _____/s/ Joni Ostler_____
                                               JONI OSTLER
17
                                     Keith E. Eggleton
18                                   Rodney G. Strickland, Jr.
                                     650 Page Mill Road
19                                   Palo Alto, CA 94304-1050
                                     Telephone: (650) 493-1050
20                                   Facsimile: (650) 565-5100

21                                   *Counsel for Defendants BigBand Networks, Inc.,*
                                     *Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,*
22                                   *Gal Israely, Dean Gilbert, Ken Goldman, Lloyd*
                                     *Carney, Bruce Sachs, Robert Sachs and Geoffrey*
23                                   *Yang*

24   Dated: September 22, 2008        ORRICK HERRINGTON & SUTCLIFFE LLP

25
                                     By: _____/s/ Michael C. Tu_____
26                                             MICHAEL C. TU

27                                   Teodora E. Manolova
                                     777 South Figueroa Street, Suite 3200
28                                   Los Angeles, CA 90017-5855

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING SCHEDULE – NO. 07-cv-05101 SBA        - 2 -
233485-1

1                            Telephone: (213) 629-2020
Facsimile: (213) 612-2499

2                            mtu@orrick.com

3                            James P. Cusick
Robert P. Varian

4                            ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street

5                            San Francisco, CA 94105-2669
Telephone: (415) 773-5934

6                            Facsimile: (415) 773-5759
rvarian@orrick.com

7

8                            *Counsel for Defendants Morgan Stanley & Co.
Incorporated, Merrill Lynch, Pierce, Fenner & Smith
Incorporated, Jefferies & Company, Inc., Cowen &*

9                            *Company, LLC and ThinkPanmure, LLC, formerly
known as ThinkEquity Partners LLC*

10

11       I, Peter E. Borkon, am the ECF User whose ID and password are being used to file this
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE.  In

12  compliance with General Order 45, X.B., I hereby attest that Reed R. Kathrein, Joni Ostler and
Michael C. Tu have concurred in this filing.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING SCHEDULE – NO. 07-cv-05101 SBA      - 3 -
233485-1

1

**ORDER**

2          Pursuant to Stipulation, it is hereby ordered that the Lead Plaintiff shall file his oppositions to

3    Defendants' motions to dismiss on November 7, 2008.  Defendants shall file their replies in support

4    of their motions to dismiss on December 19, 2008.  The hearing on Defendants' motions to dismiss is

5    rescheduled for January 20, 2009 at 1:00 p.m. with a Case Management Conference to follow.

6

7    DATED:  9/24/08                                _____

8                                                  THE HONORABLE SAUNDRA B. ARMSTRONG
                                                   UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2         I hereby certify that on September 22, 2008 I electronically filed the foregoing with the Clerk

3   of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that

5   I have mailed the foregoing document or paper via the United States Postal Service to the non-

6   CM/ECF participants indicated on the attached Manual Notice List.

7

8                                             _____/s/ Peter E. Borkon_____
                                                       PETER E. BORKON
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING SCHEDULE – NO. 07-cv-05101 SBA          - 5 -
233485-1

**A.      Mailing Information for a Case 4:07-cv-05101-SBA**

      **1.      Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Paul S Balanon**
  paul.balanon@kgscounsel.com
- **Keith E. Eggleton**
  keggleton@wsgr.com
- **Michael M. Goldberg**
  info@glancylaw.com
- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com
- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com
- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com
- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com
- **Freeda Yllana Lugo**
  flugo@wsgr.com,jjohnstone@wsgr.com
- **Kim Elaine Miller**
  kim.miller@kgscounsel.com
- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com
- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com
- **Darren Jay Robbins**
  e_file_sd@csgrr.com
- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com
- **Michael Carl Tu**
  mtu@orrick.com
- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

      **2.      Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**James P. Cusick**
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103-001

1

2

3

4

**Meredith K. Kotler**
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the America
40th Floor
New York, NY 10019

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28