**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION, | Master File No.  C 07-5101-SBA |
| | **ORDER** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | [Docket Nos. 91, 92] |

Having been advised that the parties in this matter have reached a settlement in principle, the Court finds it is appropriate to DENY the Defendants' motions to dismiss, WITHOUT PREJUDICE TO REFILING.  The Clerk of the Court is directed to terminate the pending motions.

The Court HEREBY SETS a Case Management Conference for **May 27, 2009, at 2:45 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of The Northern District of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 2/23/09

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge